Daniel L. Germain (CA Bar No. 143334)
ROSMAN & GERMAIN LLP
16311 Ventura Boulevard
Suite 1200
Encino, CA 91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885
E-Mail: R&G@Lalawyer.com

Paul M. Fakler (NY Bar No. 2940435)
Ross J. Charap (NY Bar No. 1117381)
MOSES & SINGER LLP
405 Lexington Avenue
New York, New York 10174-1299
Telephone: (212) 554-7800
Facsimile: (212) 554-7700
E-Mail: pfakler@mosessinger.com

*Attorneys for Plaintiffs*

FILED

2009 AUG 24 PM 2: 19

CLERK U.S. DISTRICT COURT
CENTRAL DIST. O. CALIF.
LOS ANGELES

BY _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Peermusic, III, Ltd., Songs of Peer, Ltd., Peer International Corp., Peermusic Ltd., PSO Ltd., Southern Music Publishing Co., Inc., WB Music Corp., Warner-Tamerlane Publishing Corp., Unichappell Music, Inc., Bug Music, Inc., Windswept Holdings LLC and Hitco Music Publishing, LLC,<br><br>        *Plaintiffs*,<br>v.<br><br>LiveUniverse, Inc. and Brad Greenspan,<br><br>        *Defendants*. | Case No. CV09-6160 GW PLAx<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiffs Peermusic, III, Ltd., Songs of Peer, Ltd., Peer International Corp., Peermusic Ltd., PSO Ltd., Southern Music Publishing Co., Inc., WB Music Corp., Warner-Tamerlane Publishing Corp., Unichappell Music, Inc., Bug Music, Inc., Windswept Holdings LLC and Hitco Music Publishing, LLC, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

| PARTY | CONNECTION |
| --- | --- |
| Peermusic, III, Ltd. | Plaintiff |
| Songs of Peer, Ltd. | Plaintiff |
| Peer International Corp. | Plaintiff |
| Peermusic Ltd. | Plaintiff |
| PSO Ltd. | Plaintiff |
| Southern Music Publishing Co., Inc. | Plaintiff |
| Brazilian Music, Inc. | Parent of Plaintiffs Peer International Corp. and Southern Music Publishing Co., Inc. |
| WB Music Corp. | Plaintiff |
| Warner-Tamerlane Publishing Corp. | Plaintiff |
| Unichappell Music, Inc. | Plaintiff |
| Warner/Chappell Music, Inc. | Plaintiffs WB Music Corp., Warner-Tamerlane Publishing Corp. and Unichappell Music, Inc. are wholly-owned subsidiaries of Warner/Chappell Music, Inc. |

| **PARTY** | **CONNECTION** |
|---|---|
| Warner Music Group Corp. | Parent company (publicly traded) of Plaintiffs WB Music Corp., Warner-Tamerlane Publishing Corp. and Unichappell Music, Inc., as well as related company Warner/Chappell Music, Inc. |
| Bug Music, Inc. | Plaintiff |
| Windswept Holdings LLC | Plaintiff and wholly owned subsidiary of Plaintiff Bug Music, Inc. |
| Hitco Music Publishing, LLC | Plaintiff and wholly owned subsidiary of Plaintiff Bug Music, Inc. |

Dated:   August 24, 2009

ROSMAN & GERMAIN LLP
Daniel L. Germain

MOSES & SINGER LLP
Paul M. Fakler
Ross J. Charap

By: _____
   Daniel L. Germain

*Attorneys for Plaintiffs*