Name and address:

Kandis M. Koustenis, Esq.
MOSES & SINGER LLP
405 Lexington Avenue
New York, NY 10174

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Peermusic, III, Ltd., et al, | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV-09-6160 GW (PLAx) |
| v. | |
| LiveUniverse, Inc. and Brad Greenspan, | APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE |
| Defendant(s). | |

NOTICE: Effective June 1, 2004, the fee for *Pro Hac Vice* Appearance is $185.00 for **each case** application. Please submit the fee with your application. Pursuant to Local Rule 83-2.4, submission of this application and the fee is waived for attorneys for the United States, its departments and agencies with Appointment Affidavits on file with the Clerk. If no Appointment Affidavit is on file, submission of the application is required.

A **CERTIFICATE OF GOOD STANDING** for the applicant from the state for which the applicant is a member of the bar, and which has been issued within 30 days, must be attached to this application.

I, Kandis M. Koustenis , hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☑ Plaintiff ☐ Defendant:
Peermusic, III, Ltd., et al by whom I have been retained.

My *out-of-state* business information is as follows:
Moses & Singer LLP
*Firm Name*

405 Lexington Avenue
*Street Address*

New York, NY 10174         kkoustenis@mosessinger.com
*City, State, Zip*            *E-Mail Address*

(212) 554-7663              (212) 554-7700
*Telephone Number*           *Fax Number*

I am a member in good standing and eligible to practice before the following courts:

| Title of Court | Date of Admission |
|---|---|
| New York | 1992 |
| U.S. District Court, Southern District of New York | 1993 |
| U.S. District Court, Eastern District of New York | 1993 |

PAID
AUG 25 2009

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

---

G-64 (09/08)    APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE    PAGE  1

I have concurrently, or within three (3) years of this application, made *Pro Hac Vice* applications to this Court in the following actions:

| Case Number | Title of Action | Date of Application | Application Granted or Denied |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *Pro Hac Vice* applications submitted within three (3) years of this application have been denied by the Court, please explain:


I designate Daniel L. Germain, Esq. as local counsel, whose business information is as follows:

Rosman & Germain LLP
*Firm Name*

16311 Ventura Boulevard, Suite 1200
*Street Address*

Encino, CA 91436
*City, State, Zip*

germain@lalawyer.com
*E-Mail Address*

(818) 788-0877
*Telephone Number*

(818) 788-0885
*Fax Number*

who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R. Civ. P., the F.R. Crim. P., and the F.R. Evidence.

Dated 8/21/2009

Kandis M. Koustenis
*Applicant's Name (please print)*

*Applicant's Signature*

I hereby consent to the foregoing designation as local counsel.

Dated August 25, 2009

Daniel L. Germain
*Designee's Name (please print)*

*Designee's Signature*

CA No. 143334
*Designee's California State Bar Number*


**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE* (G-64 ORDER) ALONG WITH THIS APPLICATION.**

# Appellate Division of the Supreme Court of the State of New York
## First Judicial Department

I, John W. McConnell, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## KANDIS MARY KOUSTENIS

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **September 21, 1992**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

**August 20, 2009**

*Clerk of the Court*

9269