Daniel L. Germain
Rosman & Germain LLP
16311 Ventura Blvd., Suite 1200
Encino, CA 91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peermusic, III, Ltd., et al.,<br><br>Plaintiff(s)<br><br>v.<br><br>LiveUniverse, Inc. and Brad Greenspan,<br><br>Defendant(s). | CASE NUMBER<br><br>CV-09-6160 GW (PLAx)<br><br>ORDER ON<br>APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE |

The Court, having reviewed the accompanying Application of _____Ross J. Charap_____ ,
*Applicant's Name*

of _____Moses & Singer LLP, 405 Lexington Avenue, New York, NY 10174_____
*Firm Name / Address*

___(212) 554-7829___                    ___Rcharap@mosessinger.com___
*Telephone Number*                              *E-mail Address*

for permission to appear and participate in the above-entitled action on behalf of Plaintiffs

Peermusic, III, Ltd., et al.,

and the designation of _____Daniel L. Germain (Cal. Bar No. 143334)_____
*Local Counsel Designee /State Bar Number*

of _____Rosman & Germain LLP, 16311 Ventura Blvd., Suite 1200, Encino, CA 91436-2152_____
*Local Counsel Firm / Address*

___(818) 788-0877___                    ___Germain@Lalawyer.com___
*Telephone Number*                              *E-mail Address*

as local counsel, hereby **ORDERS** the Application be:

✔ GRANTED

☐ DENIED.  Fee, if paid, shall be returned by the Clerk.

Dated  August 27, 2009

_George H. Wu_

GEORGE H. WU, U. S. District Judge