1  Kassra P. Nassiri (State Bar No. 215415)
   Andrew R. Kislik (State Bar No. 118772)
2  NASSIRI & JUNG LLP
   251 Kearny Street, Suite 501
3  San Francisco, California 94108
   Telephone: (415) 373-5699
4  Facsimile: (415) 534-3200

5  Attorneys for Defendants
   LiveUniverse, Inc. and Brad Greenspan

6

7

8

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

12  PEERMUSIC III, LTD., et al.,          )   Case No.: CV-09-6160 GW (PLAx)
                                          )
13         Plaintiffs,                    )   **STIPULATION TO CONTINUE**
                                          )   **DATES FOR HOLDING RULE**
14  v.                                    )   **26(f) CONFERENCE, MAKING**
                                          )   **RULE 26(f) REPORT, AND**
15  LIVEUNIVERSE, INC., and               )   **MAKING INITIAL**
                                          )   **DISCLOSURES**
16  BRAD GREENSPAN,                       )
                                          )   **Scheduling Conference**
17         Defendants.                    )   **Date: December 21, 2009**
                                          )   **Time:  8:30 a.m.**
18                                        )   **Crtrm: 10,**
                                          )    **Honorable George H. Wu**
19                                        )
                                          )
20                                        )
                                          )
21                                        )
                                          )
22                                        )

23

24         PLAINTIFFS and DEFENDANTS, through their undersigned counsel, hereby STIPULATE and

25  AGREE that the Court may enter an Order as follows:

26         1.  The Rule 26(f) conference in this action shall take place on December 9, 2009.

27         2.  The Rule 26(f) Report shall be filed with the Court on or before December 14, 2009.

28

                                          1

1        3.  The parties shall make Initial Disclosures by December 14, 2009.

2        4.  The date and time of the Initial Scheduling Conference shall remain as scheduled, December

3    21, 2009, at 8:30 a.m.

4

5    Dated:  November __, 2009                    ROSMAN & GERMAIN LLP
                                                  Daniel L. Germain

6                                                 MOSES & SINGER LLP
                                                  Paul M. Fakler
7                                                 Ross J. Charap

8

9                                                 By:  __/s/_Daniel L. Germain_
                                                       Daniel L. Germain

10                                                Attorneys for Plaintiffs

11

12   Dated: November 24, 2009                     NASSIRI & JUNG LLP
                                                  Kassra P. Nassiri
13                                                Andrew R. Kislik

14

15                                                By:   /s/ Andrew R. Kislik
                                                        Andrew R. Kislik

16                                                Attorneys for Defendants

17

18

19

20

21

22

23

24

25

26

27

28

**STIPULATION REGARDING RULE 26(f) CONFERENCE AND RELATED MATTERS**