1   Kassra P. Nassiri (State Bar No. 215415)
    Andrew R. Kislik (State Bar No. 118772)
2   NASSIRI & JUNG LLP
    251 Kearny Street, Suite 501
3   San Francisco, California 94108
    Telephone: (415) 373-5699
4   Facsimile: (415) 534-3200

5   Attorneys for Defendants
    LiveUniverse, Inc. and Brad Greenspan

6

7

8

9                    **UNITED STATES DISTRICT COURT**

10                   **CENTRAL DISTRICT OF CALIFORNIA**

11

12   PEERMUSIC III, LTD., et al.,          )   Case No.: CV-09-6160 GW (PLAx)
                                            )
13            Plaintiffs,                   )   **DECLARATION OF ANDREW R.**
                                            )   **KISLIK IN SUPPORT OF**
14   v.                                     )   **STIPULATION AND ORDER TO**
                                            )   **CONTINUE DATES FOR**
15   LIVEUNIVERSE, INC., and                )   **HOLDING RULE 26(f)**
                                            )   **CONFERENCE, MAKING RULE**
16   BRAD GREENSPAN,                        )   **26(f) REPORT, AND MAKING**
                                            )   **INITIAL DISCLOSURES**
17            Defendants.                   )
                                            )   **Scheduling Conference**
18                                          )   **Date: December 21, 2009**
                                            )   **Time: 8:30 a.m.**
19                                          )   **Crtrm: 10,**
                                            )     **Honorable George H. Wu**
20                                          )
                                            )
21                                          )
                                            )
22                                          )

23

24        I, Andrew R. Kislik, declare:

25        1.  I am an attorney admitted to practice before this Court and before all of the courts of the State

26   of California.   I am counsel at NASSIRI & JUNG LLP and am one of the attorneys of record for

27   Defendants LiveUniverse, Inc. and Brad Greenspan herein.

28

                                            1

2.   NASSIRI & JUNG LLP intends to substitute out as attorneys of record in this case if Defendants find alternative counsel within a reasonable period of time, and otherwise, NASSIRI & JUNG LLP intends to file a motion for leave to withdraw as counsel of record in this action.

3.   On behalf of Defendants, I request that the Rule 26(f) conference and the related dates be postponed for a reasonable period of time so that Defendants' new counsel might be able to participate in the Rule 26(f) conference, in preparing the Initial Disclosures, and in the initial Scheduling Conference.

4.  If the dates for the Rule 26(f) conference, the Rule 26(f) report and the Initial Disclosures are not postponed, Defendants will be prejudiced because their new counsel will not have participated in the conference and will not have had input into the matters discussed and reported therein.

5.   There has been a breakdown in communication between Defendants and myself, as Defendants' counsel.  Unless the date for Initial Disclosures is postponed, there is a reasonable possibility that NASSIRI & JUNG LLP will be unable to submit full and complete Initial Disclosures on behalf of Defendants.

6.  There have been no prior requests for a continuance of any of the aforementioned dates.

I declare under penalty of perjury under the laws of the State of California and the Untied States that the foregoing is true and correct.

Executed this 25th day of November, 2009.      /s/ Andrew R. Kislik
                                        Andrew R. Kislik

**STIPULATION REGARDING RULE 26(f) CONFERENCE AND RELATED MATTERS**