Kassra P. Nassiri (State Bar No. 215415)
Andrew R. Kislik (State Bar No. 118772)
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, California 94108
Telephone: (415) 762-3100
Facsimile: (415) 534-3200

Attorneys for Defendants
LiveUniverse, Inc. and Brad Greenspan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEERMUSIC III, LTD., *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> LIVEUNIVERSE, INC., and <br><br> BRAD GREENSPAN, <br><br>  Defendants. | Case No.: CV-09-6160 GW (PLAx) <br><br> **NOTICE AND MOTION OF KASSRA P. NASSIRI AND ANDREW R. KISLIK, NASSIRI & JUNG LLP, TO WITHDRAW AS ATTORNEYS OF RECORD FOR DEFENDANTS** <br><br> Date: January 4, 2010 <br> Time: 8:30 a.m. <br> Crtrm: 10 <br> Honorable George H. Wu <br><br> <u>REQUEST FOR TELEPHONIC APPEARANCE</u> |

TO: DEFENDANTS LIVEUNIVERSE, INC. AND BRAD GREENSPAN:

PLEASE TAKE NOTICE THAT on January 4, 2010, at 8:30 a.m., in Courtroom 10, Honorable George H. Wu, presiding, located at 312 N. Spring Street, Los Angeles, CA, pursuant to Local Rule 83-2.9.2, Kassra P. Nassiri and

Andrew R. Kislik, Nassiri & Jung LLP ("Counsel"), will and hereby do move to withdraw as counsel for Defendants LiveUniverse, Inc. and Brad Greenspan ("Defendants"). This motion is made following the conference between Counsel and Defendants pursuant to L.R. 7-3 which took place on November 23, 2009.

The grounds for this motion are that there has been an irreconcilable breakdown in communication between Counsel and Defendants, a personality conflict has arisen between Defendants and Counsel, and Defendants have breached their fee agreement with Nassiri & Jung. The address, email address and telephone number of Defendants LiveUniverse, Inc. and Brad Greenspan (President of LiveUniverse, Inc.) are as follows: 925 Sunset Boulevard, Suite 710, Los Angeles, CA 90069; bspan@earthlink.net; 310-345-1983.

Counsel notified Defendants on November 23, 2009 of their intent to withdraw as counsel.  Defendants have not assented to the withdrawal of Counsel.  No motions have been filed in this case, no discovery has been taken, and the Rule 26(f) conference has not yet occurred.  Counsel has notified Defendant LiveUniverse, Inc. of the consequences of its inability to appear *pro se*.

Counsel request permission to appear telephonically for the hearing of this motion.

The undersigned files contemporaneously herewith the Memorandum of Points and Authorities in support of this motion and the Declaration of Kassra P. Nassiri in support of this motion.

///
///
///
///
///
///
///

WHEREFORE, the undersigned requests that the Court enter an order allowing the immediate withdrawal of Kassra P. Nassiri and Andrew R. Kislik, Nassiri & Jung LLP, as counsel for Defendants herein.

Dated: November 30, 2009                                     Respectfully submitted,


                                                     /s/ Kassra P. Nassiri
                                                     ─────────────────────────
                                                     Kassra P. Nassiri
                                                     NASSIRI & JUNG LLP

                                                     Attorneys for Defendants LiveUniverse, Inc.
                                                     and Brad Greenspan