1  Kassra P. Nassiri (State Bar No. 215415)
   Andrew R. Kislik (State Bar No. 118772)
2  NASSIRI & JUNG LLP
   251 Kearny Street, Suite 501
3  San Francisco, California 94108
   Telephone: (415) 373-5699
4  Facsimile: (415) 534-3200

5  Attorneys for Defendants
   LiveUniverse, Inc. and Brad Greenspan

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEERMUSIC III, LTD., et al., <br><br> Plaintiffs, <br><br> v. <br><br> LIVEUNIVERSE, INC., and <br><br> BRAD GREENSPAN, <br><br> Defendants. | Case No.: CV-09-6160 GW (PLAx) <br><br> [PROPOSED] ORDER TO CONTINUE DATES FOR HOLDING RULE 26(f) CONFERENCE, MAKING RULE 26(f) REPORT, AND MAKING INITIAL DISCLOSURES <br><br> **Scheduling Conference** <br> **Date: December 21, 2009** <br> **Time: 8:30 a.m.** <br> **Crtrm: 10,** <br>    **Honorable George H. Wu** |

Pursuant to the Stipulation of counsel for the parties, and for good cause shown,

IT IS HEREBY ORDERED THAT:

1. The Rule 26(f) conference in this action shall take place on December 9, 2009.

2. The Rule 26(f) Report shall be filed with the Court on or before December 14, 2009.

3. The parties shall make Initial Disclosures by December 14, 2009.

4. The date and time of the Initial Scheduling Conference shall remain as scheduled, December 21, 2009, at 8:30 a.m.

Dated: Dec. 1, 2009

GEORGE H. WU

UNITED STATES DISTRICT COURT JUDGE