Kassra P. Nassiri (State Bar No. 215415)
Andrew R. Kislik (State Bar No. 118772)
NASSIRI & JUNG LLP
251 Kearny Street, Suite 501
San Francisco, California 94108
Telephone: (415) 373-5699
Facsimile: (415) 534-3200

Attorneys for Defendants
LiveUniverse, Inc. and Brad Greenspan

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEERMUSIC III, LTD., et al.,<br>Plaintiff(s)<br>v.<br>LIVEUNIVERSE, INC., and<br>BRAD GREENSPAN,<br>Defendant(s). | CASE NUMBER:<br>CV-09-6160 GW (PLAx)<br><br>**ORDER ON REQUEST FOR LEAVE TO BE RELIEVED AS ATTORNEYS OF RECORD** |

The Court hereby orders that the request of

KASSRA P. NASSIRI and ANDREW R. KISLIK, NASSIRI & JUNG LLP , Attorneys for Defendants,

to be relieved as attorneys of record for Defendants LiveUniverse, Inc. and Brad Greenspan,

925 Sunset Boulevard, Suite 710      Los Angeles, CA 90069      bspan@earhtlink.net
*Street Address*                     *City, State, Zip*          *E-Mail Address*

310-345-1983            [NONE] ,            is hereby GRANTED.
*Telephone Number*      *Fax Number*

This Order shall be effective upon service on LiveUniverse, Inc. and Brad Greenspan.

Brad Greenspan and LiveUniverse, Inc. hereby are given notice that a Status Conference in this action has been sent for February 1, 2010 at 8:30 a.m. in Courtroom 10 of this Court, located at 312 N. Spring Street, Los Angeles, CA, and that Mr. Greenspan and/or new counsel is ordered to appear at this Status Conference.

Dated: January 8, 2010

*/s/ George H. Wu*
U. S. District Judge GEORGE H. WU

G-01 ORDER-REVISED      **ORDER ON REQUEST FOR LEAVE TO BE RELIEVED AS ATTORNEYS OF RECORD**