Daniel L. Germain (CA Bar No. 143334)
ROSMAN & GERMAIN LLP
16311 Ventura Blvd., Suite 1200
Encino, CA 91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885
E-Mail: R&G@Lalawyer.com

Paul M. Fakler (NY Bar No. 2940435)
Ross J. Charap (NY Bar No. 1117381)
MOSES & SINGER LLP
405 Lexington Avenue
New York, New York 10174-1299
Telephone: (212) 554-7800
Facsimile: (212) 554-7700
E-Mail: pfakler@mosessinger.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Peermusic, III, Ltd., Songs of Peer, Ltd., Peer International Corp., Peermusic Ltd., PSO Ltd., Southern Music Publishing Co., Inc., WB Music Corp., Warner-Tamerlane Publishing Corp., Unichappell Music, Inc., Bug Music, Inc., Windswept Holdings LLC and Hitco Music Publishing, LLC,<br><br>*Plaintiffs*,<br>v.<br><br>LiveUniverse, Inc. and Brad Greenspan,<br><br>*Defendants*. | Case No.: CV-09-6160-GW (PLAx)<br><br>**NOTICE OF ORDER TO SHOW CAUSE TO DEFENDANTS LIVEUNIVERSE, INC. AND BRAD GREENSPAN**<br><br>Date: February 25, 2010<br>Time: 8:30 a.m.<br>Courtroom: 10 |

**TO DEFENDANTS BRAD GREENSPAN AND LIVEUNIVERSE, INC:**

**PLEASE TAKE NOTICE** that the Court in the above-entitled action has issued an Order to Show Cause against Defendants Brad Greenspan and LiveUniverse, Inc. as to why their answers to the complaint should not be stricken for failure to appear at the status conference and for failure to defend for February 25, 2010 at 8:30 a.m. in Courtroom 10, as set forth in the attached Minute Order.

Dated: February 3, 2010        ROSMAN & GERMAIN LLP

_____
Daniel L. Germain (CA Bar No. 143334)
16311 Ventura Blvd., Suite 1200
Encino, CA 91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885

Paul M. Fakler (NY Bar No. 2940435)
Ross J. Charap (NY Bar No. 1117381)
MOSES & SINGER LLP
405 Lexington Avenue
New York, New York 10174-1299
Telephone: (212) 554-7800
Facsimile: (212) 554-7700

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | CV 09-6160-GW(PLAx) | Date | February 1, 2010 |
|---|---|---|---|
| Title | *Peermusic, III, Ltd., et al. v. LiveUniverse, Inc., et al.* | | |

Present: The Honorable GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Daniel L. Germain
Paul M. Fakler

Attorneys Present for Defendants:

None Present

**PROCEEDINGS:    STATUS CONFERENCE**

Hearing is held. Defendant Brad Greenspan and counsel for corporate defendant LiveUniverse, Inc., are not present.

Defendant Brad Greenspan and the corporate defendant are ordered to appear on **February 25, 2010 at 8:30 a.m.**, and show cause why their answers to the complaint should not be stricken for failure to appear at today's conference and for failure to defend.

IT IS SO ORDERED.

:    03

Initials of Preparer    JG

CV-90 (06/04)    CIVIL MINUTES - GENERAL    Page 1 of 1

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

      I am a member of the bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 16311 Ventura Boulevard, Suite 1200, Encino, California 91436-2152.

On February 3, 2010, I served the foregoing document described **NOTICE OF ORDER TO SHOW CAUSE TO DEFENDANTS LIVEUNIVERSE, INC. AND BRAD GREENSPAN** as on the interested parties in this action

[x]    by placing [ ] the original [x] a true copy thereof enclosed in a sealed envelope addressed as follows:

Brad Greenspan
LiveUniverse, Inc.
9255 Sunset Blvd., Suite 710
West Hollywood, CA 90069
E-Mail: bspan@earthlink.net

[x]    **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this affidavit.

[x]    **(BY ELECTRONIC TRANSMISSION)** I am readily familiar with the firm's practice of electronic transmission. Under that practice, a complete pdf copy of the foregoing document was transmitted by electronic transmission through the Firm's e-mail system to each interested party at the e-mail address shown above.

[x]    **(FEDERAL)** I declare under the laws of the United States of America that the foregoing is true and correct.

Executed on February 3, 2010 at Los Angeles, California.

                                                    Daniel L. Germain

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am a member of the bar of this Court. I am over the age of 18 and not a party to the within action. My business address is 16311 Ventura Boulevard, Suite 1200, Encino, California 91436-2152.

On February 12, 2010, I served the foregoing document described **NOTICE OF ORDER TO SHOW CAUSE TO DEFENDANTS LIVEUNIVERSE, INC. AND BRAD GREENSPAN** as on the interested parties in this action

[x]   by placing [ ] the original [x] a true copy thereof enclosed in a sealed envelope addressed as follows:

Brad Greenspan
LiveUniverse, Inc.
818 North Doheny Drive
Unit No. 802
Los Angeles, CA  90069

[x]   **(BY MAIL)** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in this affidavit.

