# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6160-GW(PLAx) | Date | February 25, 2010 |
|---|---|---|---|
| Title | *Peermusic, III, Ltd., et al. v. LiveUniverse, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Andrea Keifer | Wil Wilcox | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Daniel L. Germain<br>Paul M. Fakler | R. William Shpall,<br>specially appearing for Peter Bronstein |

**PROCEEDINGS:**   ORDER TO SHOW CAUSE RE DEFENDANT'S FAILURE TO APPEAR AT STATUS CONFERENCE SET ON FEBRUARY 1, 2010 AND FOR FAILURE TO DEFEND

Hearing is held.  The Court orders defendant to file a substitution of attorney by March 1, 2010.

The Court sets a **Status Conference** for **March 4, 2010 at 8:30 a.m.**  The parties may appear telephonically, if notice is given to the clerk within two business days of the hearing.

IT IS SO ORDERED.

|  | : | 03 |
|---|---|---|
|  | Initials of Preparer | AK |