1925 Century Park East, Suite 350
Los Angeles, CA 90067
Tel: (310) 203-2249
Fax: (310) 203-2259
Email: Peterbronz@yahoo.com

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Peermusic III, Ltd. et al<br>Plaintiff(s)<br>v.<br>LiveUniverse, Inc., et al<br>Defendant(s). | CASE NUMBER<br>2:09-cv-06160-GW-PLA<br><br>REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY |

LiveUniverse, Inc. ☐ Plaintiff ☑ Defendant ☐ Other ______
*Name of Party*

hereby request the Court approve the substitution of Peter C. Bronstein
*New Attorney*

as attorney of record in place and stead of ______
*Present Attorney*

Dated March 17, 2010 ______
*Signature of Party/Authorized Representative of Party*

I have given proper notice pursuant to Local Rule 83-2.9 and further consent to the above substitution.

Dated ______ ______
*Signature of Present Attorney*

I am duly admitted to practice in this District pursuant to Local Rule 83-2.

Dated March 17, 2010 ______
*Signature of New Attorney*

153611
*State Bar Number*

If party requesting to appear Pro Se:

Dated ______ ______
*Signature of Requesting Party*

**NOTE: COUNSEL AND PARTIES ARE REMINDED TO SUBMIT A COMPLETED *ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OF ATTORNEY* (G-01 ORDER) ALONG WITH THIS REQUEST.**