UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6160-GW(PLAx) | Date | March 18, 2010 |
|---|---|---|---|
| Title | *Peermusic, III, Ltd., et al. v. LiveUniverse, Inc., et al.* | | |

Present: The Honorable   GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Gary George | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Daniel L. Germain                                         Peter Bronstein
Paul M. Fakler (via telephone)

**PROCEEDINGS:**   ORDER TO SHOW CAUSE WHY DEFENDANT LIVEUNIVERSE, INC.'S ANSWER SHOULD NOT BE STRICKEN AND DEFAULT ENTERED FOR FAILURE TO APPEAR ON FEBRUARY 25, 2010 AT MARCH 4, 2010

Hearing is held. Court and counsel confer.

For reasons stated on the record, the order to show cause is hereby **discharged.**

Plaintiffs will have until April 16, 2010, to file their Motion for Preliminary Injunction. Hearing on said motion will be set for May 13, 2010 at 8:30 a.m.

A Status Conference is set for **March 29, 2010 at 8:30 a.m.** If the parties agree on dates, a stipulation and proposed order taking the status conference off calendar may be filed.

IT IS SO ORDERED.

:   06

Initials of Preparer   JG