Daniel L. Germain (CA Bar No. 143334)
ROSMAN & GERMAIN LLP
16311 Ventura Blvd., Suite 1200
Encino, CA 91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885
E-Mail: R&G@Lalawyer.com

Paul M. Fakler (NY Bar No. 2940435)
Ross J. Charap (NY Bar No. 1117381)
MOSES & SINGER LLP
405 Lexington Avenue
New York, New York 10174-1299
Telephone: (212) 554-7800
Facsimile: (212) 554-7700
E-Mail: pfakler@mosessinger.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Peermusic, III, Ltd., Songs of Peer, Ltd., Peer International Corp., Peermusic Ltd., PSO Ltd., Southern Music Publishing Co., Inc., WB Music Corp., Warner-Tamerlane Publishing Corp., Unichappell Music, Inc., Bug Music, Inc., Windswept Holdings LLC and Hitco Music Publishing, LLC,<br><br>*Plaintiffs*,<br>v.<br><br>LiveUniverse, Inc. and Brad Greenspan,<br><br>*Defendants*. | Case No.: CV-09-6160-GW (PLAx)<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE FOR MOTION FOR PRELIMINARY INJUNCTION; CONTINUANCE OF PRE-TRIAL AND TRIAL DATES; AND TAKING STATUS CONFERENCE OFF CALENDAR** |

**WHEREAS**, at the Status conference on March 18, 2010, the Court ordered Plaintiffs to file their proposed Motion for a Preliminary Injunction by April 16, 2010 and set the hearing on the Motion for May 16, 2010.  The Court ordered the parties to meet and confer regarding a briefing schedule and set a further status conference for March 29, 2010 to impose a briefing schedule if the parties were unable to reach an agreement.  The Court indicated that the Court would take the status conference off calendar following the entry of a stipulated briefing schedule.

**WHEREAS**, the parties have met and conferred and agreed upon a proposed briefing schedule for Plaintiffs' Motion for a Preliminary Injunction as set forth herein.

**WHEREAS**, on March 17, 2010, Defendants LiveUniverse, Inc. and Brad Greenspan filed a substitution of attorney form which substitute Peter C. Bronstein as counsel of record for Defendants.

**WHEREAS**, Counsel for Defendants Peter C. Bronstein has requested that all pre-trial and trial dates be extended or continued by two months so that he may have sufficient time to prepare for trial.  Counsel for Plaintiffs have agreed to extend or continue the pre-trial and trial dates as set forth herein.

IT IS HEREBY STIPULATED AND AGREED AS FOLLOWS:

1. The following briefing schedule shall apply to Plaintiffs' Motion for a Preliminary Injunction:
   - Plaintiffs shall file and serve their Motion for a Preliminary Injunction on or before April 16, 2010;
   - Defendants shall file and serve any opposition to the Motion for a Preliminary Injunction on or before April 30, 2010;
   - Plaintiffs shall file and serve their Reply in Support of their Motion for a Preliminary Injunction on or before May 10, 2010;
   - The hearing on the Motion for a Preliminary Injunction shall be set for May 13, 2010 at 8:30 a.m.

2. The status conference currently scheduled for March 29, 2010 at 8:30 a.m. shall be taken off calendar.

3. The following pre-trial and trial dates shall be continued or extended for two months as follows:

| Event | Current Date | New Date |
|---|---|---|
| Fact Discovery Cut-Off | June 1, 2010 | August 2, 2010 |
| Mediation Cut-Off | June 11, 2010 | August 13, 2010 |
| Mediation Status Conference | June 14, 2010; 8:30 a.m. | August 16, 2010 8:30 a.m. |
| Expert Discovery Cut-Off | June 25, 2010 | August 31, 2010 |
| Motion Cut-Off | July 29, 2010 | October 1, 2010 |
| Pretrial Conference | September 2, 2010; 8:30 a.m. | November 4, 2010; 8:30 a.m. |
| Trial Date | September 14, 2010; 9:00 a.m. | November 16, 2010; 9:00 a.m. |

Dated: March 25, 2010      ROSMAN & GERMAIN LLP

_____/S/_____
Daniel L. Germain (CA Bar No. 143334)
16311 Ventura Blvd., Suite 1200
Encino, CA  91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885

Paul M. Fakler (NY Bar No. 2940435)
Ross J. Charap (NY Bar No. 1117381)
MOSES & SINGER LLP
405 Lexington Avenue
New York, New York 10174-1299
Telephone: (212) 554-7800
Facsimile: (212) 554-7700
*Attorneys for Plaintiffs*

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated:   March 25, 2010 | LAW OFFICES OF PETER C. BRONSTEIN |

                                                /S/
_____
Peter C. Bronstein (CA Bar No. 153611)
1925 Century Park East, Suite 350
Los Angeles, CA  90067
Telephone: (310) 203-2249
Facsimile: (310) 203-2259
*Attorneys for Defendants LiveUniverse, Inc. and Brad Greenspan*

- 4 -

STIPULATION