Daniel L. Germain (CA Bar No. 143334)
ROSMAN & GERMAIN LLP
16311 Ventura Blvd., Suite 1200
Encino, CA  91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885
E-Mail: R&G@Lalawyer.com

Paul M. Fakler (NY Bar No. 2940435)
Ross J. Charap (NY Bar No. 1117381)
MOSES & SINGER LLP
405 Lexington Avenue
New York, New York 10174-1299
Telephone: (212) 554-7800
Facsimile: (212) 554-7700
E-Mail: pfakler@mosessinger.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Peermusic, III, Ltd., Songs of Peer, Ltd., Peer International Corp., Peermusic Ltd., PSO Ltd., Southern Music Publishing Co., Inc., WB Music Corp., Warner-Tamerlane Publishing Corp., Unichappell Music, Inc., Bug Music, Inc., Windswept Holdings LLC and Hitco Music Publishing, LLC, <br><br> *Plaintiffs*, <br> v. <br><br> LiveUniverse, Inc. and Brad Greenspan, <br><br> *Defendants*. | Case No.: CV-09-6160-GW (PLAx) <br><br> **PLAINTIFFS' NOTICE OF MOTION FOR PRELIMINARY INJUNCTION** <br><br> Date: May 13, 2010 <br> Time: 8:30 a.m. <br> Courtroom: 10 (Hon. George H. Wu) |

– 1 –

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on Thursday, May 13, 2010, at 8:30 a.m., or as soon thereafter as the matter may be heard, in the courtroom of the Honorable George H. Wu, located at 312 North Spring Street, Courtroom 10, Los Angeles, California, Plaintiffs Peermusic, III, Ltd., Songs of Peer, Ltd., Peer International Corp., Peermusic Ltd., PSO Ltd., Southern Music Publishing Co., Inc., WB Music Corp., Warner-Tamerlane Publishing Corp., Unichappell Music, Inc., Bug Music, Inc., Windswept Holdings LLC and Hitco Music Publishing, LLC, will move the Court for an order granting a preliminary injunction in this action.  This motion is made on the ground that the ongoing actions of defendants LiveUniverse, Inc. and Brad Greenspan are causing immediate and irreparable harm which is not compensable by monetary damages.

This motion is based on this Notice, the accompanying Memorandum of Law In Support of Plaintiffs' Motion For Preliminary Injunction, the accompanying Declaration of Kelly Burnett ("Burnett Decl."), the accompanying Declaration of Ross Charap ("Charap Decl."), the accompanying Declaration of Petersen W. Jaegerman ("Jaegerman Decl."), the accompanying Declaration of Harold Woodley ("Woodley Decl."), the accompanying [Proposed] Order Granting Preliminary Injunction, all other pleadings and papers on file in this action, and such oral argument and further evidence that the court may consider.

This motion is made following the conference of counsel pursuant to Central District Local Rule 7-3 which took place on March 18, 2010, and prior communications with counsel for Defendants regarding counsel's intention to file said motion.

/////
/////
/////
/////
/////
/////
/////

Pursuant to the Order Re Briefing Schedule For Motion For Preliminary Injunction issued by the Court on March 29, 2010, opposition papers, if any, are due on or before April 30, 2010 and Plaintiffs' Reply in Support papers, if any, are due on or before May 10, 2010.

Dated: April 16, 2010

ROSMAN & GERMAIN LLP


By:  ___/s/_____.

DANIEL L. GERMAIN

Daniel L. Germain (CA Bar No. 143334)
ROSMAN & GERMAIN LLP
16311 Ventura Blvd., Suite 1200
Encino, CA  91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885
E-Mail: R&G@Lalawyer.com

Paul M. Fakler (NY Bar No. 2940435)
Ross J. Charap (NY Bar No. 1117381)
MOSES & SINGER LLP
405 Lexington Avenue
New York, New York 10174-1299
Telephone: (212) 554-7800
Facsimile: (212) 554-7700
E-Mail: pfakler@mosessinger.com

*Attorneys for Plaintiffs*