Daniel L. Germain (CA Bar No. 143334)
ROSMAN & GERMAIN LLP
16311 Ventura Blvd., Suite 1200
Encino, CA  91436-2152
Telephone: (818) 788-0877
Facsimile: (818) 788-0885
E-Mail: R&G@Lalawyer.com

Paul M. Fakler (NY Bar No. 2940435)
Ross J. Charap (NY Bar No. 1117381)
MOSES & SINGER LLP
405 Lexington Avenue
New York, New York 10174-1299
Telephone: (212) 554-7800
Facsimile: (212) 554-7700
E-Mail: pfakler@mosessinger.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| Peermusic, III, Ltd., Songs of Peer, Ltd., Peer International Corp., Peermusic Ltd., PSO Ltd., Southern Music Publishing Co., Inc., WB Music Corp., Warner-Tamerlane Publishing Corp., Unichappell Music, Inc., Bug Music, Inc., Windswept Holdings LLC and Hitco Music Publishing, LLC,<br><br>            *Plaintiffs*,<br><br>      v.<br><br>LiveUniverse, Inc. and Brad Greenspan,<br><br>            *Defendants*. | Case No.: CV-09-6160-GW (PLAx)<br><br>**DECLARATION OF PAUL FAKLER IN SUPPORT OF PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION**<br><br><br><br>Date: May 13, 2010<br>Time: 8:30 a.m.<br>Courtroom: 10 (Hon. George H. Wu) |

I, Paul Fakler, declare, pursuant to 28 U.S.C § 1746, as follows:

1.  I am a member of the law firm of Moses & Singer LLP, attorneys for the Plaintiffs herein.

2.  I make this Declaration based upon my own personal knowledge, after review of the record and discussions with colleagues, and in support of Plaintiffs' Motion for a Preliminary Injunction.

3.  Based upon my investigation of the publicly available Copyright Office records and the Infringing Websites, it is clear that Defendants have not complied with the statutory requirements of 17 U.S.C. § 512(c)(2), and are thus ineligible for the DMCA safe harbor, because they have not duly appointed a DMCA notification agent.

4.  One of the requirements of Section 512(c)(2) is that an Internet Service Provider register the name and contact information of its appointed DMCA notification agent with the Copyright Office in writing.  The Copyright Office maintains a list of all registered DMCA agents on its website, at http://www.copyright.gov/onlinesp/.  I have searched this list, and there is no registered designated DMCA agent in the name of either of the Defendants or any of the Infringing Websites identified in the Complaint.  Attached hereto as Exhibit 1 is a true and correct copy of excerpts from the Copyright Office list of designated DMCA notice agents, indicating that there is no registered agent listed for Defendant Live Universe, Inc., www.lyricsdownload.com, www.completealbumlyrics.com, or www.lyricsandsongs.com.

5.  Although there is a designated agent registered for a company named LiveUniverse.com, Inc., this is a different company than Defendant Live Universe, Inc.. Attached hereto as Exhibit 2 is a true and correct copy of the Interim Designation of Agent to Receive Notification of Claimed Infringement filed by LiveUniverse.com, Inc. with the Copyright Office on June 19, 2000.

6.  Attached hereto as Exhibit 3 is a true and correct copy of a printout from the New York State Department of State website corporate entity search, indicating that the

same company listed on Exhibit 2, LiveUniverse.com, Inc., was a Delaware corporation registered to do business in New York, and which was dissolved in 2002.

7.      Attached hereto as Exhibit 4 is a true and correct copy of a printout from the California Secretary of State website business entity search for Defendant LiveUniverse, indicating that Defendant LiveUniverse is a California corporation that was formed in 2005 (years after the filing of Exhibit 2 with the Copyright Office) and therefore could not be the same company that filed Exhibit 2 with the Copyright Office.

8.      I have also reviewed each of the Infringing Websites, and none of them lists the required contact information for a designated DMCA notice agent.  Moreover, I have spot-checked ten of the songs identified in Plaintiffs' Complaint, and each of them is still being displayed, transmitted and distributed on the Infringing Websites.

9.      Attached hereto as Exhibit 5 is a true and correct copy of an e-mail I received from Defendants' counsel the evening before Defendants' opposition papers were due, asking for a thirty-day extension.

