Peter C. Bronstein (SBN 153611)
LAW OFFICE OF PETER C. BRONSTEIN
1925 Century Park East, Suite 350
Los Angeles, CA. 90067
(310) 203-2249 Telephone
(310) 203-2259 Facsimile
Email: Peterbronz@yahoo.com

Attorney for LiveUniverse, Inc.
and Brad Greenspan

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Peermusic III, Ltd., Songs of Peer, Ltd., Peer International Corp., Peermusic Ltd., PSO Ltd., Southern Music Publishing Co., Inc., WB Music Corp., Warner-Tamerlane Publishing Corp., Unichappell Music, Inc., Bug Music, Inc., Windswept Holdings LLC and Hitco Music Publishing, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>LiveUniverse, Inc. and Brad Greenspan,<br><br>Defendants. | Case No. CV09-6160-GW (PLAx)<br><br>**DEFENDANTS' OBJECTION RE ORDER TO SHOW CAUSE JULY 7, 2010** |

1. Defendants answer this Court's order to show cause why they should not be immediately imposed for monetary sanctions.

2. There was a delay because there is only one person who could answer questions and get documents. That person was unavailable due to another Court proceeding. Superior Court of

Arizona, County of Maricopa. *Limelight Networks, Inc. v. LiveUniverse, Inc. et al.* (Case No. CV2009-020415).

    3.    This opposition is based on the Defendants responses to Production of Documents and Interrogatories, which follows, the exhibits thereto, and the discovery is now completed though cartons of boxes are in transit.

Dated: July 8, 2010        Respectfully submitted

By: /s/ Peter C. Bronstein
     Peter C. Bronstein, Attorney for Defendants

# PROOF OF SERVICE

I am a resident of the United States. I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 Century Park East, suite 350, Los Angeles, CA 90067.

On July 8, 2010, I served the foregoing documents described as **DEFENDANTS'S OBJECTION TO ORDER TO SHOW CAUSE ON JULY 7, 2010** on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| ROSEMAN & GERMAIN, LLP | MOSES & SIGNER, LLP |
| Daniel L. Germain, Esq. | Paul M. Fakler, Esq. |
| 16311 Ventura Blvd., Suite 1200 | Ross J. Charap, Esq. |
| Encino, California 91436 | The Chrysler Building |
| Email: R&G@Lalawyer.com | 405 Lexington Avenue |
| | New York, NY 10174 |
| | Email: pfakler@mosessinger.com |

[x]    BY MAIL

    [x]    I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

    [ ]    I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]    BY MESSENGER SERVICE

    [ ]    I served the documents by placing them in an envelope or package addressed to the persons at the addresses listed above and providing them to a professional messenger service for service.

Executed on July 8, 2010 Los Angeles, California.

[ ]    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Gisele Chang
Type or print name                                                    Signature

3
OBJECTION RE ORDER TO SHOW CAUSE