# EXHIBIT B

Peter C. Bronstein (SBN 153611)
**LAW OFFICE OF PETER C. BRONSTEIN**
1925 Century Park East, Suite 350
Los Angeles, CA. 90067
(310) 203-2249 Telephone
(310) 203-2259 Facsimile

Attorney for LiveUniverse, Inc.
and Brad Greenspan

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| Peermusic III, Ltd., Songs of Peer, Ltd., Peer International Corp,, Peermusic Ltd., PSO Ltd., Southern Music Publishing Co., Inc., WB Music Corp., Warner-Tamerlane Publishing Corp., Unichappell Music, Inc., Bug Music, Inc., Windswept Holdings LLC and Hitco Music Publishing, LLC,<br>    Plaintiffs<br><br>Vs.<br><br>LiveUniverse, Inc. and Brad Greenspan,<br><br>    Defendants. | Case No. CV09-6160-GW (PLAx)<br><br>**DEFENDANT LIVEUNIVERSE INC. RESPONSES TO INTERROGATORIES** |

PROPOUNDING MASTER:    Plaintiff Peer International Corp.

RESPONDING PARTY:    Defendant LiveUniverse, Inc.

SET NO.:    ONE (1)

These responses are made on the basis of information presently available to us and do not include all facts which may ultimately be established. These responses, further, do not include and are without prejudice to the presentation of evidence based upon facts whose significance is

presently unknown to us, and therefore, not included or those facts that may have been inadvertently omitted. In addition, these responses may include hearsay and other forms of evidence that may prove not to be reliable and may not be admissible in evidence. Defendant reserves the right to amend and/or supplement these responses.

## GENERAL OBJECTIONS

1. Responding Party objects to the Interrogatories, and each of them, to the extent that they seek information protected from discovery by the attorney-client privilege and/or the attorney work-product doctrine, the right of privacy under the California Constitution Art. I, § 1, or any other applicable privilege or doctrine.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

Without waiving any of the foregoing general objections, each of which is incorporated in to each of the following specific objections, Responding Party objects and responses to this Request as follows.

## RESPONSES TO INTERROGATORIES

**INTERROGATORY NO. 1**

Identify the persons most knowledgeable about the placement or use of son lyrics in connection with the Infringing Websites.

**RESPONSE TO INTERROGATORY NO. 1**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**INTERROGATORY NO. 2**

Identify all persons with knowledge concerning the relationship between Defendants and the Infringing Websites.

**RESPONSE TO INTERROGATORY NO. 2**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**INTERROGATORY NO. 3**

Describe the relationship between Defendants and each of the Infringing Websites.

**RESPONSE TO INTERROGATORY NO. 3**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**INTERROGATORY NO. 4**

Identify all websites that Defendants won, operate, control, authorize and/or purport to license that display or otherwise use lyrics to songs.

**RESPONSE TO INTERROGATORY NO. 4**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**INTERROGATORY NO. 5**

Identify all persons with knowledge of the Widgets available on or through the Infringing Websites.

**RESPONSE TO INTERROGATORY NO. 5**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**INTERROGATORY NO. 6**

Identify each song whose lyrics have been displayed, incorporated or otherwise used at any time on the Infringing Websites.

**RESPONSE TO INTERROGATORY NO. 6**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**INTERROGATORY NO. 7**

Identify all persons that advertise on the Infringing Websites.

**RESPONSE TO INTERROGATORY NO. 7**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**INTERROGATORY NO. 8**

Identify all persons who have participated in any way in the incorporations, display or use Plaintiff's Lyrics on the Infringing Websites.

**RESPONSE TO INTERROGATORY NO. 8**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**INTERROGATORY NO. 9**

Identify all persons to whom Defendants have issued licenses or whom Defendants have otherwise authorized to exploit Plaintiffs' Lyrics.

**RESPONSE TO INTERROGATORY NO. 9**

None.

**INTERROGATORY NO. 10**

Identify persons with knowledge concerning communications Defendants received from Plaintiffs or the National Music Publishers Association, or form any attorneys, agents (including without limitation licensing agents) or other representatives of Plaintiffs or the National Music Publishers Association.

