# EXHIBIT D

1    Peter C. Bronstein (SBN 153611)
2    **LAW OFFICE OF PETER C. BRONSTEIN**
      1925 Century Park East, Suite 350
3    Los Angeles, CA. 90067
      (310) 203-2249 Telephone
4    (310) 203-2259 Facsimile

5

      Attorney for LiveUniverse, Inc.
6    and Brad Greenspan

7

8              **UNITED STATES DISTRICT COURT**
             **CENTRAL DISTRICT OF CALIFORNIA**
9                  **WESTERN DIVISION**

10

| | |
|---|---|
| Peermusic III, Ltd., Songs of Peer, Ltd., Peer ) International Corp,, Peermusic Ltd., PSO ) Ltd., Southern Music Publishing Co., Inc., ) WB Music Corp., Warner-Tamerlane ) Publishing Corp., Unichappell Music, Inc., ) Bug Music, Inc., Windswept Holdings LLC ) and Hitco Music Publishing, LLC, ) Plaintiffs ) | Case No. CV09-6160-GW (PLAx) |
| Vs. ) | **DEFENDANT LIVEUNIVERSE RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS** |
| LiveUniverse, Inc. and Brad Greenspan, ) ) Defendants. ) ) ) ) | |

PROPOUNDING MASTER:      Plaintiff Peer International Corp.

RESPONDING PARTY:        Defendant LiveUniverse, Inc.

SET NO.:                  ONE (1)

      These responses are made on the basis of information presently available to us and do not

include all facts which may ultimately be established. These responses, further, do not include and

are without prejudice to the presentation of evidence based upon facts whose significance is

presently unknown to us, and therefore, not included or those facts that may have been inadvertently omitted.  In addition, these responses may include hearsay and other forms of evidence that may prove not to be reliable and may not be admissible in evidence.  Defendants reserve the right to amend and/or supplement these responses.

## GENERAL OBJECTIONS

1.      Responding Party objects to the Interrogatories, and each of them, to the extent that they seek information protected from discovery by the attorney-client privilege and/or the attorney work-product doctrine, the right of privacy under the California Constitution Art. I, § 1, or any other applicable privilege or doctrine.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

Without waiving any of the foregoing general objections, each of which is incorporated in to each of the following specific objections, Responding Party objects and responses to this Request as follows.

## RESPONSES TO REQUEST FOR DOCUMENTS

## REQUEST FOR DOCUMENTS NO. 1

All documents concerning the use of song lyrics in the creation, implementation or operation of the Infringing Websites.

## RESPONSE TO REQUEST FOR DOCUMENTS NO. 1

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 2**

Documents, including electronic databases, sufficient to identify each song whose lyrics have been displayed, copies, distributed, transmitted, used or otherwise made available by or through the Infringing Websites.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 2**

No such document exists.

**REQUEST FOR DOCUMENTS NO. 3**

All documents concerning any arrangement, relationship, contract or agreement between you and any person regarding the display, copying, distribution, transmission or other use of song lyrics in connection with the Infringing Websites.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 3**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 4**

All documents concerning any communications between you and any person regarding the display, copying, distribution, transmission or other use of song lyrics in connection with the Infringing Websites.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 4**

No such document exists.

**REQUEST FOR DOCUMENTS NO. 5**

All documents concerning any actual, estimated or projected value, financial or otherwise, you have received, may receive, hope to receive or expect to receive from operation of the Infringing Websites.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 5**

Responding parties are currently completing their financials for 2007, 2008, and 2009 with financial consultant and outside accounting firm and will have these available within 60 days.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 6**

Documents sufficient to evidence all revenues, profits, and expenses in connection with the Infringing Websites.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 6**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 7**

All documents concerning any arrangement, relationship, contract or agreement relating to the operation of the Infringing Websites.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 7**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 8**

All documents concerning business plans relating to the Infringing Websites.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 8**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 9**

All documents relating to any analysis, review, or consideration of the inclusion of song lyrics on the Infringing Webistes.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 9**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 10**

All documents discussing, analyzing, or evaluating any competitor of the Infringing Websites.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 10**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

## REQUEST FOR DOCUMENTS NO. 11

All documents concerning marketing materials, advertisements, press releases, articles and brochures issued by or relating to the Infringing Websites.

