UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 09-6160-GW (PLAx)                                    Date  July 14, 2010

Title: **Peermusic, III, Ltd., et al. v. LiveUniverse, Inc., et al.**

---

PRESENT: THE HONORABLE   PAUL L. ABRAMS                ☐ U.S. DISTRICT JUDGE
                                                       ☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:
            NONE                                              NONE

**PROCEEDINGS:**         **(IN CHAMBERS)**

On July 7, 2010, the Court issued an order requiring defendants to show cause for their alleged failure to comply with the Court's discovery order issued on June 11, 2010. In response, the Court received Defendants' Objection Re Order to Show Cause, filed on July 8, 2010, as well as Plaintiffs' Response to Defendants' Objection to Court's Order to Show Cause, filed on July 9, 2010. Having reviewed these filings, the Court sets a hearing on the Order to Show Cause for **Tuesday, July 20, 2010, at 10:00 a.m. in Courtroom G, ninth floor of the United States Courthouse, 312 N. Spring Street, Los Angeles. Defendants, defendants' counsel, and counsel for plaintiff shall appear at that time.**

**IT IS SO ORDERED.**

cc:     Counsel of Record

Initials of Deputy Clerk     ch