# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV 09-6160-GW (PLAx)                                                    Date  July 20, 2010

Title: Peermusic, III, Ltd., et al. v. LiveUniverse, Inc., et al.

---

PRESENT: THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | Courtsmart | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
Paul M. Fakler
Jeffrey R. Makin

**ATTORNEYS PRESENT FOR DEFENDANTS:**
Peter C. Bronstein

**PROCEEDINGS:**    (ORDER TO SHOW CAUSE)

Hearing is held concerning the Court's Order to Show Cause for defendants' alleged failure to comply with the Court's discovery order issued on June 11, 2010. Defendant Greenspan is not present, contrary to the Court's Order of July 14, 2010. For the reasons stated on the record, including the lack of compliance by defendant LiveUniverse, Inc. with the Court's June 11, 2010, Order, defendant Greenspan's failure to respond to discovery issued in December, 2009, and defendant Greenspan's failure to appear today despite being ordered to appear by the Court, as well as the misrepresentations made to the Court by defense counsel in Defendants' Objection re Order to Show Cause filed on July 8, 2010 (e.g., that discovery was "now completed" and boxes of discovery were "in transit" when they were not; that defendants had "already fully complied with" various discovery requests when they had not), the Court orders the following sanctions, and procedures for going forward:

1. For failure to comply with the Court's June 11, 2010, Order re: Plaintiffs' Motion to Compel Discovery, **monetary sanctions in the amount of $1,000 are imposed jointly and severally on defendant LiveUniverse, Inc. and defendants' counsel**;

2. For the time from July 7, 2010 (the date of the Order to Show Cause), to July 9, 2010, when "supplemental" discovery responses were served on plaintiffs, **additional sanctions of $250 per day, for a total of $500, are imposed jointly and severally on defendant LiveUniverse, Inc. and defendants' counsel**; and

3. For defendant Greenspan's failure to appear for the hearing today, and failure to meet his discovery obligations as required by the Federal Rules of Civil Procedure, **the Court imposes a sanction of $2,000 on him individually**.

All sanctions are payable to the **Clerk of Court no later than the close of business on Friday, July 30, 2010**.

In the May 27, 2010, Motion to Compel, plaintiffs established that they properly served interrogatories and requests for production of documents on both defendant LiveUniverse, Inc. and defendant Greenspan, that neither defendant had responded to the discovery requests at the time of the filing of the Motion, and that the time for doing so had long passed. Neither defendant filed an opposition to the Motion. Accordingly, to the extent the Court's June 11, 2010, Order re: Plaintiffs' Motion to Compel Discovery was directed only at defendant LiveUniverse, Inc., **the Court orders that defendant Greenspan also produce all responses and documents responsive to plaintiffs' Interrogatories and Requests for Production of Documents, the subject of the Motion, without objection.**

**No later than the close of business on Friday, July 23, 2010**, plaintiffs shall provide defendants with a detailed letter setting forth all deficiencies in the discovery responses that have been received to date. **No later than the close of business on Friday, July 30, 2010**, defendants shall provide complete supplemental responses, without objection, to the interrogatories and requests for documents, addressing the deficiencies as detailed in plaintiffs' letter. Defendants shall include a declaration, under oath, signed by defendant Greenspan both individually and on behalf of LiveUniverse, Inc., indicating that all interrogatory responses are complete and accurate and that all responsive documents in defendants' possession, custody and control have been produced. The declaration shall also detail all steps taken to respond to the discovery requests, including, without limitation, the areas and computers searched to provide responsive documents and information. Any further documents that are produced shall set forth which particular documents respond to which particular discovery request. Defendants shall also, as to all documents that have already been produced, set forth which documents respond to which particular discovery request. If there are any remaining discovery issues after the July 30, 2010, responses, the parties, **including defendant Greenspan**, **shall meet and confer in person no later than August 6, 2010**, in an effort to resolve the remaining issues. The meeting shall be recorded by a court reporter; the cost of the court reporter shall be paid for by defendants. If any discovery issues remain at the conclusion of the meet and confer, plaintiffs shall file the transcript of the meeting with the Court, along with a summary of the remaining deficiencies, **no later than August 13, 2010**. Any response by defendants to the summary shall be filed **no later than August 17, 2010. A status conference concerning any remaining discovery issues will be held on Tuesday, August 24, 2010, at 9:00 a.m. Defendants, defendants' counsel, and counsel for plaintiffs shall appear at that time.**

**IT IS SO ORDERED.**

cc:   Counsel of Record

: 44

Initials of Deputy Clerk     ch