[x]   **(FEDERAL)** I declare under the laws of the United States of America that the foregoing is true and correct.

Executed on February 12, 2010 at Los Angeles, California.

Daniel L. Germain

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)* | SBN: 143334 | FOR COURT USE ONLY |
|---|---|---|
| DANIEL L. GERMAIN<br>ROSMAN & GERMAIN LLP<br>16311 VENTURA BLVD. #1200  ENCINO, CA 91436 | | |
| TELEPHONE NO.: **(818) 788-0877** | FAX NO.: **(818) 788-0885** | |
| E-MAIL ADDRESS *(Optional)*: | | |
| ATTORNEY FOR *(Name)*: **Plaintiffs** | | |

**USDC - CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES**
   STREET ADDRESS: 312 N. SPRING STREET, #G-8
   MAILING ADDRESS:
   CITY AND ZIP CODE: LOS ANGELES, CA 90012-4793
   BRANCH NAME: CENTRAL

PLAINTIFF/PETITIONER: **PEERMUSIC**

DEFENDANT/RESPONDENT: **LIVEUNIVERSE**

| **NON SERVICE REPORT** | CASE NUMBER:<br>CV-09-6160-GW(PLAX) |
|---|---|

I received the within process on February 3, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

   Servee:     **BRAD GREENSPAN**
   Documents:  **Notice of Order to Show Cause**

As enumerated below:

**02/03/2010 -- 4:10PM**          9255 SUNSET BLVD., # 710
                                  WEST HOLLYWOOD, CA 90059
   UNABLE TO EFFECT SERVICE AT GIVEN ADDRESS. SUITE IS VACANT. VERIFIED BY SECURITY.

**02/12/2010 -- 7:50AM**          818 N. DOHENY DR.
                                  LOS ANGELES, CA
   UNABLE TO EFFECT SERVICE AT GIVEN ADDRESS. LOCATION IS A CONDO COMPLEX. NO ANSWER
   AT DOOR ON 4 ATTEMPTS. ADDRESS VERIFIED AS GOOD.

Fee for Service: $.00

County: Los Angeles
Registration No.: 6096
**Janney and Janney Attorney Service, Inc.**
1545 Wilshire Blvd.
Los Angeles, CA 90017
(213) 628-6338

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 18, 2010** at **Los Angeles, California.**

Signature: _____
                  Robert Hall

**NON SERVICE REPORT**

Order#: 1258915/NonServe

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| DANIEL L. GERMAIN<br>ROSMAN & GERMAIN LLP<br>16311 VENTURA BLVD. #1200  ENCINO, CA 91436 | SBN: 143334 | |
| TELEPHONE NO.: (818) 788-0877 | FAX NO.: (818) 788-0885 | |
| E-MAIL ADDRESS (Optional):<br>ATTORNEY FOR (Name): Plaintiffs | | |
| USDC - CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES | | |
| STREET ADDRESS: 312 N. SPRING STREET, #G-8 | | |
| MAILING ADDRESS: | | |
| CITY AND ZIP CODE: LOS ANGELES, CA 90012-4793 | | |
| BRANCH NAME: CENTRAL | | |
| PLAINTIFF/PETITIONER: **PEERMUSIC** | | |
| DEFENDANT/RESPONDENT: **LIVEUNIVERSE** | | |
| **DECLARATION OF DILIGENCE** | | CASE NUMBER:<br>CV-09-6160-GW(PLAX) |

I received the within process on February 3, 2010 and that after due and diligent effort I have not been able to personally serve said person. I made the following attempts on the dates and times listed below to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee: **BRAD GREENSPAN**

Documents: **Notice of Order to Show Cause**

As enumerated below:

**02/03/2010 -- 04:10 pm**  9255 SUNSET BLVD., # 710
WEST HOLLYWOOD, CA 90059
Bad address - No furniture inside suite. Premises vacant. Verified by security.

**02/09/2010 -- 06:40 pm**  818 N. DOHENY DR.
LOS ANGELES, CA
Location is a condo complex. No answer at door. Address verified by security.

**02/10/2010 -- 10:15 am**  818 N. DOHENY DR.
LOS ANGELES, CA
No answer at door.

**02/11/2010 -- 08:12 pm**  818 N. DOHENY DR.
LOS ANGELES, CA
No answer at door.

**02/12/2010 -- 07:50 am**  818 N. DOHENY DR.
LOS ANGELES, CA
No answer at door, no activity.



County: Los Angeles
Registration No.: 6096
Janney and Janney Attorney
Service, Inc.
1545 Wilshire Blvd.
Los Angeles, CA 90017
(213) 628-6338

I declare under penalty of perjury the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on February 18, 2010 at Los Angeles, California.