10.     On December 31, 2009, Plaintiffs served Defendants with its first set of requests for documents and its first set of interrogatories.  Under the Federal Rules of Civil Procedure, Defendants' responses to these discovery requests, as well as any objections they may have had, were due in writing on February 4, 2010.  *See* Fed. R. Civ. P. 33 and 34.  Defendants did not serve Plaintiffs with any responses or objections on that date.

11.     On February 9, 2010, Plaintiffs' counsel wrote to Defendants pursuant to Local Rule 37-1, formally requesting a telephonic conference regarding Defendants' failure to respond to Plaintiffs' first set of discovery requests.  Plaintiffs advised Defendants that, pursuant to Local Rule 37-1, the meet and confer had to take place within ten days after service of the letter, and requested that the meet and confer take place on February 11, 2010.  Plaintiffs also advised Defendants that if they did not agree to voluntarily respond in a timely fashion, Plaintiffs would file a motion to compel with Plaintiffs' requests.

12.     Defendants waited until February 22, 2010 -- nearly two weeks -- before responding by email to Plaintiffs' February 9th letter.  In that email, Mr. Greenspan, on behalf of Defendants, asked that the meet and confer be rescheduled to February 24, 2010.

13.     On February 24, 2010, Plaintiffs' counsel met and conferred telephonically with Defendants.  Mr. Ross Charap, Esq. and Ms. Amanda Schaffer, Esq. participated in the February 24th call on behalf of Plaintiffs, and Mr. Brad Greenspan participated on behalf of Defendants.  Plaintiffs informed Defendants that by failing to timely object to the discovery requests, they had waived any such objections.  As a result of that call, and at the request of Defendants, Plaintiffs agreed to wait until March 10, 2010 for Defendants to actually provide the requested discovery.  Plaintiffs informed Defendants, however, that if they did not comply by March 10, 2010, Plaintiffs would be forced to make a motion to compel the discovery.

14.     Since that time, despite Plaintiffs attempt to resolve this dispute without resorting to asking the Court for intervention, Defendants have utterly failed to respond to Plaintiffs' first set of discovery requests, or to produce a single responsive document.  Defendants have offered no reasonable explanation for their failure to comply with their discovery obligations.  On March 18, 2010, Mr. Greenspan sent an e-mail requesting yet another thirty-day extension to respond, citing his involvement in yet another litigation.  Those thirty days have since expired, and still Plaintiffs have received no responses to their discovery requests, or any explanation as to why.  Indeed, even after Defendants finally retained substitute counsel, Plaintiffs were repeatedly assured Defendants would finally comply with their discovery obligations.  It is now clear that these have all been empty promises.  Plaintiffs are presently in the required process of preparing a joint stipulation to bring this discovery matter before the Court.

DECLARATION OF PAUL FAKLER IN SUPPORT OF
PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

I declare under penalty of perjury that the foregoing is true and correct.

Executed:  May 7, 2010

New York, New York

_____

Paul Fakler

# Exhibit 1

**Service Provider Agents - L**

### Directory of Service Provider Agents for Notification of Claims of Infringement

The following service providers have filed designations of agents for notification of claims of infringement pursuant to Section 512(c) of the Copyright Act. The Copyright Office's current directory of agents consists of this list, with links to copies, in PDF format, of the designations filed on behalf of service providers. You must have the Adobe Acrobat Reader installed on your computer to view and print the forms. The Adobe Acrobat Reader is available for free from Adobe Systems Incorporated.

**Go To:** A B C D E F G H I J K L M N O P Q R S T U V W X Y Z Numerals/Symbols

**Service Provider Agents List**

-L-

L9

LAAutoShowReports.com

La Jicarita Rural Telephone Cooperative

La Jolla Group, Inc.

L Magaziine

La Redoute USA

La Senza

La Touraine, Inc.

LA-executive.com

labaseballnetwork.com

labelyourselfawinner.com

labmeeting

labmeeting, inc.

Lab Partners Associates, Inc. dba LPA Design

labs.bigspaceship.com

LACAR LLC

lacarbuying.com

lacarsdirect.com

lacarsdirect.net

Lace BBS

Lace on CompuServe

Lace Web

lachainehistoire.com

lachainehistoire.net

Lackawaxen Telephone Company

Lacra International Corporation

LADB, Inc.

ladb.tv

ladieshomejournal.biz

ladieshomejournal.com

ladieshomejournal.info

ladyboy-ladyboy.com

Laerdal Medical AS

LiveOnTheNet.com, Inc.

liveonthewebcarpet.com

liveorgasmcams.com

LivePerson, Inc.