**RESPONSE TO INTERROGATORY NO. 10**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**INTERROGATORY NO. 11**

Provide a table and computation of all revenues, costs of such revenues, and profits, from the exploitation of song lyrics, including without limitation Plaintiffs' Lyrics, on the Infringing Websites.

**RESPONSE TO INTERROGATORY NO. 11**

See **Exhibit 1**.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**INTERROGATORY NO. 12**

State each fact supporting your contention that Plaintiffs' causes of action are barred by the fair use doctrine.

**RESPONSE TO INTERROGATORY NO. 12**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**INTERROGATORY NO. 13**

State each fact supporting your contention that Defendant Live Universe operated the Infringing Websites "solely for educational purposes and not for profit, and took reasonable steps to inform website users that their use of the website was limited to educational purposes.

**RESPONSE TO INTERROGATORY NO. 13**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**INTERROGATORY NO. 14**

State each fact supporting your contention that Plaintiffs' causes of action are barred by the first sale doctrine.

**RESPONSE TO INTERROGATORY NO. 14**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**INTERROGATORY NO. 15**

State each fact supporting your contention that Plaintiffs' copyright are invalid.

**RESPONSE TO INTERROGATORY NO. 15**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**INTERROGATORY NO. 16**

State each fact supporting your contention that each of Plaintiffs' Songs are in the public domain.

**RESPONSE TO INTERROGATORY NO. 16**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**INTERROGATORY NO. 17**

State each fact supporting Defendants' Six Affirmative Defense, including without limitation each fact supporting your contention that Plaintiffs have improperly exploited their copyrights.

**RESPONSE TO INTERROGATORY NO. 17**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**INTERROGATORY NO. 18**

State each fact supporting Defendants' Eleventh Affirmative Defense, including without limitation each fact supporting your contention that "by their own acts and omissions, Plaintiffs expressly or impliedly consented, approved, and/or ratified Defendants' conduct."

**RESPONSE TO INTERROGATORY NO. 18**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**INTERROGATORY NO. 19**

Identify all fact witnesses you may or intend to present at any phase of this proceeding, whether by affidavit, declaration, deposition, live testimony or otherwise and briefly describe the nature of that person's testimony.

**RESPONSE TO INTERROGATORY NO. 19**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

Dated: July 8, 2010

LAW OFFICE OF PETER C. BRONSTEIN

By: /S/ Peter C. Bronstein
Peter C. Bronstein, Esq.
Attorney for Defendants LiveUniverse, Inc. and Brad Greenspan

# EXHIBIT 1

Music Lyrics Websites

|  | 2007 | 2008 | 2009 |
|---|---|---|---|
| Revenue | $300,000 | $600,000 | $500,000 |
| Costs (including acquisition costs) | $750,000 | $800,000 | $600,000 |
| GAIN or LOSS | (-$450,000) | (-$200,000) | (-$100,000) |

# VERIFICATION

I have read the foregoing **DEFENDANT LIVEUNIVERSE, INC. RESPONSES TO INTERROGATORIES**, and know its contents.

I, Brad Greenspan, am the CEO of LiveUniverse, Inc., a Defendant in this matter. The matters stated in the forgoing documents are true based on my own knowledge, except as to those matters stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 8, 2010, at _4pm in Los Angeles, CA_

By: _[signature]_
Brad Greenspan

# PROOF OF SERVICE

I am a resident of United States. I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 Century Park East, Suite 350, Los Angeles, CA 90067.

On July 8, 2010, I served the foregoing document described as **DEFENDANT LIVEUNIVERSE, INC. RESPONSES TO INTERROGATORIES**, on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

| | |
|---|---|
| ROSEMAN & GERMAIN, LLP<br>Daniel L. Germain, Esq.<br>16311 Ventura Blvd., Suite 1200<br>Encino, California 91436<br>Email: R&G@Lalawyer.com | MOSES & SIGNER, LLP<br>Paul M. Fakler, Esq.<br>Ross J. Charap, Esq.<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174<br>Email: pfakler@mosessinger.com |

[ ]     BY MAIL

    [X]     I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

    [ ]     I am readily familiar with the firm's practice of collection and processing correspondence for mailing. All correspondence is deposited with the U.S. Postal Service on the same day in the ordinary course of business.

Executed on July 8, 2010 Los Angeles, California.

[ ]     (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]     (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Gisele Chang                            /S/
Type or print name                     Signature