## RESPONSE TO REQUEST FOR DOCUMENTS NO. 11

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

## REQUEST FOR DOCUMENTS NO. 12

All documents concerning any minutes of any meetings of shareholders of LiveUniverse, including without limitation all minutes, communications, notes, memoranda and drafts thereof.

## RESPONSE TO REQUEST FOR DOCUMENTS NO. 12

Respondent party considers this request is too broad and impossible to answer.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

## REQUEST FOR DOCUMENTS NO. 13

All minutes of any meetings of the Board of Directors, or any committees of the Board of Directors, of LiveUniverse, including without limitation all minutes, communications, notes, memoranda and drafts thereof.

## RESPONSE TO REQUEST FOR DOCUMENTS NO. 13

Respondent party considers this request is too broad and impossible to answer.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 14**

All documents concerning any advertisements placed on the Infringing Websites on pages featuring Plaintiffs' Lyrics.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 14**

Responding Party already submitted partial list of advertisers to opposing counsel in the previous responses and will work on sending more. However, responding party considers this request is very broad as there are thousands of advertisers that have advertised via ad networks, Google,etc.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 15**

One complete, functioning electronic copy of each of the Infringing Websites.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 15**

No such document exists.

**REQUEST FOR DOCUMENTS NO. 16**

All documents concerning the content on the Infringing Websites, including without limitation all historical versions of the Websites.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 16**

No such document exists.

**REQUEST FOR DOCUMENTS NO. 17**

All documents concerning the development, functionality and operation of the Infringing Websites.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 17**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 18**

All documents concerning efforts made or mechanisms used or available to review, classify, categorize, modify, control, or restrict access to the song lyric content on the Infringing Websites.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 18**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 19**

All documents concerning website traffic for the Infringing Websites, including without limitation actual and projected user traffic.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 19**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 20**

All documents concerning your financial books and records, including without limitation general ledgers, accounts receivable and payable, income ledgers, tax returns and balance sheets.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 20**

Responding Party have partially complied with this request in previous responses and will need to recover more recent financial record from accounts. Responding Party will send in second batch shortly.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 21**

All documents concerning any authorization or license of content for use in connection with the Infringing Websites, including without limitation any negotiation, analysis or consideration of authorization or license of such content.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 21**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 22**

All documents concerning allegations of copyright infringement engendered by the operation of the Infringing Websites, including without limitation all notices of copyright infringement, all internal communications and all steps taken in response to such notices.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 22**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 23**

All documents concerning Greenspan's involvement with LiveUniverse, including but not limited to documents concerning income or other compensation or consideration Greenspan receives as a result of this involvement with LiveUniverse and Greenspan's communication with or on behalf of LiveUniverse.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 23**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 24**

All documents concerning Greenspan's involvement with the Infringing Websites, including but not limited to documents concerning income or other compensation or consideration Greenspan receives as a result of this involvement with the Infringing Websites and Greenspan's communication with or on behalf of the Infringing Websites.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 24**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 25**

All documents concerning Walker's involvement with LiveUniverse, including but not limited to documents concerning income or other compensation or consideration Greenspan receives as a result of this involvement with LiveUniverse and Greenspan's communication with or on behalf of LiveUniverse.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 25**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 26**

All documents concerning Walker's involvement with Infringing Websites, including but not limited to documents concerning income or other compensation or consideration Greenspan receives as a result of this involvement with Infringing Websites and Greenspan's communication with or on behalf of Infringing Websites.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 26**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 27**

All documents concerning LiveUniverse's involvement with the Infringing Websites, including but not limited to documents concerning income or other compensation or consideration LiveUniverse receives as a result of this involvement with Infringing Websites and LiveUniverse's communication with or on behalf of Infringing Websites.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 27**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 28**

Documents sufficient to identify fully the management and corporate structure of LiveUniverse (and all changes to such structures), including without limitation all organization charts, job descriptions and job announcements.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 28**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 29**

All documents concerning LiveUniverse's document management policies and practices, including without limitation any document retention or destruction policies and any litigation holds.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 29**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

## REQUEST FOR DOCUMENTS NO. 30

All documents concerning any arrangement, relationship, contract or agreement between each of Greenspan, LiveUniverse, the Infringing Websites, LiveVideo, and Walker.