Signature: Robert Hall

**DECLARATION OF DILIGENCE**

Order#: 1258915/DilFormat.mdl

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address) | | FOR COURT USE ONLY |
|---|---|---|
| DANIEL L. GERMAIN<br>ROSMAN & GERMAIN LLP<br>16311 VENTURA BLVD. #1200   ENCINO, CA 91436 | SBN: 143334 | |
| TELEPHONE NO.: **(818) 788-0877** | FAX NO.: **(818) 788-0885** | |
| E-MAIL ADDRESS (Optional): | | |
| ATTORNEY FOR (Name): **Plaintiffs** | | |

**USDC - CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES**
  STREET ADDRESS: **312 N. SPRING STREET, #G-8**
  MAILING ADDRESS:
  CITY AND ZIP CODE: **LOS ANGELES, CA 90012-4793**
  BRANCH NAME: **CENTRAL**

PLAINTIFF/PETITIONER: **PEERMUSIC**

DEFENDANT/RESPONDENT: **LIVEUNIVERSE**

| **NON SERVICE REPORT** | CASE NUMBER:<br>**CV-09-6160-GW(PLAX)** |
|---|---|

I received the within process on February 3, 2010 and that after due and diligent effort I have been unable to personally serve said witness. The following itemization of the dates and times of attempts details the efforts required to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

Servee: **LIVEUNIVERSE, INC.**
Documents: **Notice of Order to Show Cause**

As enumerated below:

**02/03/2010 -- 4:10PM**          9255 SUNSET BLVD., # 710
                                 WEST HOLLYWOOD, CA 90059
UNABLE TO EFFECT SERVICE AT GIVEN ADDRESS. SUITE IS VACANT. VERIFIED BY SECURITY.

**02/12/2010 -- 7:50AM**          818 N. DOHENY DR.
                                 LOS ANGELES, CA
UNABLE TO EFFECT SERVICE AT GIVEN ADDRESS. LOCATION IS A CONDO COMPLEX. NO ANSWER AT DOOR ON 4 ATTEMPTS. ADDRESS VERIFIED AS GOOD.

Fee for Service: **156.00**
  County: **Los Angeles**
  Registration No.: **6096**
  **Janney and Janney Attorney Service, Inc.**
  **1545 Wilshire Blvd.**
  **Los Angeles, CA 90017**
  **(213) 628-6338**

I declare under penalty of perjury under the laws of the State of California that the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 18, 2010** at **Los Angeles,** California.

Signature: _Robert Hall_

**NON SERVICE REPORT**

Order#: 1258916/NonServe

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address)*: <br> DANIEL L. GERMAIN    SBN: 143334 <br> ROSMAN & GERMAIN LLP <br> 16311 VENTURA BLVD. #1200   ENCINO, CA 91436 | FOR COURT USE ONLY |
|---|---|
| TELEPHONE NO.: (818) 788-0877    FAX NO.: (818) 788-0885 <br> E-MAIL ADDRESS *(Optional)*: <br> ATTORNEY FOR *(Name)*: Plaintiffs | |

**USDC - CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES**
STREET ADDRESS: 312 N. SPRING STREET, #G-8
MAILING ADDRESS:
CITY AND ZIP CODE: LOS ANGELES, CA 90012-4793
BRANCH NAME: CENTRAL

PLAINTIFF/PETITIONER: **PEERMUSIC**

DEFENDANT/RESPONDENT: **LIVEUNIVERSE**

| **DECLARATION OF DILIGENCE** | CASE NUMBER: <br> CV-09-6160-GW(PLAX) |
|---|---|

I received the within process on February 3, 2010 and that after due and diligent effort I have not been able to personally serve said person. I made the following attempts on the dates and times listed below to effect personal service. Additional costs for diligence are recoverable under CCP §1033.5 (a)(4)(B).

    Servee: **LIVEUNIVERSE, INC.**

    Documents: **Notice of Order to Show Cause**

As enumerated below:

    **02/03/2010 -- 04:10 pm**             9255 SUNSET BLVD., # 710
                                                      WEST HOLLYWOOD, CA 90059
    Bad address - No furniture inside suite. Premises vacant. Verified by security.

    **02/09/2010 -- 06:40 pm**             818 N. DOHENY DR.
                                                      LOS ANGELES, CA
    Location is a condo complex. No answer at door. Address verified by security.

    **02/10/2010 -- 10:15 am**             818 N. DOHENY DR.
                                                      LOS ANGELES, CA
    No answer at door.

    **02/11/2010 -- 08:12 pm**             818 N. DOHENY DR.
                                                      LOS ANGELES, CA
    No answer at door.

    **02/12/2010 -- 07:50 am**             818 N. DOHENY DR.
                                                      LOS ANGELES, CA
    No answer at door, no activity.



County: Los Angeles
Registration No.: 6096
Janney and Janney Attorney
Service, Inc.
1545 Wilshire Blvd.
Los Angeles, CA 90017
(213) 628-6338

I declare under penalty of perjury the foregoing information contained in the return of service and statement of service fees is true and correct and that this declaration was executed on **February 18, 2010** at Los Angeles, California.

Signature: _____
                         Robert Hall

**DECLARATION OF DILIGENCE**

Order#: 1258916/DilFormat.mdl