LivePlanet, Inc.

liveplanet.com

livepornfuzecams.com

LiveReplays.com

Liverpool Library (NY)

Liverpool Public Library (NY)

livesexstream.com

livesexstreams.com

livetran.com

LiveUniverse.com, Inc.

LiveUpdate, Inc.

liveupdate.com

liveweather.com

livewebcarpet.com

Live Well Wyoming

livewildcams.com

Livewire Services, Inc.

living.aol.com

Living Church of God (International), Inc.

Living Love Fellowship

The Living Love Fellowship

Living University

livinginalaska.com

livinginlascruces.com

LIVINGLAVIDADALLAS.COM

livinglovefellowship.org

livingroommag.com

livingroommagazine.com

Livingston Group for Marketing, Inc.

livingthecountrylife.com

Livonia Civic Center Library (MI)

Livonia Public Library (MI)

Liz Claiborne, Inc.

Liz Claiborne New York

LJ Kutz, LLC

LJWorld.com

llevateunalinternaporloquepuedapasar.com

Lynchburg Bar Association, Inc.

lynchburgbar.org

Lynden School District Number 504 (WA)

Lyon College (Batesville, AR)

Lyon Township Public Library (MI)

LyricWiki

LyricWiki.com

LyricWiki.org

lyricsfreak.com

lyricsgang.com

lyricsmode.com

lyricshard.com

lyricstwist.com

lyricsvoguecom

Lyxom

Lyxom, Inc.


**Service Provider Agents List**

**Go To:** A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z  Numerals/Symbols

Home  |  Contact Us  |  Legal Notices  |  Freedom of Information Act (FOIA)  |  Library of Congress

U.S. Copyright Office
101 Independence Ave. S.E.
Washington, D.C. 20559-6000
(202) 707-3000

 Service Provider Agents - C

**Directory of Service Provider Agents for Notification of Claims of Infringement**

The following service providers have filed designations of agents for notification of claims of infringement pursuant to Section 512(c) of the Copyright Act. The Copyright Office's current directory of agents consists of this list, with links to copies, in PDF format, of the designations filed on behalf of service providers. You must have the Adobe Acrobat Reader installed on your computer to view and print the forms. The Adobe Acrobat Reader is available for free from Adobe Systems Incorporated.

**Go To:** A B C D E F G H I J K L M N O P Q R S T U V W X Y Z Numerals/Symbols

**Service Provider Agents List**

911 classifieds

.capecod, Inc. DBA .capecod

.capecod, Inc.

.(Concord & Kannapolis) Independent Tribune

C & R Media

c1ama.com

c1ama.net

c1email.com

c1hotspot.com

c1hotspot.net

c1hotspots.com

c1hotspots.net

C1Media.com

c1salesgov.com

C/34 Corporation

C3.org

C3KTOGO.COM

C4C, LLC

**C4P.com, LLC**

C17 Music, LLC

ca.myspace.com

C.A.R.

C.A.R.E.

C.A.R.E. COUNCIL

C.D. Displays

C.E., LLC

C-n.com

C-Systems, Inc.

C-Zone, Inc.

CALI

CAAONLINE.COM

Cabell County Family Resource Network, Inc.

CAbi, LLC

Communityarchitect.com

communitybuildingproject.org

CommunityChannel

CommunityChannel.com

Communityfavorites.com

communityfocus.org

communitygjusa.biz

communitygjusa.com

communitygjusa.info

communitygjusa.net

CommunityPath.com

CommunityPath.com, Inc.

communitype.com

communitype.co.uk

Communitypress.com

Community Shopper, Inc.

CommunitySites

community-source.com

communitysource.oorg

compactcaranything.com

COMPACT EQUIPMENT ATTACHMENTS, INC.

Company 3

Company Corporation

Company Tube

CompanyTube

company22.com

company33. com

company44.com

company55.com

companyscore.com

CompanyTube.com

compaq.com

compzapppoooooooooooooo

compassionpublishing.com

Compensation Roundtable

Compete Service

Compete, Inc.

Complete Business Services

Complete Computers

Complete Denture Resources, LLC

Complete Web Reviews, Inc.

 Service Provider Agents - W

### Directory of Service Provider Agents for Notification of Claims of Infringement

The following service providers have filed designations of agents for notification of claims of infringement pursuant to Section 512(c) of the Copyright Act. The Copyright Office's current directory of agents consists of this list, with links to copies, in PDF format, of the designations filed on behalf of service providers. You must have the Adobe Acrobat Reader installed on your computer to view and print the forms. The Adobe Acrobat Reader is available for free from Adobe Systems Incorporated.