## RESPONSE TO REQUEST FOR DOCUMENTS NO. 30

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

## REQUEST FOR DOCUMENTS NO. 31

Documents sufficient to identify each officer of LiveUniverse and evidence such oficer's title and duties.

## RESPONSE TO REQUEST FOR DOCUMENTS NO. 31

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

## REQUEST FOR DOCUMENTS NO. 32

Documents sufficient to identify each officer LiveVideo and evidence such officers' title and duties.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 32**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 33**

All documents concerning LiveUniverse's operation as a corporation, including without limitation:

a.    All copies of any charter, by-laws or the equivalent;

b.    All board meeting minutes, including all minutes, communications, notes, memoranda and drafts thereof;

c.    All corporate resolutions and formalities;

d.    All corporate filings;

e.    Bank account information;

f.    All transfers between any of LiveUniverse, Greenspan and Walker, whether a transfer of cash, assets, equipment, intellectual property, securities, accounts receivables, debts, liabilities, accounts payable, or otherwise, and whether direct or indirect;

g.    All transactions between any of LiveUniverse, Greenspan, and Walker;

h.    Payments of employees, investors, shareholders, board members, and third parties;

i.    Tax returns and financial statements.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 33**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 34**

For LiveUniverse (including each of its affiliates, parents, owners and subsidiaries), documents sufficient to evidence:

    a.    The officers, directors, employees or other agents for each entity who perform work for any other entity;

    b.    Whether any officer, director, employee or other agent of any entity is an officer, director, employee or other agent of any other entity;

    c.    Any common ownership of or among two or more entities, including without limitation documents evidencing any shareholder or other owner of one entity also being a shareholder or other owner of any other entity;

    d.    Any property (including without limitation real property, bank accounts, intangible property, office equipment or computer equipment) owned or otherwise jointly held by two or more entities.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 34**

Responding Party have partially complied with this request in previous responses and will need to recover more recent financial record from accounts. Responding Party will send in second batch shortly.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 35**

All documents concerning the Widgets available on or through the Infringing Websites.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 35**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 36**

All documents concerning communications between Defendants and Plaintiffs or the National Music Publishers Association, or any attorneys, agents (including without limitation licensing agents) or other representatives of Plaintiffs or the National Music Publishers Association.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 36**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 37**

All documents concerning any arrangements, relationships, contracts or agreements between you and any (i) Internet service providers or other entities providing any online, Internet or web-related services with respect to the Infringing Websites; (ii) advertising placement companies or companies that otherwise arrange or facilitate advertising on or for any of the Infringing Websites; (iii) business or technical consultations who have provided services in connection with the Infringing Websites; and (iv) any personal that assist in the marketing,

promotion or branding of any of the Infringing Websites, including public relations and marketing companies.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 37**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 38**

All documents concerning any arrangements, agreements, contracts or communications between you and any person with respect to any revenue sharing, strategic partnership, joint venture or any other arrangement relating to LiveUniverse or the Infringing Websites, by which you expect to or may receive revenues, consideration or other value, or through which expenses or development efforts are or may be shared.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 38**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 39**

All documents concerning any arrangements, agreements, contracts or communications with any bank, venture capitalists, investors, or persons providing any capital, funds, or financing related to LiveUniverse or the Infringing Websites, irrespective of whether any such capital, funds or financing was ever actually obtained.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 39**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 40**

All documents concerning the allegations of your First Affirmative Defense which alleges that Plaintiffs' asserted causes of action fails to state a cause of action upon which relief can be granted.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 40**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 41**

All documents concerning the allegations of your Second Affirmative Defense which alleges that Plaintiffs' causes of action are barred under the fair use doctrine.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 41**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 42**

All documents concerning the allegations of your Third Affirmative Defense which alleges that Plaintiffs' causes of action are barred, because Defendant LiveUniverse operated the websites in question solely for educational purposes and not for profit, and took reasonable steps to inform website users that their use of the website was limited to educational purposes.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 42**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 43**

All documents concerning the allegations of your Fourth Affirmative Defense which alleges that Plaintiffs' causes of action are barred by the first sale doctrine..