**Go To:** A B C D E F G H I J K L M N O P Q R S T U V W X Y Z Numerals/Symbols

**Service Provider Agents List**

**-W-**

(Waynesboro) News Virginian

W

W Hotels

W Recordings

W2Data.com

W2hitePages.com

W3Data.com

w3data.com

W3Data-Inc.com

W3Data.net

W3Data.org

W3hitePages.com

W3i, LLC

W4Data.com

W18BO, Pittsburg

W3411.com

W50DP-D Hanover

WAAF

WAAX

Wabash College (Crawfordsville, IN)

WABM

WABM 68

wac.rivals.com

WACH

WACL

WACO-FM

WACOREALESTATE.COM

WacoTexasToday.com

www.charlottesvillenewsplex.com

www.charlottesvillenewsplex.tv

www.charlottesvillenewsplex.tv

www.charlottesvillenewsplex.tv

www.cheboygannews.com

www.cheatmasters.com

www.chevystaycation.com

www.chicagoenvironment.org

www.chillicothenews.com

www.chillicothetimesbulletin.com

www.chiphistory.org

www.chooseashford.com

www.christianscience.com

www.christmastreeshops.com

www.chromozonexx.com

www.chronicle-express.com

www.churchofchristscientist.org

www.cinematical.com

www.circleshare.com

www.citrusandvegetable.com

www.citysearch.com

www.ClanServers.com

www.Clans.net.

www.classcountry923.com

www.claytodayonline.com

www.Click2Try.com

www.clinicaladvisor.com

www.closets-expo.com

www.closetsmagazine.com

www.cloverfielddvdsweeps.com

www.cmdistro.com

www.coachaccountable.com

www.collectview.com

www.collegeads.com

www.collegeclub.com

www.collegeevents.com

www.college-guidance.com

www.collegetrendspotter.com

www.communitypub.com

www.comtechnologies.com

www.comtechnologies.com

www.lifepics.com

www.lifepics.com/spark

www.lifeslittleannoyances.com

www.liketribe.com

www.lincolncourier.com

www.lindenlab.com

www.lingoz.com

www.linncountyleader.com

www.litemiami.com

www.littlefallstimes.com

www.live105.com

www.live1053.com

www.live1057.com

www.live5news.com

www.live971.com

www.liveelated.com

www.liveintheden.com

www.localbetty.com

www.localjobsavailable.net

www.lonleyplanet.com

www.lonelyplanet.tv

www.looledo.com

www.lorensenautobody.com

www.lorensenautogroup.com

www.lorensen.com

www.lorensentoyota.com

www.luxist.com

www.m-boost.com

www.macmillanacademic.com

www.macmillanlibrary.com

www.macmillanspeakers.com

www.macombjournal.com

www.maconch.com

www.mafiawars.com

www.magic983.com

www.magic1067.com

www.mainstreet-stores.com

www.majic.com

www.majic1027.com

www.manaddict.com

www.managemyhome.com

# Exhibit 2

# Interim Designation of Agent to Receive Notification of Claimed Infringement

**Full Legal Name of Service Provider:** LiveUniverse.com, Inc.

**Alternative Name(s) of Service Provider (including all names under which the service provider is doing business):** ~~Rare Medium Inc. / Rare Medium~~  *

*Removed per auth.

R. Lewis, phone call 6/19/00

**Address of Service Provider:** 565 Fifth Ave., 29th Fl.,  New York, NY 10017

**Name of Agent Designated to Receive Notification of Claimed Infringement:** Robert Lewis

**Full Address of Designated Agent to which Notification Should be Sent** (a P.O. Box or similar designation is not acceptable except where it is the only address that can be used in the geographic location): 565 Fifth Ave., 29th Fl.
New York, NY 10017

**Telephone Number of Designated Agent:** (212) 883-6940

**Facsimile Number of Designated Agent:** (212) 856-9122

**Email Address of Designated Agent:** robert@raremedium.com

**RECEIVED**

**JUN 1 9 2000**

**COPYRIGHT OFFICE**

**Signature** of ____ or Representative of the Designating Service Provider:
Date: March 10, 2000

**Typed or Printed Name and Title:** Robert Lewis
Vice President and General Counsel

**Note: This Interim Designation Must be Accompanied by a $20 Filing Fee Made Payable to the Register of Copyrights.**


114940872

# Exhibit 3

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through May 3, 2010.