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 43**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete. As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 44**

All documents concerning the allegations of your Fifth Affirmative Defense which alleges that Plaintiffs' causes of action are barred because of the invalidity of the copyrights they claim.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 44**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 45**

All documents concerning the allegations of your Sixth Affirmative Defense which alleges that Plaintiffs' causes of action are barred under the doctrine of copyright misuse and/or under the "unclean hands" doctrine, because of their improper exploitation of their copyrights.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 45**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 46**

All documents concerning the allegations of your Seventh Affirmative Defense which alleges that Plaintiffs failed to take reasonable steps to avoid the damages Plaintiffs now allege and as a result, Plaintiffs' claims for damages are barred by the doctrine of avoidable consequences.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 46**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 47**

All documents concerning the allegations of your Eighth Affirmative Defense which alleges that Plaintiffs' asserted causes of action are barred by Plaintiffs' failure to mitigate their alleged damages as required by law.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 47**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 48**

All documents concerning the allegations of your Ninth Affirmative Defense which alleges that each purported causes of action in Plaintiffs' complaint is barred because Plaintiffs unreasonably delayed in bringing this action against Defendants and such delay prejudiced Defendants, and this action is therefore barred by the doctrine of laches.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 48**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 49**

All documents concerning the allegations of your Tenth Affirmative Defense which alleges that Plaintiffs' asserted causes of action are barred by the applicable statute of limitations.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 49**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 50**

All documents concerning the allegations of your Eleventh Affirmative Defense which alleges that Plaintiffs' causes of action are barred because by their own acts and omissions, Plaintiffs expressly or impliedly consented, approved, and/or ratified Defendants' conduct, and have therefore waived her right to seek relief or any alleged damages from Defendants.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 50**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 51**

All documents concerning the allegations of your Twelfth Affirmative Defense which alleges that each purported causes of action in Plaintiff's complaint is barred because Plaintiff consented to the acts and events set forth herein.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 51**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 52**

All documents Defendants intend to rely upon as an exhibit or otherwise introduce into evidence at any state of this action.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 52**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.

**REQUEST FOR DOCUMENTS NO. 53**

All documents referenced in Defendants' Initial Disclosures or Interrogatory Responses, including any amendments thereto, served in this action.

**RESPONSE TO REQUEST FOR DOCUMENTS NO. 53**

Responding Party already fully complied with this request in previous responses submitted to the opposing counsel.

Discovery is ongoing and incomplete.  As new information becomes available, Responding Party reserves their right to supplement and amend their response.


Dated: July 8, 2010                                    LAW OFFICE OF PETER C. BRONSTEIN


By: /s/ Peter C. Bronstein
     Peter C. Bronstein, Esq.
     Attorney for Defendants LiveUniverse, Inc.
     and Brad Greenspan

## VERIFICATION

I have read the foregoing **DEFENDANT LIVEUNIVERSE, INC. RESPONSES TO PRODUCTION OF DOCUMENTS,** and know its contents.

I, Brad Greenspan, am the CEO of LiveUniverse, Inc., a Defendant in this matter. The matters stated in the forgoing documents are true based on my own knowledge, except as to those matters stated on information and belief, and as to those matters I believe them to be true.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on July 8, 2010, at ____4pm____ _Los Angeles, CA_ .

By: _____
Brad Greenspan

**PROOF OF SERVICE**

I am a resident of United States. I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 1925 Century Park East, Suite 350, Los Angeles, CA 90067.

On July 8, 2010, I served the foregoing document described as **DEFENDANT LIVEUNIVERSE, INC. RESPONSES TO REQUEST FOR PRODUCTION OF DOCUMENTS**, on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

ROSEMAN & GERMAIN, LLP                    MOSES & SIGNER, LLP
Daniel L. Germain, Esq.                         Paul M. Fakler, Esq.
16311 Ventura Blvd., Suite 1200              Ross J. Charap, Esq.
Encino, California 91436                         The Chrysler Building
Email: R&G@Lalawyer.com                   405 Lexington Avenue
                                                         New York, NY 10174
                                                         Email: pfakler@mosessinger.com

[ ]    BY MAIL

   [X]    I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

   [ ]    I am readily familiar with the firm's practice of collection and processing correspondence for mailing.  All correspondence is deposited with the U.S. Postal Service on the same day in the ordinary course of business.

Executed on July 8, 2010 Los Angeles, California.

[ ]    (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]    (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Gisele Chang                                    _____/S/_____
Type or print name                              Signature

Live Universe, Inc. Responses to Production of Document – Set One