Selected Entity Name: LIVEUNIVERSE.COM, INC.
Selected Entity Status Information

| | |
|---|---|
| **Current Entity Name:** | LIVEUNIVERSE.COM, INC. |
| **Initial DOS Filing Date:** | MARCH 25, 1999 |
| **County:** | NEW YORK |
| **Jurisdiction:** | DELAWARE |
| **Entity Type:** | FOREIGN BUSINESS CORPORATION |
| **Current Entity Status:** | INACTIVE - Termination (Oct 07, 2002) |

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

C/O ICC TECHNOLOGIES, INC.
ATTN: CORPORATE SECRETARY
44 WEST 18TH STREET
NEW YORK, NEW YORK, 10011

**Registered Agent**

NONE

This office does not record information regarding
the names and addresses of officers, shareholders
or directors of nonprofessional corporations except
the chief executive officer, if provided, which
would be listed above. Professional corporations
must include the name(s) and address(es) of the
initial officers, directors, and shareholders in the
initial certificate of incorporation, however this
information is not recorded and only available by

viewing the certificate.

## *Stock Information

**# of Shares**　　　　**Type of Stock**　　　**$ Value per Share**

No Information Available

*Stock information is applicable to domestic business corporations.

## Name History

| Filing Date | Name Type | Entity Name |
|---|---|---|
| APR 26, 1999 | Actual | LIVEUNIVERSE.COM, INC. |
| MAR 25, 1999 | Actual | INTERNET GAMES ACQUISITION CORP. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs  |   Privacy Policy  |   Accessibility Policy  |   Disclaimer  |   Return to DOS Homepage  |   Contact Us  |   Web Feedback

# Exhibit 4

# California Secretary of State Debra Bowen

*common good    privacy    All people    Liberty    Speak    without discrimination    Conscience*

**Secretary of State**    Administration    Elections    Business Programs    Political Reform    Archives    Registries

**Business Entities (BE)**

Online Services
- **Business Search**
- **Disclosure Search**
- **E-File Statements**
- **Mail Processing Times**

**Main Page**

**Service Options**

**Name Availability**

**Forms, Samples & Fees**

**Annual/Biennial Statements**

**Filing Tips**

**Information Requests**
(certificates, copies & status reports)

**Service of Process**

**FAQs**

**Contact Information**

Resources
- **Business Resources**
- **Tax Information**
- **Starting A Business**
- **International Business Relations Program**

**Customer Alert**
(misleading business solicitations)

## Business Entity Detail

Data is updated weekly and is current as of Friday, April 30, 2010. It is not a complete or certified record of the entity.

| | |
|---|---|
| **Entity Name:** | LIVEUNIVERSE, INC. |
| **Entity Number:** | C2750342 |
| **Date Filed:** | 05/31/2005 |
| **Status:** | SUSPENDED |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Address:** | 9255 SUNSET BLVD., STE 710 |
| **Entity City, State, Zip:** | WEST HOLLYWOOD CA 90069 |
| **Agent for Service of Process:** | BRAD GREENSPAN |
| **Agent Address:** | 9255 SUNSET BLVD., STE 710 |
| **Agent City, State, Zip:** | WEST HOLLYWOOD CA 90069 |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on ordering certificates, copies of documents and/or status reports or to request a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Field Descriptions and Status Definitions**.

**Modify Search**    **New Search**    **Printer Friendly**    **Back to Search Results**

**Privacy Statement** | **Free Document Readers**
Copyright © 2010    California Secretary of State

# Exhibit 5

**Paul Fakler**

---

**From:** Peter Bronstein [peterbronz@yahoo.com]

**Sent:** Thursday, April 29, 2010 5:50 PM

**To:** akislik@nassiri-jung.com; germain@lalawyer.com; knassiri@nassiri-jung.com; Paul Fakler; Michelle Byron; Matthew P. Moore; Raymond Torres; Ross J. Charap

My client is in Singapore on business. I have requested certain financial records. Thus I am requesting a 30 day extension for the preliminary injunction hearing. In the event an extension is not agreeable I intend on filing an exparte application for a 30 extension.

Peter Bronstein, Esq.
For the Firm
1925 Century Park East
suite 350
Los Angeles, CA 90067
Telephone (310) 203-2249
Facsimile (310) 203-2259
WEB: www.mycorporatecounsel.com