# EXHIBIT 2

1                     UNITED STATES DISTRICT COURT

2                    CENTRAL DISTRICT OF CALIFORNIA

3                              - - -

4

5     PEER MUSIC III, LTD, etc.,      )
      et al.,                         )
6                                     )
                 Plaintiffs,          )
7                                     )
                 vs.                  )   No. CV09-6160-GW
8                                     )   (PLAx)
      LIVE UNIVERSE, INC., AND BRAD   )
9     GREENSPAN,                      )
                                      )
10               Defendants.          )
                                      )

11

12

13               TRANSCRIPT OF PROCEEDINGS OF

14                      MEET AND CONFER

15                  Los Angeles, California

16                Thursday, August 5, 2010

17

18

19

20

21     ATKINSON-BAKER, INC.
       COURT REPORTERS
22     (800) 288-3376
       www.depo.com
23

24     REPORTED BY:  Sharon Campbell, CSR NO. 8643, RPR

25     FILE NO.:  A407392

Exhibit 2   Page 12

1                    UNITED STATES DISTRICT COURT

2                  CENTRAL DISTRICT OF CALIFORNIA

3                            - - -

4

5      PEER MUSIC III, LTD, etc.,          )
       et al.,                             )
6                                          )
                  Plaintiffs,              )
7                                          )
                  vs.                      )   No. CV09-6160-GW
8                                          )   (PLAx)
       LIVE UNIVERSE, INC., AND BRAD       )
9      GREENSPAN,                          )
                                           )
10                Defendants.              )
                                           )
11

12

13            TRANSCRIPT OF PROCEEDINGS OF MEET AND

14       CONFER, taken at 555 West 5th Street, 48th Floor,

15       Los Angeles, California, commencing at 12:01 P.M.,

16       Thursday, August 5, 2010, before Sharon Campbell,

17       CSR No. 8643, RPR.

18

19

20

21

22

23

24

25

2

Exhibit 2   Page 13

```
1                    A P P E A R A N C E S

2

3        For the Plaintiff:

4        ARENT FOX
         BY:   PAUL M. FAKLER
5        1675 Broadway
         New York, New York 10019-5820
6        (212) 484-3900

7

8        For the Defendant:

         LAW OFFICES OF PETER C. BRONSTEIN
9        BY:   PETER C. BRONSTEIN
         1925 Century Park East
10       Suite 350
         Los Angeles, California 90067
11       (310) 203-2249

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

Exhibit 2   Page 14

```
 1          LOS ANGELES, CALIFORNIA; THURSDAY, AUGUST 5, 2010

 2                          12:08 P.M.

 3

 4          MR. FAKLER:  So I guess just let me put on the

 5     record that it's now past noon.  This meet and          12:08:38

 6     confer had been rescheduled at the request of

 7     defense counsel for 11:00 this morning.  Defense

 8     counsel was here in advance of 11:00 this morning.

 9     Mr. Greenspan did not appear.

10          And Peter, you know, if I say anything           12:08:38

11     that's incorrect, obviously, let me know and correct

12     it.

13          My understanding is that Mr. Bronstein was

14     in touch with Mr. Greenspan by phone, who indicated

15     that he thought the meet and confer was scheduled      12:08:38

16     for noon, at which point, we adjourned and waited.

17          And now it's past noon, and Mr. Greenspan

18     is still not here; is that correct?

19          MR. BRONSTEIN:  That is correct.

20          MR. FAKLER:  And so for what we can do with       12:08:38

21     respect to between us counsel just -- do you have

22     any update on -- in other words -- well, you

23     received a letter with our outstanding of discovery

24     issues that was on July 23; is that correct?

25          MR. BRONSTEIN:  That is correct.             12:08:38
```

4

Exhibit 2   Page 15

1      MR. FAKLER:  And you sent that on to

2      Mr. Greenspan, as well?

3          MR. BRONSTEIN:  On the same day.

4          MR. FAKLER:  And as far as -- has Brad made any

5      effort, that you're aware of, to comply with the          12:08:38

6      issues raised in that letter?

7          MR. BRONSTEIN:  He has provided some

8      information.  He has provided contact information

9      for certain people in the interrogatories.  And one

10     or two other pieces of information but not enough to       12:08:38

11     complete any of the items.

12         MR. FAKLER:  And have you provided that

13     information to me?

14         MR. BRONSTEIN:  I have not provided that

15     information to you because it needs to be verified        12:08:38

16     by my client.  And without his verification, I would

17     just be providing information that was passed along,

18     which is hearsay.

19         MR. FAKLER:  And so at this point, you

20     haven't -- and have you -- do you have any idea from      12:08:38

21     your client why he hasn't complied with any of the

22     issues in my letter?

23         MR. BRONSTEIN:  I can only use hearsay and

24     attorney-client privilege, which has come into

25     place.                                                     12:08:40

5

Exhibit 2   Page 16

1           I can say one thing, though, because I

2    spoke to him recently, that he said he had provided

3    all the documents to you previously, which I have

4    never seen.

5           MR. FAKLER:  Right.  But he hasn't, as far as          12:08:40

6    you know, given an affidavit as required by the

7    court's order as to what he did to search or

8    anything like that?

9           MR. BRONSTEIN:  No.

10          MR. FAKLER:  And I take it, you don't actually          12:08:40

11   have any personal knowledge of what he did to comply

12   with the discovery request, do you?

13          MR. BRONSTEIN:  Well, again, it is a very, very

14   clear area, and we've got to be very careful here on

15   attorney-client.                                               12:08:41

16          MR. FAKLER:  Sure.

17          MR. BRONSTEIN:  I think, if he would waive it,

18   I could give you a lot more information, and I could

19   give the court a lot more information.  There's a

20   lot of information that's kind of a tricky area to           12:08:41

21   cross the whole attorney-client privilege issue.

22          What I can say is we did provide him with

23   a copy of the letter, and we did have contact

24   with -- we did have some contact with him, and he

25   did provide certain, I think, names and addresses as        12:08:41

6

Exhibit 2   Page 17

1     to certain contact people that you'd asked for and

2     one or two other pieces of information.

3             But he didn't verify it, and I don't

4     even -- I actually sent him just verification just

5     for those pieces, and I still haven't received even     12:08:41

6     that verification.

7             If I do receive information from him, I'm

8     more than happy, before the hearing, to forward that

9     to you even if it doesn't complete everything so, at

10    least, you've got something.  Something is better      12:08:41

11    than nothing.

12        MR. FAKLER:  Well, I think that's all we can do

13    between ourselves given the state of --

14        MR. BRONSTEIN:  The only thing I wanted to

15    point out is there was some things in your July 23      12:08:41

16    letter regarding certain things that had happened,

17    and I did provide a supplemental discovery to you

18    solely relating to attorney-only issues, regarding

19    withdrawal of the objections as required by the

20    court, the reservation of rights, and certain items     12:08:42

21    that were detailed that I could verify that I could

22    deal with.

23            And those were provided to you.

24        MR. FAKLER:  You realize those weren't signed;

25    right?                                                  12:08:42

7

Exhibit 2  Page 18

1          The copies I got, in any event, weren't

2     signed.

3          MR. BRONSTEIN:  It should have been signed

4     by -- I think it was because it was sent by email.

5     And it was sent at night; so I didn't have the                12:08:42

6     opportunity.  I can send you the signature pages of

7     mine for that.

8          MR. FAKLER:  Okay.

9               Do you have your client's authorization to

10    withdraw those, or is that something you're doing          12:08:43

11    solely as an attorney without input or -- I just

12    need --

13         MR. BRONSTEIN:  The latter.

14         MR. FAKLER:  Okay.

15              So he hasn't specifically authorized the        12:08:43

16    withdrawal of those objections?

17         MR. BRONSTEIN:  That is correct.

18              And one of the things I wanted to do is

19    amend the answer, based on some of what was

20    happening, but I couldn't amend the answer because        12:08:43

21    it's verified for one issue.  Because it's Federal

22    Court, you have to verify.

23              And two, you know, I needed to have some

24    issues dealt with my client.  And I can't -- I'm

25    having some client difficulty that the court has          12:08:43

8

Exhibit 2  Page 19

1    been made aware of.

2              And I've also filed a motion to withdraw.

3    The court understands that I'm having some issues

4    regarding some of these issues --

5         MR. FAKLER:  Right.                          12:08:43

6         MR. BRONSTEIN:  -- which makes it more

7    complicated.

8         MR. FAKLER:  And I want the record to be clear

9    about that.

10             I mean, we're not hiding the ball.  You're    12:08:43

11   seeking to withdraw on the basis your client isn't

12   communicating with you or cooperating with you.

13   You've said to the court there's been a breakdown in

14   communication.

15        MR. BRONSTEIN:  And he's not here right now --   12:08:43

16        MR. FAKLER:  Right.

17        MR. BRONSTEIN:  -- even though he told me he

18   would be here less than an hour ago.

19        MR. FAKLER:  All right.

20        MR. BRONSTEIN:  I do want to point out on the    12:08:43

21   record, though, this will be lodged with the court.

22        MR. FAKLER:  Right.

23        MR. BRONSTEIN:  And so there is some concern.

24   I don't have the dates in front of me, but the court

25   reporter said that may take as long as two weeks,      12:08:44

9

Exhibit 2   Page 20

1   and I don't know that that's going to work for us.

2       MR. FAKLER:  We have to have it by Tuesday

3   because it is going to have to be lodged by Friday.

4   And along with it, the plaintiffs have to do a

5   further writing, based on the transcript.                    12:08:44

6           So by Tuesday night, we would have to have

7   a transcript, but this is pretty short.  Hopefully,

8   that won't be a problem.

9       MR. BRONSTEIN:  And you'll be sending copies to

10  both counsel.                                               12:08:45

11          I presume you want copies.

12      MR. FAKLER:  We're the ones who have to lodge

13  it with the court.

14      MR. BRONSTEIN:  All right.  I don't have

15  anything further.                                           12:08:45

16      MR. FAKLER:  Nothing further, then.

17          (Off the record.)

18          (At this point Brad Greenspan entered the

19          meet and confer proceedings.)

20      MR. FAKLER:  Okay.                                      12:14:34

21          So just to provide some context for the

22  record, as I was walking out to the receptionist, I

23  saw Mr. Greenspan has now shown up; so I figured we

24  might as well bring him in and see what else we can

25  do with this meet and confer now that he's here.           12:14:34

10

Exhibit 2   Page 21

1          Mr. Greenspan, first of all, are you aware

2    of magistrate, Judge Abrams' order on the order to

3    show cause that required you to be here today?

4          Have you seen the court's order?

5       MR. GREENSPAN:  I received an email from you          12:14:34

6    so --

7       MR. FAKLER:  I don't think you received an

8    email from me.  I wouldn't be corresponding with

9    you.

10      MR. GREENSPAN:  I saw an email with Arent Fox,        12:14:35

11   you know, letterhead.  So I recall, you know, my

12   attorney telling me that I had to be here.

13         And you know, I don't recall the name of

14   the magistrate or, you know, anything like that.

15      MR. FAKLER:  Have you ever read his order?            12:14:35

16      MR. GREENSPAN:  I may have.  I mean, I looked

17   through tons of documents.  I can't just tell you

18   without seeing a document.

19      MR. FAKLER:  Okay.  How about this?

20         Have you ever seen this?                           12:14:35

21      MR. GREENSPAN:  You mean -- I don't know

22   without reading the whole thing.

23      MR. FAKLER:  Read it.

24      MR. GREENSPAN:  Okay.

25      MR. FAKLER:  It's not a trick question.               12:14:35

11

Exhibit 2   Page 22

MR. GREENSPAN: (Witness complies.)

I do not believe I received a copy -- or sorry. I do not believe I've read this document or seen this document before.

MR. FAKLER: Did your lawyer give you a copy of this document? 12:14:58

MR. GREENSPAN: I mean, I can't be -- you know, I can't say whether he sent me this document or not without reviewing, you know, my emails and the dates and -- but I have not read this before. 12:15:18

Do you want me to finish the second page?

MR. FAKLER: No. If that's your testimony about the document, that's your testimony about the document.

You're aware -- were you aware that there was a hearing, a few weeks back, about discovery that you were ordered to be at and that you didn't show up at? 12:15:28

Do you remember that?

MR. GREENSPAN: I mean, you need to be more specific. I think I've got multiple Federal actions going on right now. 12:15:39

MR. FAKLER: How many of them were you sanctioned for not showing up?

MR. GREENSPAN: I've been -- I've got like 12:15:54

1    State actions.  So I mean, like I have, you know,

2    paid sanctions to the past, you know, three or four

3    months to --

4         MR. FAKLER:  Other number of courts?

5         MR. GREENSPAN:  I just -- you know, more than          12:16:08

6    just one party just because, you know, my company is

7    having such a hard time, you know, trying to spread

8    a lack of resources among, you know, several cases.

9    And that's unfortunately what happens.

10        MR. FAKLER:  So you don't remember the fact           12:16:28

11   that you got sanctioned for not showing up at this

12   discovery conference, as you sit here today?

13            I mean, you really don't remember that?

14        MR. GREENSPAN:  I didn't say that.

15        MR. FAKLER:  So you do remember it?                   12:16:42

16            I mean, I thought you just said that.

17        MR. GREENSPAN:  Now, you've specifically asked

18   me about sanctions.

19        MR. FAKLER:  Yes.

20        MR. GREENSPAN:  Before -- can we read back his        12:16:50

21   question before the one specifically on the

22   sanctions.

23        MR. FAKLER:  I think the last one was about

24   sanctions, too.

25        MR. GREENSPAN:  Can we go off the record and          12:17:01

13

Exhibit 2   Page 24

1    get that read back.

2         MR. FAKLER:  Yes.

3              (The record was read.)

4         MR. GREENSPAN:  Okay.

5              So that was a different question.  Then          12:17:39

6    your question after that --

7         MR. FAKLER:  Let's go back on the record.

8              Well, let me ask you the question, you

9    know, because there were a number of questions there

10   in a row.                                                  12:17:49

11             You know what case we're here about today;

12   right?

13             Do you know what case this is we're here

14   for today?

15        MR. GREENSPAN:  Yes.                                  12:17:56

16        MR. FAKLER:  Which case is that?

17        MR. GREENSPAN:  Peer Music.

18        MR. FAKLER:  Now, are you aware you were

19   ordered to provide certain discovery in this case?

20        MR. GREENSPAN:  Yes.                                  12:18:10

21        MR. FAKLER:  And are you aware there was a

22   contempt hearing because you hadn't provided the

23   discovery?

24        MR. GREENSPAN:  I'm basically not sure how to

25   define, you know, the different matters.  So you           12:18:30

14

Exhibit 2   Page 25

1    know, the way you're describing things, you know --

2        MR. FAKLER:  Which different matters?  We're

3    still talking about this case.

4        MR. GREENSPAN:  Just like the thing you did

5    with the last thing where you switched kind of --    12:18:43

6    you start --

7        MR. FAKLER:  What did I switch?

8        MR. GREENSPAN:  You start asking were you aware

9    of a hearing, you know, two weeks ago, and I would

10    say no, not -- you know, can you be more specific.   12:18:52

11        Then, your question was so you're not

12    aware that you were sanctioned --

13        MR. FAKLER:  Can you read my last question

14    back.  I don't think we're talking about the same

15    thing.    12:19:05

16        MR. GREENSPAN:  I'm just saying --

17        MR. FAKLER:  Could you please read my last

18    question back.

19        (The record was read.)

20        MR. FAKLER:  It's a pretty straightforward   12:19:23

21    question, Mr. Greenspan.

22        MR. GREENSPAN:  Yes.  I'm -- you know, I'm

23    not -- I can't recall hearing about a,

24    quote-unquote, contempt hearing; so I'm not familiar

25    with that terminology.    12:19:39

15

Exhibit 2  Page 26

1              MR. FAKLER:  Okay.

2                   And the letter that's next to you that

3     Mr. Bronstein has over there, can you take a look at

4     that.

5              MR. GREENSPAN:  (Witness complies.)              12:19:56

6                   Okay.

7              MR. FAKLER:  Have you seen this letter before?

8                   And take your time to take a look at it.

9              MR. GREENSPAN:  (Witness complies.)

10                   I am familiar or aware that this document     12:20:47

11    was produced recently.

12             MR. FAKLER:  Have you seen it before?

13             MR. GREENSPAN:  I have seen it.

14             MR. FAKLER:  And how did you come to see it

15    prior to today?                                           12:21:06

16             MR. GREENSPAN:  I believe, through email.

17             MR. FAKLER:  From?

18             MR. GREENSPAN:  Most likely, my attorney or his

19    office.

20             MR. FAKLER:  And did you read the letter when     12:21:18

21    you got it?

22             MR. GREENSPAN:  I basically looked at the --

23    let me see.  I think I attempted to read it.  I

24    didn't understand much of it; and so I think

25    that's. . . . .                                           12:21:50

16

Exhibit 2    Page 27

1          MR. FAKLER:  That's what?

2          MR. GREENSPAN:  That's my response.

3          MR. FAKLER:  Did you do anything to try to

4     understand it?

5          MR. GREENSPAN:  Yes.                          12:22:06

6          MR. FAKLER:  What did you do?

7          MR. GREENSPAN:  I have had conversations with

8     legal counsel to try to get my arms around it.

9          MR. FAKLER:  And without going into what those

10    conversations were, was Mr. Bronstein the legal       12:22:27

11    counsel that you had these discussions with?

12         MR. GREENSPAN:  Yes.

13         MR. FAKLER:  Did you do anything to comply with

14    the issues raised in this letter after reading it?

15         MR. GREENSPAN:  I continued to work on trying    12:22:51

16    to do my best to comply, you know, with this matter.

17    And a big portion of that is trying to get a bunch

18    of financial records and documents that are not in

19    our possession and are in the possession of a

20    financial accounting firm that we recently had a      12:23:08

21    conflict with.

22              They didn't get our financials completed;

23    and so I think that was a big part of the

24    conversation with my attorney of what was going on

25    there.                                               12:23:21

17

Exhibit 2   Page 28

1          MR. FAKLER:  What else have you done to try to

2     comply with the issues in this letter?

3          MR. GREENSPAN:  You know, I continue to spend

4     time with my law firm to try to go through and

5     understand, you know, what the plaintiff wants.          12:23:42

6          MR. FAKLER:  Have you produced any more

7     documents, since receiving this letter, to the

8     plaintiffs?

9          MR. GREENSPAN:  Have I provided any more

10    documents to my attorney?          12:24:13

11         MR. FAKLER:  No.  To the plaintiffs, I asked.

12         MR. GREENSPAN:  I sent more information to the

13    plaintiffs, yes.

14         MR. FAKLER:  When did you do that?

15         MR. GREENSPAN:  Over the last couple weeks, I          12:24:22

16    sent numerous emails and some documents to Ross

17    Cherock (phonetic).

18         MR. FAKLER:  Are you referring to -- are you

19    referring to the internal accounting statement about

20    Hal Leonard's Company?          12:24:40

21         MR. GREENSPAN:  That's one of the documents.

22         MR. FAKLER:  What other documents have you

23    sent?

24         MR. GREENSPAN:  I don't recall every one right

25    now, but I've sent multiple documents.          12:24:48

18

Exhibit 2   Page 29

1           MR. FAKLER:  Are you talking about your own

2      emails to The New York Times that you've been

3      sending over the last couple days or emails about

4      your claims about some form of conclusion, or are

5      you talking about documents about Live Universe?          12:25:00

6             Because I'll represent, on the record as

7      counsel, that only documents related to Live

8      Universe we've seen produced, since this letter, is

9      that one email you sent over that had attached to it

10     the Hal Leonard document.  There might have been two      12:25:14

11     documents, but they're both about Hal Leonard.

12            Are there -- are there documents other

13     than that about Live Universe?

14         MR. GREENSPAN:  I believe we sent additional

15     documents, but you know.                                  12:25:29

16         MR. FAKLER:  Well, who would have sent them if

17     not you?

18         MR. GREENSPAN:  Well, the company and -- you

19     know, I know my attorney is working hard with, you

20     know, trying to satisfy you guys.  And the attorney       12:25:42

21     has an assistant; and so everyone is trying hard,

22     you know, to get you guys what you want.

23         MR. FAKLER:  Are you saying you've given

24     documents to your attorney that he hasn't turned

25     over to us?                                               12:25:56

Exhibit 2  Page 30

```
 1          MR. GREENSPAN:  I didn't say that.

 2          MR. FAKLER:  Okay.

 3              I'm trying to understand what you're --

 4      because my understanding is that your attorney has

 5      filed a motion to withdraw from representing you on      12:26:02

 6      the basis that you haven't been providing him with

 7      information, you haven't been complying with the

 8      order.

 9          MR. GREENSPAN:  I'd like to see that document

10      if you're telling me he's read it.                       12:26:14

11          MR. FAKLER:  Well, it's been filed with the

12      court, and you know; so that is -- you know, your

13      attorney can give you a copy of that.  He told the

14      court today that you were aware that he was seeking

15      to withdraw.                                             12:26:28

16              So you know -- but if you're not aware of

17      that, you can -- but in any event, what I'm

18      interested in is what Live Universe has been doing

19      to comply with the court's order to produce full

20      discovery.                                               12:26:45

21          MR. GREENSPAN:  Well, we're trying to work hard

22      to get the documents back that we indicated we had

23      sent out to our financial accounting firm.  So we're

24      working on that, you know, every day.

25          MR. FAKLER:  Are there any other types of           12:26:55
```

20

Exhibit 2   Page 31

1    documents that you're searching for -- have searched

2    for?

3        MR. GREENSPAN:  I'm sure -- like I said, we've

4    continued and --

5        MR. FAKLER:  Specifically.           12:27:07

6        MR. GREENSPAN:  You're asking generalities.

7        MR. FAKLER:  No, no.  I'm asking specific --

8        MR. GREENSPAN:  I just gave an example.  We

9    identified it together.

10        MR. FAKLER:  And I --           12:27:16

11        MR. GREENSPAN:  How many more do we have to do

12    from memory, you know, that you expect me to come up

13    with?  We just did the Hal Leonard one.  And we both

14    agreed that that was a document that, in fact, was

15    something that you would be interested in.      12:27:26

16        And so you know, that is, you know, a

17    legitimate production of documents, I think you

18    agree with.

19        You formerly said that you believed it

20    didn't exist, that we had never paid money to Hal    12:27:38

21    Leonard.  And we provided you with evidence and

22    proof of a check and, you know, other payments to

23    Hal Leonard so --

24        MR. FAKLER:  We know about what Hal Leonard --

25        MR. GREENSPAN:  Well, no.  You were denying Hal    12:27:53

21

Exhibit 2   Page 32

```
 1   Leonard up until we provided a check.

 2        MR. FAKLER:  Mr. Greenspan, the purpose of the

 3   thing today is not to get into an argument about

 4   parties' positions or whatever.

 5             I mean, were you told what the purpose of      12:28:04

 6   meet and confer was here today?

 7             Are you aware of why you came here, that

 8   you were ordered by the court to come here for this

 9   purpose?

10        MR. GREENSPAN:  I believe I heard I was ordered    12:28:16

11   by the court to come here.

12        MR. FAKLER:  And it was to deal with whether or

13   not you'd complied with the issues in this letter;

14   right?

15        MR. GREENSPAN:  You know, I knew that there        12:28:24

16   were a host of topics about the case that needed to

17   be discussed.

18        MR. FAKLER:  But Mr. Greenspan, not a host of

19   topics generally about the case.  It was about this

20   letter and whether you have complied with the issues  12:28:37

21   in this letter, wasn't it?

22        MR. GREENSPAN:  I mean, you're telling me that

23   and --

24        MR. FAKLER:  I'm asking you that.

25        MR. GREENSPAN:  Yeah.                              12:28:49
```

22

Exhibit 2   Page 33

1          MR. FAKLER:  Isn't it?  I mean, if it's not --

2     if that's not why you understand you're here today

3     and you're not prepared to talk about this, we can

4     save a lot of time.

5          MR. GREENSPAN:  We're here.  We've been talking          12:28:57

6     about it.

7          MR. FAKLER:  Okay.

8               When I asked you for more than one example

9     or two examples of what you've done, you objected

10    because you viewed that as off the topic somehow.          12:29:04

11              I think what the purpose of this is the

12    court ordered -- well, first of all, let's take a

13    step back.

14              The court ordered you, in the same order

15    that required you to be here today and the same          12:29:26

16    order that required us to send you this letter, said

17    that, within a week after you sent this letter, you

18    were supposed to completely produce everything that

19    was outlined in this letter and that you were also

20    supposed to file an affidavit with the court,          12:29:38

21    explaining every step that you took to search and

22    produce for documents and information.

23              Did you do that?

24         MR. GREENSPAN:  Do what?

25         MR. FAKLER:  File an affidavit with the court          12:29:53

                                                                        23

Exhibit 2  Page 34

```
 1    outlining -- first of all -- yeah.  You're right.

 2    That's compound.

 3            First of all, did you produce everything

 4    that was requested in our document requests by the

 5    30th?                                            12:30:08

 6        MR. GREENSPAN:  By the 30th.  I'm not sure what

 7    the different deadlines and what the different --

 8    you know, I don't have a list of shipments and the

 9    time line here.

10            So you know, you're telling me were you     12:30:21

11    aware by this date.  I can't --

12        MR. BRONSTEIN:  Let's go off the record.  I'd

13    like to speak to my client.

14        MR. FAKLER:  Sure.

15            (An off-the-record discussion was held      12:30:27

16            between Mr. Greenspan and his counsel.)

17        MR. FAKLER:  You can file an affidavit with the

18    court or a declaration, explaining what you did to

19    comply with discovery.

20            Did you?                                   12:40:29

21        MR. GREENSPAN:  You know, I'm -- it's too --

22    I'm not sure what you're referring to.  It's too

23    big.

24        MR. FAKLER:  Do you know what an affidavit is?

25        MR. GREENSPAN:  I'm saying --                  12:40:40
```

24

Exhibit 2   Page 35

```
1          MR. FAKLER:  Stop.  Because when you talk, you

2     make things bigger and more complicated.

3          And I'm going to try to ask you smaller

4     questions that are more narrow so that it's clear.

5     I'm trying to make it clear.  Okay?  So I'll break      12:40:52

6     it down even further.

7          Do you know what an affidavit is?

8          MR. GREENSPAN:  Yes.

9          MR. FAKLER:  Okay.

10         Have you filed any affidavits in this             12:41:01

11    matter?

12         MR. GREENSPAN:  When you say "matter," you're

13    referring to --

14         MR. FAKLER:  This lawsuit, Peer Music.

15         MR. GREENSPAN:  Okay.                              12:41:13

16         MR. FAKLER:  Let's make it narrow -- even

17    narrower.

18         Have you filed any -- have you filed any

19    affidavit -- any affidavits relating to discovery in

20    this matter?                                            12:41:19

21         MR. GREENSPAN:  You know, I -- let me take a

22    step back.  And maybe you can define the different

23    words for affidavit or the different forms or

24    documents that would include --

25         MR. FAKLER:  Mr. Greenspan, didn't you just say    12:41:38
```

25

Exhibit 2   Page 36

1    that you knew what an affidavit was?

2         MR. GREENSPAN:  I know, in principle, what an

3    affidavit is.  But in terms of context of this court

4    and this legal process, I'm not sure whether a

5    verification equals an affidavit or --                    12:41:52

6         MR. BRONSTEIN:  That's not fair.

7         MR. FAKLER:  No, it's not, but I'll deal with

8    it.

9         MR. GREENSPAN:  I know I signed things in this

10   lawsuit.                                                   12:42:03

11        MR. FAKLER:  Right.

12        MR. GREENSPAN:  So -- and you know, I think

13   I've signed verifications.  I'm not sure if a

14   verification equals an affidavit.

15        I know that they are just different words       12:42:11

16   for types of affidavits, based on the filing that

17   you're doing; and so that's where my confusion lies.

18        MR. FAKLER:  Okay.

19        So when I'm going to use affidavit now,

20   what I mean is a series of statements made by you in      12:42:23

21   writing -- okay -- written testimony that gets

22   signed by you and submitted to the court under oath.

23        Does that -- do you understand what I mean

24   by that?

25        MR. GREENSPAN:  I hear what you're saying, yes.      12:42:47

26

Exhibit 2  Page 37

1          MR. FAKLER:  Do you understand what I'm saying?

2               Can you ever answer a question that I ask

3     without turning it into something else?

4          MR. GREENSPAN:  Yes.

5          MR. FAKLER:  Because we're going to be here --          12:42:56

6     excellent.  Okay.  Let's stay on that track because

7     you just did it.  Excellent.  So irony.  You

8     understand irony.  Good.

9          MR. GREENSPAN:  No.

10         MR. FAKLER:  Not good.                                    12:43:12

11              Look.  Were you aware of the fact that,

12    after this order about the discovery -- the order to

13    compel and the contempt, that you had to file a

14    written affidavit -- a signed, sworn affidavit with

15    the court describing what you and Live Universe did          12:43:25

16    to comply with discovery in detail?

17         MR. GREENSPAN:  I recall that I continued to

18    work hard to produce the things that I was told --

19         MR. FAKLER:  I'm not asking you that.

20         MR. GREENSPAN:  -- that you wanted.                       12:43:44

21         MR. FAKLER:  I'm not asking you that.

22              Were you aware that you had to file an

23    explanation with the court -- a written explanation

24    of what you had done to comply with discovery?

25         MR. GREENSPAN:  I can't recall.  I do know that          12:44:06

27

Exhibit 2   Page 38

1    I was working on discovery and that it was, you

2    know --

3        MR. FAKLER:  But I'm not asking about working

4    on discovery.  I just want to make sure we're clear

5    on this.                                              12:44:16

6            You don't remember whether or not you had

7    to file a written explanation with the court, after

8    receiving this letter, about what you had done to

9    comply with this letter.

10       A    I know that I had to sign verifications,    12:44:30

11   and I'm not exactly sure specifically what they

12   correlated to.

13           You're, you know, being very -- you know,

14   so there's been so much stuff my lawyers had me sign

15   and, you know, different verifications and           12:44:44

16   affidavits.

17           So I'm not saying that -- you know, I was

18   aware that I needed to sign documents, and those

19   included verifications that related to some of the

20   interrogatories.  And I basically did sign some      12:45:08

21   and --

22       Q    Can we stop there.  It wasn't what I asked

23   about.

24           Since you ambled into that territory,

25   you're saying that you did sign verifications for    12:45:21

                                                              28

Exhibit 2   Page 39

1     interrogatories after receiving this letter?

2        MR. GREENSPAN:  I'm saying that I signed

3     verification documents as I was working with my

4     legal counsel's law firm to get the plaintiffs the

5     remaining discovery that they claimed they wanted or   12:45:51

6     didn't have.

7         And I basically, as part of working with

8     the law firm, to knock off or get these responses or

9     replies, I signed verifications and --

10       MR. FAKLER:  How many?   12:46:24

11       MR. GREENSPAN:  Three or four.

12       MR. FAKLER:  Counsel, did that happen?  I mean,

13     you told me you've only gotten --

14       MR. BRONSTEIN:  I have, actually, no

15     verifications.   12:46:28

16       MR. FAKLER:  I thought there was one for the

17     Live Universe supplemental interrogatories.

18       MR. BRONSTEIN:  Since that letter, I have not

19     received any verifications.

20       MR. GREENSPAN:  Well, I sent them to Giselle.   12:46:42

21     And maybe, you know, that's when I talked to her

22     about coming with up with a list of songs.

23       MR. BRONSTEIN:  Let me take some -- we have

24     access to the internet; right?  I'd like to speak to

25     my client.   12:47:04

29

Exhibit 2  Page 40

```
1            MR. FAKLER:  Yeah.  Why don't we --

2            MR. BRONSTEIN:  I need to show him some emails

3    that he's done --

4            MR. FAKLER:  Okay.

5            MR. BRONSTEIN:  -- that's attorney-client      12:47:09

6    privileged.

7            MR. FAKLER:  I understand.

8            MR. BRONSTEIN:  Can you come with me.

9            MR. GREENSPAN:  Uh-huh.  (Witness complies.)

10               (An off-the-record discussion was held   12:47:14

11               between Mr. Greenspan and his counsel.)

12            MR. FAKLER:  Okay.  Back on.

13               What's Live Universe's current business

14    address?

15            MR. GREENSPAN:  264 South La Cienega, Suite   01:03:02

16    1216, Beverly Hills, California 90211.

17            MR. FAKLER:  And what's physically located

18    there?

19            MR. GREENSPAN:  That's, you know, what we use

20    as our business address.                              01:03:19

21            MR. FAKLER:  Are the company files there?

22            MR. GREENSPAN:  Ummm --

23            MR. FAKLER:  Business files.

24            MR. GREENSPAN:  No.

25            MR. FAKLER:  Where are they?                  01:03:27
```

30

Exhibit 2   Page 41

1     MR. GREENSPAN:  They are -- basically, most of

2   them are with the accountants.

3     MR. FAKLER:  All of the files related to the

4   business, all contracts?

5     MR. GREENSPAN:  There's some -- a storage              01:03:39

6   center.  So that's -- there's documents and

7   computers and furniture there.

8     MR. FAKLER:  Where is that?

9     MR. GREENSPAN:  That is -- it's basically in

10  Hollywood.  I don't have the --                          01:03:56

11    MR. FAKLER:  Do you know what the name of the

12  place is?

13    MR. GREENSPAN:  It's Easy Storage or something

14  like that.

15    MR. FAKLER:  And did you search those computers       01:04:04

16  and files and storage in order to respond to these

17  discovery requests?

18    MR. GREENSPAN:  Did I search those?  I searched

19  certain, you know, computers where I believed I

20  could, you know, find the discovery.  So you know, I     01:04:23

21  mean --

22    MR. FAKLER:  Well, which ones?

23         How did you choose which ones to search,

24  which ones to -- I take it, then, you didn't search

25  all the computers?                                       01:04:38

Exhibit 2  Page 42

1          MR. GREENSPAN:  That is correct.

2          MR. FAKLER:  And how did you choose which ones

3     to search?

4          MR. GREENSPAN:  Well, we acquired a bunch of

5     companies in 2008; so I just, you know, figured that          01:04:46

6     some of the companies we acquired that had no -- you

7     know, they were separate corporations, that were --

8     became subs of Live Universe.

9          And since they -- they basically -- you

10    know, the employees of those companies, you know,            01:05:07

11    worked on these computers, then, you know, I had to

12    make some assumptions that -- you know, because we

13    have hundreds of computers -- you know, which ones

14    would likely have, you know, the discovery related

15    to the subject matter.                                       01:05:25

16         Q   BY MR. FAKLER:  And what assumptions did

17    you make?

18         MR. GREENSPAN:  Well, employees that had

19    computers that, you know, worked on, you know, the

20    music sites or were employed directly by Live                01:05:42

21    Universe versus another sub like Revver (phonetic)

22    dot com.

23         MR. FAKLER:  And which employee's computers did

24    you actually search?

25         MR. GREENSPAN:  I mean, which employees -- I             01:05:55

32

Exhibit 2  Page 43

1    mean, there's several employees' computers.

2        MR. FAKLER:  Which ones?

3        MR. GREENSPAN:  I think, David Newberg, I tried

4    to, who is the CFO.

5        MR. FAKLER:  When you say you tried to --          01:06:14

6        MR. GREENSPAN:  Uh-huh.

7        MR. FAKLER:  -- what does that mean?

8            Did you actually search his computer?

9            What did you do when you searched his

10   computer?                                              01:06:21

11           How did you search it?

12       MR. GREENSPAN:  I used a -- I tried to

13   access --

14       MR. FAKLER:  When you say "try," that's like a

15   word that -- I mean, either you -- I'm asking what     01:06:30

16   you actually did, not what you tried.  Sort of Yoda

17   like.  There's no try.  You do or do not.

18       MR. GREENSPAN:  Yes, I searched.

19       MR. FAKLER:  Okay.  And I'm sorry.

20           So what did you do to search that              01:06:43

21   computer?

22       MR. GREENSPAN:  I got access to basically his

23   email -- sorry -- his password and looked through

24   the, you know, the emails that were basically in his

25   mail area or storage or, you know, what we had on      01:07:10

                                                            33

Exhibit 2  Page 44

1    our servers.

2         MR. FAKLER:  Did you look through all of his

3    emails?

4         MR. GREENSPAN:  As much as I could find.

5         MR. FAKLER:  So anything that was on the actual      01:07:24

6    computer, you read all of his emails?

7         MR. GREENSPAN:  Everything that was on.

8         MR. FAKLER:  Well, how do you find -- were

9    there any emails you couldn't -- I mean --

10        MR. GREENSPAN:  I think -- yes.  I believe were      01:07:34

11   missing emails from him.

12        MR. FAKLER:  I see.  How did that -- how does

13   that happen?

14        MR. GREENSPAN:  Good question.  I think that --

15   you know, I'm still looking into the matter.  You       01:07:43

16   know, certain executives were terminated, in '08,

17   for embezzlement and other misdeeds.  And he was one

18   of them.

19        And as I basically, you know, started also

20   a process to look for the emails of these executives    01:08:05

21   and also for some facts in another case, as well, I,

22   you know, came to discover that it appears, you

23   know, there were email storage or email access that

24   appears to have been deleted or not there for, you

25   know, a few of these key executives.                    01:08:32

34

Exhibit 2 Page 45

1           And so when I explained that I was able to

2    find some emails but not find all of those emails,

3    it's because, you know, I believe that he and some

4    of these other executives -- you know, I don't think

5    it is -- I don't think they were supposed to do          01:08:52

6    that, but they, you know, deleted or -- and we found

7    a second set of books.

8           And so you know, we're into an

9    investigation, you know, separate unrelated to this,

10   for equipment lease fraud.  And so you know, there       01:09:08

11   is some, you know, missing email data that is

12   significant during these exact same periods.  And

13   we're, you know --

14      MR. FAKLER:  Have you tried to recover any of

15   it?                                                      01:09:29

16      MR. GREENSPAN:  We're in the process of trying

17   to, you know, find that information.  And you know,

18   we're about to issue -- you know, actually file a

19   police report against him.

20      MR. FAKLER:  But are you trying to actually --       01:09:40

21   because I'm sure you know better than I do, when you

22   delete an email, it's not necessarily gone from the

23   hard drive.

24          Have you done anything technologically to

25   recover these supposed deleted emails?                   01:09:52

                                                                          35

Exhibit 2  Page 46

```
 1           MR. GREENSPAN:  We're in the process of trying

 2      to do that.

 3           MR. FAKLER:  What are you doing to concretely

 4      accomplish that?

 5           MR. GREENSPAN:  Sure.  Well, we hired outside,      01:10:00

 6      you know, consultants to go through the records.

 7      We're starting with the financial records.  And the

 8      Great Plains servers that we have -- and that's

 9      where we just found sort of the two books.

10           I'm happy to send you the email from the          01:10:17

11      consultant that, you know, because we're trying to

12      complete our financial for, you know, 2007 and 2008

13      so you know, the corporation can be compliant with,

14      you know, all of its filings and taxes and so on and

15      so forth.                                               01:10:34

16           So you know, we basically have some of

17      these different servers where this information is

18      stored, and we're starting a process.  And you know,

19      we already now have done the accounting -- you know,

20      Great Plain servers and, you know, found stuff         01:10:47

21      there.

22           And now we're basically, you know, going

23      to do the analysis and the forensics on, you know,

24      the email portion.  And hopefully, we will, you

25      know, recover some data.                               01:11:01
```

36

Exhibit 2   Page 47

1          MR. FAKLER:  Where are these servers located?

2          MR. GREENSPAN:  Downtown Los Angeles.

3          MR. FAKLER:  Are they on -- are they hosted by

4     another company or --

5          MR. GREENSPAN:  Yes.  It's a data center.  It's          01:11:14

6     not our --

7          MR. FAKLER:  What company is that?

8          MR. GREENSPAN:  It is called United Layer, LLC.

9          MR. FAKLER:  And what types of the company

10    servers are there at that data center?          01:11:29

11         MR. GREENSPAN:  Over 200 servers.  So you know,

12    pretty much all the -- you know, all the companies

13    we acquired and, you know, all the equipment since,

14    you know, 2005 that had been purchased or leased.

15         So you know, it's a ton of stuff, and          01:11:45

16    unfortunately, you know, we let go of a lot of our

17    tech staff as -- you know, 2008 and the

18    restructuring.

19         So you know, it's our --and as I've said,

20    you know, I believe that we were the victims of, you          01:12:02

21    know, embezzlement by the chief financial officer at

22    the time and our general counsel.

23         Both of them were, you know, tasked with

24    keeping all the records, you know, of the company.

25    And I relied on them for that.          01:12:20

37

Exhibit 2  Page 48

```
 1              So you know, it's --

 2         MR. FAKLER:  Have any of them been prosecuted?

 3         MR. GREENSPAN:  Have any of them been

 4    prosecuted?

 5         MR. FAKLER:  Yes.                              01:12:33

 6         MR. GREENSPAN:  I'm about to file police

 7    reports.

 8         MR. FAKLER:  You still haven't filed police

 9    reports?

10         MR. GREENSPAN:  That's right.  I'm looking to   01:12:38

11    get all the forensics.

12              And to be quite honest, you know, I was

13    personally sued by this equipment leasing company

14    that also sued Live Universe --

15         MR. FAKLER:  Uh-huh.                           01:12:46

16         MR. GREENSPAN:  -- because it had leased

17    equipment to Live Universe.

18         MR. FAKLER:  Right.

19         MR. GREENSPAN:  And basically, you know, they

20    created a fabricated personal guarantee -- a         01:12:57

21    document.  And basically, the equipment broker used

22    it -- this fabricated guarantor document to lease

23    equipment apparently to Live Universe.

24              And it did it in about five different --

25    let's call it tranches over about a year and --       01:13:26
```

38

Exhibit 2  Page 49

```
 1          MR. FAKLER:  I think we're -- that's a -- I

 2    mean, I think we're going off base.  I don't mean --

 3          MR. GREENSPAN:  More to the point, I'm looking

 4    to get all the evidence together --

 5          MR. FAKLER:  Right.                          01:13:39

 6          MR. GREENSPAN:  -- before I file the police

 7    report so that it's easy for them to understand and

 8    they can go and take action on it.

 9          And I wanted to go through the legal

10    process against one of the equipment -- you know,   01:13:48

11    the equipment broker that I believed was at the

12    bottom of this.

13          And I wanted to find out by going through

14    that legal process whether he was -- it was just the

15    CFO that was dirty or it was the general counsel and 01:14:00

16    the CFO and, you know, the CTO.

17          So until I went into court and kind of,

18    you know, duked it out a little bit --

19          MR. BRONSTEIN:  Can we focus on the -- this is

20    a meet and confer.                                  01:14:12

21          MR. FAKLER:  No.  That's true.  That's

22    perfectly fine.

23          MR. BRONSTEIN:  Basically, let's limit to the

24    steps you took and information you provided.

25          MR. FAKLER:  Well, let me go back to something 01:14:21
```

39

Exhibit 2  Page 50

1    where we, I think, started when we got onto this.

2              Now, you mentioned Mr. Newberger --

3        MR. BRONSTEIN:  Newberg.

4        MR. FAKLER:  Newberg.  Thank you.

5              -- searched his computer.                    01:14:39

6              What other employees' computers did you

7    search?

8        MR. GREENSPAN:  I mean, I can come back with a

9    list.

10       MR. FAKLER:  Well, look.  Let me put it to you    01:14:45

11   this way:  The court -- and this is a meet and

12   confer.  It's not a deposition; so I'll try to

13   dispense more with the questioning, and we can just

14   discuss what's on the table.

15             I mean, it doesn't matter if you admit it    01:15:01

16   or not.  The court ordered you to give me a sworn

17   declaration, stating everything you did, by the

18   30th.  You did not give that to me by the 30th.

19             So are you going to give it to me?  Are

20   you ever going to give me one of those?             01:15:13

21             If so, when am I going to get it?

22       MR. GREENSPAN:  We would like to get you

23   everything that you want.

24       MR. FAKLER:  But are you going to do it?

25       MR. GREENSPAN:  Yes.                             01:15:22

                                                              40

Exhibit 2   Page 51

```
 1          MR. FAKLER:  And when am I going to get it?

 2          Because you were ordered to give it to me

 3     by the 30th.  We're going to be back in front of the

 4     judge, just so you know, because you claim you've

 5     never seen this order.                              01:15:35

 6          I can tell you that there's another

 7     hearing scheduled for August 24 -- okay -- at

 8     9:00 A.M.  And you personally have to be there

 9     again.  All right?

10          The last time, when you didn't show up,        01:15:43

11     you got sanctions.

12          MR. GREENSPAN:  Can I get a copy of that before

13     we leave?

14          MR. BRONSTEIN:  I've already provided --

15          MR. FAKLER:  Do you have another one with you?  01:15:50

16          MR. BRONSTEIN:  I'm going to email it to you.

17          MR. FAKLER:  All right.  Fair enough.

18          I'm not going to get in between client and

19     counsel.

20          MR. BRONSTEIN:  Well, then, I'll have a record. 01:15:58

21          MR. FAKLER:  Understood and appreciated.

22          But in any event, there's going to be

23     another hearing in any event.  So you know, the most

24     that we can do -- I mean, I've already sent you a

25     detailed letter, again, describing all the stuff I   01:16:11
```

41

Exhibit 2  Page 52

1    haven't gotten.

2         I will tell you that I have not received

3    after the -- other than those two documents about

4    Hal Leonard.  And I have not received the

5    declaration that was required by the court by the        01:16:28

6    30th.

7         Am I going to get any more documents?

8         MR. GREENSPAN:  Yes.

9         MR. FAKLER:  When and what?

10        MR. BRONSTEIN:  And I just want to point out,        01:16:46

11   any documents you give to him, you must send them to

12   me first.

13        MR. GREENSPAN:  So I guess -- do you want the

14   financial documents and the other documents -- you

15   know, all these financial records that I've              01:17:00

16   indicated that are at the accountants so --

17        MR. FAKLER:  Well, let's talk about those.

18   You're saying the company -- with respect to the

19   financial documents -- because we didn't get

20   anything past the 2007 -- even 2007 was pretty           01:17:11

21   spotty.

22        But are you saying the company no longer

23   has any copies of its own financial documents, that

24   the original of everything were given to the

25   accountants?                                             01:17:23

42

Exhibit 2  Page 53

```
1           MR. GREENSPAN:  That's right.

2           MR. FAKLER:  And have you asked the accountants

3      to give them back to you because you're under court

4      order to produce the documents?

5               Have you tried to get them back from the       01:17:30

6      accountants?

7               Have you told them that you're under a

8      court order?

9           MR. GREENSPAN:  Well, we are in a dispute with

10     the accountants.                                        01:17:40

11          MR. FAKLER:  But have you asked them?

12              Have you asked them for these documents

13     and told them you've got a court order requiring

14     them -- the Live Universe documents?

15          MR. GREENSPAN:  That's right.                      01:17:50

16          MR. FAKLER:  Okay.

17              You have the legal right to demand them

18     back, don't you?

19          MR. GREENSPAN:  Yes.

20          MR. FAKLER:  I mean, they are your documents;      01:17:57

21     they're not theirs; right?

22          MR. GREENSPAN:  Yes.

23          MR. FAKLER:  Have you told them that you're

24     under a court order to produce this stuff?

25          MR. GREENSPAN:  I was under the -- I did not       01:18:03
```

43

Exhibit 2   Page 54

1    have that conversation with them because my

2    understanding was that we had communicated to your

3    firm and identified that there was this accounting

4    firm that was working on all these documents and had

5    all these documents and that we had indicated that          01:18:23

6    that -- they were the more recent, you know,

7    documents.

8            And you know, I was waiting to hear from

9    your firm as to -- because I had offered to

10   stipulate and say, "Hey, you know, you tell us what          01:18:34

11   you want us to do.

12           Do you want us to basically agree that the

13   financial firm will send you copies of all the

14   documents for" --

15       MR. FAKLER:  When did you ask my firm that?           01:18:46

16           Because I never received anything -- I

17   mean, I remember getting an email from you that

18   said, "Oh, I'm in a fight with the accountants, and

19   they have these documents."

20           I never got anything from you saying,            01:18:56

21   well -- and second of all, the court said produce

22   everything.  I mean, there are multiple court orders

23   now that said produce everything.

24           So at this point, quite frankly, it is

25   really not up to you to try to negotiate less than          01:19:11

44

Exhibit 2   Page 55

1    everything.  So I'm just trying to figure out -- I

2    mean, I think you've answered my question with

3    respect to the financial documents.

4            How about the nonfinancial documents?

5            How about the business records and emails?    01:19:21

6            You know --

7        MR. GREENSPAN:  We sent almost everything to

8    them because, you know --

9        MR. BRONSTEIN:  Hold on.  Who is "them"?

10       MR. GREENSPAN:  The accountants.                   01:19:31

11       MR. FAKLER:  Even your internal business

12   records, emails, and contracts and stuff?

13       MR. GREENSPAN:  Yes.  Because the reason is

14   they are trying to figure out amortization,

15   depreciation, write-offs, and things like that.  So    01:19:42

16   they need to look at the contracts to understand,

17   you know, what the deals are, so on and so forth.

18            So that's why specifically, you know, they

19   have everything.  And you know, before, you know, we

20   started this process, I had, you know, basically       01:20:01

21   plucked those documents.

22            And this is now the second accounting

23   firm.  Unfortunately, it's been, you know, a

24   six-month process.

25            And you know, now we have to find another      01:20:13

45

Exhibit 2  Page 56

```
1    accounting firm because they did not finish the
2    process.
3         MR. BRONSTEIN:  Well, will the accounting firm
4    return the documents to you?
5         MR. GREENSPAN:  If that's where we want them.        01:20:30
6    But I mean, wouldn't we want to make -- perhaps try
7    to make a copy and get them right out to the
8    plaintiffs?
9         MR. BRONSTEIN:  I said I want to get a copy
10   first.                                                   01:20:42
11        MR. GREENSPAN:  Okay.
12        MR. FAKLER:  I guess --
13        MR. GREENSPAN:  So I need to go there and go
14   through them because you don't want me to give you a
15   whole dump of, you know, eight or ten boxes that may     01:20:50
16   not have any relationship.
17        Some of them -- not the lyrics.  We don't
18   have the lyrics in there.
19        MR. FAKLER:  You already did that with the few
20   documents you produced.  We got a volume of            01:21:00
21   insurance policies that have nothing to do with the
22   case.
23        The -- all right.  So I think I have, at
24   least, an understanding of what's going on with the
25   financial documents but I --                            01:21:09
```

46

Exhibit 2   Page 57

1   MR. GREENSPAN:  The business documents.

2   MR. FAKLER:  Right.

3   MR. GREENSPAN:  It's everything.

4   MR. FAKLER:  Well -- but there's -- you do have

5 computers and servers and electronic stuff.   01:21:15

6    Why is it you haven't produced anything in

7 electronic format?

8   MR. GREENSPAN:  I believe we -- when you say

9 electronic format --

10   MR. FAKLER:  Native electronic format.   01:21:31

11   MR. GREENSPAN:  You say we haven't produced

12 anything.  I was under the impression that, you

13 know, we want to send physical documents.

14   MR. FAKLER:  It's in the request.  It's in the

15 court's order.  It's all over the place.   01:21:50

16   MR. GREENSPAN:  We would print out stuff --

17   MR. FAKLER:  Hold on.  What's in those things

18 that you have to produce electronically stored

19 information --

20   MR. GREENSPAN:  Uh-huh.   01:22:00

21   MR. FAKLER:  -- spreadsheets, Word documents,

22 PDF.  You name it.  Databases.  You have to produce

23 those in electronic format.  You can't just print

24 them out.  Okay?

25    So are you going to do that?   01:22:11

47

Exhibit 2  Page 58

1        If so, when?

2        MR. GREENSPAN:  Okay.

3            Well, I guess I'm a little confused by

4    that question in terms of you're saying specifically

5    electronic format, but I guess for what -- maybe we          01:22:31

6    should be more specific as to what you're talking --

7        MR. FAKLER:  Well, if you had read any of this

8    stuff like the court's order and my letter or

9    anything in the months, since we served the original

10   discovery request, it's been there the whole time.          01:22:50

11           And I think -- you know, you're in the

12   internet business.  I've got to assume you

13   understand the idea that, when a file exists in

14   electronic format -- you know what that means;

15   right?                                                       01:22:58

16       MR. GREENSPAN:  Yes.  But I guess I've always

17   done discovery, you know, where you send boxes out

18   to -- you know, you produce the discovery and, you

19   know, you--

20       MR. BRONSTEIN:  Let me ask a question.              01:23:23

21           What about the website?

22       MR. FAKLER:  Right.

23       MR. BRONSTEIN:  If you want to get him a copy

24   of the website.

25       MR. GREENSPAN:  That was very confusing.  How      01:23:30

48

Exhibit 2   Page 59

1    do you make a copy of an internet website when it's

2    a program?

3           I mean, it's -- you know, you want the

4    computer language that, you know, the millions of

5    pages of code that make up the website or, you know,          01:23:45

6    pictures of the web pages.

7           I mean, to me, that was somewhat -- you

8    know, it seemed like it was just meant to -- I mean,

9    you guys have access to the worldwide web to look at

10   what the website looks like.                                  01:24:03

11        MR. FAKLER:  Brad, either you're going -- you

12   copy -- the website resides on the file; right?

13           You're talking about computer code; right?

14        MR. GREENSPAN:  The program --

15        MR. FAKLER:  The programming; right?                     01:24:15

16           The websites that are sitting on

17   servers -- right -- that Live Universe controls.

18   When people access the website, they are accessing a

19   server that Live Universe controls; right?

20        MR. GREENSPAN:  Right.                                   01:24:29

21        MR. FAKLER:  That server contains a bunch of

22   code that generates the website.  All right?

23           Are they in HTML or some variant of that?

24        MR. GREENSPAN:  Yes.  Different -- we have, you

25   know, so many different languages.                           01:24:37

49

Exhibit 2   Page 60

```
 1          MR. FAKLER:  How many are there for websites?

 2          MR. GREENSPAN:  A lot.  There's HTML, Java.

 3     There's Code Fusion.  There's Linux.  There is PHP.

 4     There's Python.  There's -- you know.  So --

 5          MR. FAKLER:  We're talking about four websites.        01:24:53

 6               Do you know what -- ultimately, it doesn't

 7     matter what particular language they are in, but

 8     they sit -- these files are sitting on a server, and

 9     that's what causes the --

10          MR. GREENSPAN:  I'm glad you cleared that up         01:25:03

11     because that wasn't stated specifically in the

12     request.  There's a good example where I thought

13     that meant, you know, you wanted us to print out

14     pictures of the web page.

15          MR. FAKLER:  I talked to your lawyer about it        01:25:21

16     weeks and weeks and weeks ago.

17               But will you now copy the actual files of

18     the website and give us copies of the functioning

19     websites?

20          MR. GREENSPAN:  I will endeavor if I can do         01:25:31

21     that.

22          MR. FAKLER:  Why wouldn't you be able to do

23     that?

24          MR. GREENSPAN:  I haven't personally done that

25     process.                                                01:25:40
```

50

Exhibit 2   Page 61

1          MR. FAKLER:  Would you give access to the

2     servers to copy them?

3               I mean, how would you go about doing it,

4     and when can you do it?

5          MR. GREENSPAN:  I am -- you know, you tell me          01:25:54

6     what you want me to prioritize.

7          MR. FAKLER:  I don't think it's --

8          MR. BRONSTEIN:  Hold on.

9          MR. FAKLER:  That's what --

10         MR. GREENSPAN:  I understand.  That's one of          01:26:01

11    the confusions, to be quite honest, Paul.

12         MR. FAKLER:  Yeah.

13         MR. GREENSPAN:  Is that -- and you know, Peter

14    may not agree with me, but you know, I've been

15    continually pushing and working with my law firm to,      01:26:15

16    you know, try to complete some of the things you're

17    requesting.

18               And I believe that, as I was knocking some

19    of these things off the list, that they were being

20    passed on to your firm but --                             01:26:36

21         MR. FAKLER:  What were --

22         MR. GREENSPAN:  Let me finish.

23         MR. FAKLER:  Okay.

24         MR. GREENSPAN:  -- but it turns out that, you

25    know, everything has to be produced at one time and       01:26:44

Exhibit 2   Page 62

1    then sent over to you guys so -- and at least, that

2    is how my lawyer says the requests from you have

3    come.

4          So I was under the impression that, you

5    know, I was getting stuff over to you, you know, the    01:26:59

6    last couple weeks.

7        MR. FAKLER:  What stuff have you gotten -- we

8    got three --

9        MR. GREENSPAN:  Here's an example.

10        MR. FAKLER:  Yes.    01:27:06

11        MR. GREENSPAN:  You know, my lawyer says, "Hey,

12    they want the contact information and the address of

13    these individuals"; right?

14        MR. FAKLER:  Right.

15        MR. GREENSPAN:  So I then worked and got that    01:27:14

16    information together and sent it to them.

17        MR. FAKLER:  Right.

18        MR. GREENSPAN:  And it was my understanding, to

19    be quite honest, Paul, that that would then be

20    pushed over to you.    01:27:23

21        MR. FAKLER:  But you knew that you had to sign

22    the verification; right?

23        MR. GREENSPAN:  No.  I didn't know that that

24    was how we were complying with this situation.

25        MR. FAKLER:  But you signed the first    01:27:34

52

Exhibit 2   Page 63

```
1     interrogatory responses.  You signed the

2     verification for the first interrogatory responses

3     that didn't have any actual information in them.

4              Why would you have thought that the later

5     ones, when you added information, you didn't have        01:27:44

6     to -- well, in any event, will you --

7         MR. GREENSPAN:  I thought we were flowing stuff

8     over as quickly as possible, to be quite honest.  I

9     thought that, as soon as I had provided --

10        MR. FAKLER:  Right.                                   01:27:55

11        MR. GREENSPAN:  -- even if it was one of these

12    responses; right?

13        MR. BRONSTEIN:  Listen, I don't want to get

14    into attorney-client stuff; so let me try to go this

15    way.  Okay?                                               01:28:04

16        MR. FAKLER:  Right.

17        MR. BRONSTEIN:  Brad, I think he asked a very

18    realistic question.  It's been months and months to

19    get this stuff done and over two months to --

20        MR. GREENSPAN:  I'll be honest with you, Peter.       01:28:13

21    There's one thing we just talked about.  The

22    website, to be quite honest, until right now, I was

23    always saying to Giselle, "Why are they asking us to

24    print out, you know, the website pictures of the

25    different web pages?"                                     01:28:27
```

53

Exhibit 2  Page 64

```
 1              I'm like -- you know, and I told her just
 2     print out the page and, you know, like -- and so I
 3     did not know that you wanted, you know, the code of
 4     the individual websites and copies of that because
 5     it was, you know, not clear.                    01:28:43
 6              And you know, I basically -- you can ask
 7     Giselle and have her sign an affidavit.  I told her
 8     to print out --
 9        MR. FAKLER:  Well, really, all I want to know
10     about is, you know, --                          01:28:54
11        MR. BRONSTEIN:  When can you get everything --
12        MR. FAKLER:  -- when we're actually going to
13     get it so we can narrow some of the issues.
14        MR. GREENSPAN:  I think, Paul, to your point, I
15     would like to have a more engageful working       01:29:03
16     relationship so we don't have these
17     misunderstandings on things like the website layout.
18              So if I can call -- if we can call you to
19     clarify some of these things and you will help and
20     not make it a mystery, that would be great.     01:29:18
21        MR. FAKLER:  I have answered every question
22     that's ever been asked of me.
23              And I think, Peter, you can verify that.
24        MR. BRONSTEIN:  That's correct.
25        MR. FAKLER:  Anything you have asked me        01:29:27
```

54

Exhibit 2   Page 65

1      anything related to these documents, we've sent over

2      emails saying to please coordinate with us on the

3      production.  We have done everything we could.

4              So if you're under the impression that we

5      have somehow prevented you from complying with these          01:29:38

6      discovery orders, I'd like to know the details of

7      what you think we did to prevent you from doing

8      that.

9          MR. BRONSTEIN:  Hold on.  What I really want to

10     get to here -- I think the path we're going here --          01:29:50

11     what Paul wants, what I want and the court wants is

12     very simple.

13             Can you give us a time frame when -- okay.

14     There are certain things that are missing.  Okay.

15     All right.                                                   01:30:03

16             Can you give us a time frame for the

17     production of documents?  And let's forget for the

18     moment --

19         MR. GREENSPAN:  He doesn't want piecemeal.

20         MR. BRONSTEIN:  Hold on.  Let's forget the               01:30:12

21     copying stuff right now, which you're going to have

22     to get from the accountant.

23             When do you think you can give me the

24     documents -- because you need to give me the

25     documents first before I can give him the documents.         01:30:24

55

Exhibit 2  Page 66

1          When do you think you can get all those

2    documents to me?

3          MR. GREENSPAN:  Like the websites?

4          MR. FAKLER:  Everything.

5          MR. BRONSTEIN:  Why don't you reread that and          01:30:36

6    also --

7          MR. FAKLER:  I mean, I'm sort of -- it's an

8    unusual meet and confer.  Okay.

9          I have to confess to you, typically, in a

10   meet and confer, there's been some like narrowing of          01:30:49

11   the issues, and there's typically been some back and

12   forth.

13         MR. GREENSPAN:  I think we just narrowed with

14   the website.  I think that was like you and I are

15   crystal on the same page now.          01:31:01

16         MR. FAKLER:  I'm saying, prior to the meet and

17   confer.  And we're sort of at the space where -- you

18   know, as set out in the letter, there's just a vast

19   amount of categories and issues where we haven't

20   received documents.          01:31:16

21         And so, you know, the best I can say is

22   that, you know, I'm happy to clarify anything else

23   you want clarified to the extent I can.  And I was

24   happy to do it with the websites.  And if you have

25   any other questions --          01:31:32

56

Exhibit 2   Page 67

1       MR. GREENSPAN:  Okay.

2          So let's maybe just agree on a process

3  where I can, you know, sort of email you, cc Peter

4  if I --

5       MR. BRONSTEIN:  No, no.  Email me, and I will    01:31:44

6  forward it to Paul.

7       MR. FAKLER:  I've been pretty responsive.  I'm

8  not going to sit on these things.

9       MR. BRONSTEIN:  There is like one or two days

10  where you're out on --    01:31:53

11       MR. FAKLER:  Right.  Sometimes I'm off on a

12  trip.

13       MR. BRONSTEIN:  Like here.

14       MR. FAKLER:  My other clients are complaining

15  because I'm not getting back to them.  But you know,    01:31:59

16  I will respond the fastest I can to try to clarify

17  it and do what I can.

18       MR. GREENSPAN:  I think we made the mistake of

19  spending time with Ross rather than maybe, you know,

20  sort of interacting with Paul.    01:32:13

21       MR. BRONSTEIN:  Brad.

22       MR. GREENSPAN:  Okay.

23       MR. BRONSTEIN:  Let's work it a different way

24  okay.  All right.  The interrogatories are just

25  questions.  They're not documents.  There's no third    01:32:20

57

Exhibit 2  Page 68

```
 1    parties that we have to deal with, I don't think, on

 2    the interrogatories.

 3            Okay.  You've answered some of the

 4    questions in the interrogatories -- okay -- for Live

 5    Universe.  There's some additional questions.  Okay.        01:32:34

 6            When do you think it's realistic that I

 7    can get the answers to all those questions?

 8        MR. GREENSPAN:  When we make time for -- you

 9    know, I'll go back to my office right now and do it

10    right now.                                                  01:32:48

11        ^ Who:  Well, if you can commit that kind of

12    time, then, you know, I guess you're saying, when we

13    break out the interrogatories, separate from the --

14        MR. BRONSTEIN:  Well, I think the

15    interrogatories might be easier to handle and get to        01:33:01

16    them.  There's only questions.  There's no

17    objections anymore.  We're past that stage.  Just

18    answer the questions.  The contact information, you

19    did provide me.

20            Some of the information actually was            01:33:11

21    provided in the interrogatory for Live Universe, not

22    all of it.  I think that's going to be the easiest

23    one, as far as I'm concerned, to fix.

24        MR. GREENSPAN:  Uh-huh.

25        MR. BRONSTEIN:  That one, do you think we can          01:33:18
```

58

Exhibit 2   Page 69

1      get it -- for instance, what are you doing tomorrow?

2           MR. GREENSPAN:  Ummm --

3           MR. BRONSTEIN:  Can you be at my office at

4      10:00 in the morning?

5           MR. GREENSPAN:  Well, it depends for how long      01:33:30

6      of a process.

7           MR. BRONSTEIN:  To try to get this done.

8           MR. GREENSPAN:  Yes.  I can spend time with you

9      tomorrow, but I have to check my schedule to know

10     how many hours I can spend with you.  And so yes, we    01:33:41

11     can work on it tomorrow.

12          MR. BRONSTEIN:  Okay.

13               But I think it should be realistic.  If

14     you're willing to spend no more than three hours

15     with me, then we should be able to go through both      01:33:51

16     the interrogatories for you and for Live Universe

17     and knock them out and get them out to him by

18     Friday.

19          MR. GREENSPAN:  Tomorrow is Friday.

20          MR. BRONSTEIN:  Yes.                               01:34:03

21          MR. GREENSPAN:  Let's not set something that is

22     going to not be achieved; right?

23               So I don't want to --

24          MR. BRONSTEIN:  I know, within three hours

25     maximum, that I can get -- okay.  If you can sit        01:34:14

59

Exhibit 2  Page 70

1    down with me and go through each question line by

2    line, I can get those interrogatories out, at

3    least -- at least, when he gets the transcript, when

4    he gets all that stuff, at least, we'll have some of

5    it done -- okay -- before he has to file his            01:34:27

6    opposition.

7            That's the easiest part.  My position

8    would be --

9        MR. GREENSPAN:  Let's say Monday to be safe,

10   though.  Don't you agree?                               01:34:35

11       MR. BRONSTEIN:  I'm talking about you sitting

12   down with me.

13       MR. FAKLER:  It's what you guys are going to

14   do.

15       MR. BRONSTEIN:  You come to my office tomorrow       01:34:42

16   and get this stuff done from Live Universe and Brad

17   Greenspan --

18       MR. GREENSPAN:  Yeah, but I mean, Peter, you

19   can talk to me.  You're saying it's not for him that

20   you're having this conversation asking me.  Why are     01:34:51

21   you asking me if it's not --

22       MR. FAKLER:  Because he's trying to help get my

23   question answered, which is -- and my question is

24   when am I going to get this stuff.

25       MR. GREENSPAN:  Right.  And I'm trying to do         01:35:01

60

Exhibit 2  Page 71

1    the same.

2        MR. FAKLER:  I think another thing that is

3    simpler than the documents that would fairly be also

4    prioritized would be this declaration on the

5    detailed explanation of everything that was done.    01:35:12

6        MR. BRONSTEIN:  That was the next one.  And

7    then, after that, I think the next easiest one is

8    the production of document responses because you

9    have it, you don't have it, someone else has it.

10         And if someone else has it, tell me the    01:35:23

11    address.  If the accounting firm has it, I need to

12    know where it is.  If it's on the server, I need to

13    know that.

14        MR. FAKLER:  And Peter, I mean, you know, not

15    trying to tell you the law, but it's -- you know,    01:35:34

16    it's in the order.  It's something we raised in the

17    briefing.  It's possession, custody, or control.

18    You know the Federal standard.

19        MR. BRONSTEIN:  Uh-huh.

20        MR. FAKLER:  So it's not just if you have it on    01:35:41

21    your premises.  If you can ask for it and get it.

22         So you know, what we're not going to be in

23    a position to do is, you know, run out certain third

24    party subpoenas on people where it's documents that

25    are Live Universe's documents as opposed to third    01:35:53

61

Exhibit 2  Page 72

```
1    parties' documents.

2         MR. BRONSTEIN:  I'm saying what is I'm giving

3    you --

4         Brad, we should be able to finish the

5    interrogatories and get them finished.  It will take        01:36:03

6    two or three hours maximum for us to go through the

7    questions if you can get me the information.

8         Okay.  Then I can get that off to him.

9    Monday wouldn't be an issue to get that to him.  The

10   responses to production documents, you either have          01:36:15

11   it or you don't have it or you know who else has it.

12   That's should be easy stuff in the declaration.

13        The actual documents and getting all the

14   documents that may take you some time.  That, I

15   actually understand that part.  But we should be            01:36:27

16   able to get all this done.

17        MR. GREENSPAN:  Why don't we agree to work hard

18   to come back to him on Monday and see.

19        MR. BRONSTEIN:  Okay.

20        All that I want, Brad, is:  Can you come             01:36:39

21   to my office tomorrow?

22        MR. GREENSPAN:  I said yes.  But I don't know

23   for how long until I check my schedule, Peter.

24        MR. BRONSTEIN:  Okay.

25        MR. GREENSPAN:  I've got other Federal cases        01:36:49
```

62

Exhibit 2   Page 73

1    going on that I am late to file joint stipulations.

2    And so you know, this is not the only thing that I

3    have going on.  And I've got multiple litigations.

4           And so I'm sorry that I can't definitively

5    tell you, right at this moment, that I can come    01:37:08

6    spend four hours with you straight at 8:00 A.M.

7    tomorrow.

8        MR. BRONSTEIN:  How about over the weekend?

9        MR. GREENSPAN:  That's why I'm saying let's

10    tell him Monday.    01:37:20

11        MR. FAKLER:  Gentlemen, I think, at this point,

12    my --

13        MR. BRONSTEIN:  I think we're close.

14        MR. FAKLER:  You know, my take from this, I

15    have had no idea if and when I'm going to get    01:37:30

16    anything.  Which has been the standard operating

17    procedure through the whole case.  And we'll see

18    if -- what I get and if I get it, and when I get it.

19           If you send me any questions, I will

20    answer them as I always have.    01:37:41

21        MR. BRONSTEIN:  And he has.

22        MR. FAKLER:  And we'll see where we wind up.

23        MR. GREENSPAN:  And I'm sorry.  There seems to

24    be miscommunication about the piecemeal because, you

25    know, last Friday, I remember driving to federal    01:37:53

63

Exhibit 2   Page 74

1    court to pay my sanctions for this case.  Okay?

2        MR. FAKLER:  Right.

3        MR. GREENSPAN:  And talking, you know, on the

4    phone with my law firm.

5        MR. FAKLER:  Well, don't -- let's not talk          01:38:07

6    about any conversations you had with counsel.

7        MR. GREENSPAN:  I'm saying on the record, in my

8    mind, I have, in good faith, been continuing to work

9    on this.

10       If nothing went over to you of the stuff,           01:38:17

11   my lawyer's even admitted that has been completed

12   but was kept because you want it all as one --

13       MR. FAKLER:  Well, no.  I never said I wanted

14   all as one.

15       MR. BRONSTEIN:  Hold on.  But he's getting           01:38:29

16   stuff that I have to send.  And that is, the only

17   information that I have -- okay -- is some contact

18   information.

19       MR. FAKLER:  We're talking about some contact

20   information for interrogatories.  We're not talking    01:38:39

21   about any documents.

22       MR. BRONSTEIN:  No documents.

23       MR. GREENSPAN:  I said Giselle and I worked,

24   and I thought it was going to go out -- a list of

25   all the songs -- I told her print out -- you know,     01:38:48

64

Exhibit 2   Page 75

1    the pages of the website shows all the -- you know,

2    print those out.  That's what they want.

3        MR. FAKLER:  But that's not information you

4    gave her.

5           That's information you told her to        01:39:03

6    collect; right?

7        MR. FAKLER:  You didn't tell her the name of

8    songs.  You didn't give her the --

9        MR. GREENSPAN:  Well, I was working with her on

10    it together.  And so my understanding -- and now I    01:39:12

11    know the correct, that I was -- made a bad

12    assumption.

13           My assumption was, every time we completed

14    one of those things, that it was getting, you know,

15    sent off to you guys, and another check off the box,    01:39:25

16    you know, of what you wanted.

17           And you're saying and it's clear to me

18    today, that nothing came over, and I can understand

19    why there's frustration on your end and confusion on

20    my end because I thought, you know, we're not    01:39:40

21    perfect, but that we continued to, you know, make --

22    sort of make progress and --

23        MR. FAKLER:  Can I ask you something.

24        MR. GREENSPAN:  Yeah.

25        MR. FAKLER:  First of all, I would point out --    01:39:54

65

Exhibit 2   Page 76

1    and I'm sure your attorney has already told you

2    this -- I'll say it again just so there's more

3    clarity.

4            When we're talking about interrogatories,

5    the written questions -- right -- which is --                01:40:01

6        MR. BRONSTEIN:  There's two sets.

7        MR. FAKLER:  There are two sets.  And any time

8    new information is added, you have to verify.  You

9    have to swear to it on behalf of not only yourself

10   but also Live Universe, both the parties in this           01:40:14

11   litigation.

12           So just to the extent -- future -- just so

13   we're all clear, us chickens here -- right -- to the

14   extent the interrogatories do get amended to add

15   more information, you have to sign them.  You've got       01:40:25

16   to verify them.  Okay.  So don't leave that step

17   out.

18       MR. GREENSPAN:  But I did sign verifications,

19   and it was -- I guess it was against an incomplete

20   process.                                                   01:40:42

21       MR. FAKLER:  The original ones where it didn't

22   have any information in it.  There was one amended

23   interrogatory that you signed on behalf of Live

24   Universe, but there wasn't one for you personally.

25           And now, you're talking about further             01:40:52

66

Exhibit 2  Page 77

1    information that you've given --

2         MR. BRONSTEIN:  You never responded to your own

3    interrogatories.  The only responded to Live

4    Universe's.

5         MR. GREENSPAN:  Well, not to belabor the point,     01:41:00

6    what do you mean?  That's your firm.

7         MR. BRONSTEIN:  Let me ask you a question.  I

8    would like to get this on the record.

9         MR. FAKLER:  Okay.

10        MR. BRONSTEIN:  And this is in the                   01:41:10

11   interrogatories.

12            What is your current address?  It's in the

13   interrogatory.

14        MR. FAKLER:  That's right.  That is one of

15   the --                                                    01:41:18

16        MR. BRONSTEIN:  I need to get that to him.  I

17   don't have it.  There's no way I can complete

18   your -- can you give me your current address?

19        MR. GREENSPAN:  Yeah.  But I have a question

20   about, you know, what you said right before that.         01:41:27

21        MR. FAKLER:  Let's go to the orders -- why

22   don't you just tell us the address.  And then, any

23   question you have, you can ask.  Why don't we all

24   ask our questions and get them answered.

25        MR. GREENSPAN:  Well, I guess I'm wondering why      01:41:47

67

Exhibit 2  Page 78

1          my attorney is saying he wants to get something on

2          the record.  I feel like we're having a little bit

3          of a -- we're somewhat at odds with the fact that

4          some information was held up.

5               MR. BRONSTEIN:  Off the record --                01:42:06

6               MR. FAKLER:  I'll make it easier because I need

7          to know this, too, for a number of reasons.

8                    What's your home address?  Where are you

9          living now?

10              MR. GREENSPAN:  2177 Sunset Plaza, Los Angeles,   01:42:17

11         90069.

12              MR. FAKLER:  Gotcha.  Thanks.

13              MR. GREENSPAN:  Mortgages just -- house went

14         into foreclosure about a month ago.

15              MR. FAKLER:  But you're still --                  01:42:34

16              MR. GREENSPAN:  So I may not be living there

17         much longer, but that is where I am right now.

18              MR. FAKLER:  Gotcha.  But with respect to -- I

19         just want to -- not to belabor it; I want to be

20         clear on what you say you have given to               01:42:51

21         Mr. Bronstein that hasn't been sent on to me yet.

22                    Can we just make a list of that.  And I

23         take it, it's all -- it's -- none of it is

24         documents.  It's all information; right?

25              MR. GREENSPAN:  Ummm --                           01:43:06

68

Exhibit 2  Page 79

1          MR. FAKLER:  Have you given Mr. Bronstein any

2     documents?

3          MR. GREENSPAN:  Would you consider the Hal

4     Leonard document?

5          MR. FAKLER:  Well, that, you've sent to us.        01:43:11

6          MR. GREENSPAN:  Right.

7          MR. FAKLER:  So that's gotten to us.

8          MR. GREENSPAN:  That's a document.

9          MR. FAKLER:  That's a document, yes.  Right.

10         MR. BRONSTEIN:  Are there any documents you've       01:43:18

11    given to Giselle that I haven't seen?

12         MR. GREENSPAN:  I don't know.

13         MR. BRONSTEIN:  Have you given any documents to

14    Giselle.

15         MR. GREENSPAN:  I'm sure I have, yes.              01:43:27

16         MR. BRONSTEIN:  What are those documents?

17         MR. GREENSPAN:  I'll go back and, you know,

18    confirm.

19              But I know I've sent her, you know -- and

20    you, a bunch of emails over the last -- I mean,         01:43:37

21    you're talking about last -- you know, the last

22    couple months.

23         MR. BRONSTEIN:  No, no.  I'm not talking about

24    last couple months.  Let's be very clear.

25         MR. FAKLER:  I'm sorry --                          01:43:46

                                                                    69

Exhibit 2   Page 80

1        MR. BRONSTEIN:  Since July 23.

2        MR. FAKLER:  Documents to produce to us.  When

3   we're talking about documents now, we're just

4   talking about documents that are responsive to the

5   request that we served; right?                          01:43:55

6        MR. GREENSPAN:  Okay.

7        MR. FAKLER:  So what I'm trying to figure out

8   is:

9            Did you send any documents to

10  Mr. Bronstein for the purpose of producing them to     01:44:00

11  us that --

12       MR. GREENSPAN:  I guess the documents with

13  Grace Note -- those would be viable discovery.

14       MR. FAKLER:  Right.  But you sent that to us.

15       MR. GREENSPAN:  No.  But I've --                    01:44:15

16       MR. BRONSTEIN:  Is there anything that you sent

17  to me --

18       MR. GREENSPAN:  Yes.

19       MR. BRONSTEIN:  -- that you didn't send to him

20  since July 23.                                          01:44:21

21       MR. GREENSPAN:  I think some of the documents

22  related to our negotiations discussions.

23       MR. BRONSTEIN:  Hold on.  Negotiations and

24  discussions about settling this case have nothing to

25  do --                                                   01:44:32

                                                              70

Exhibit 2   Page 81

1        MR. GREENSPAN:  No.  A licensee that we're, you

2   know, a business partner of our lyric sites would be

3   Grace Note or --

4        MR. BRONSTEIN:  That goes to the negotiation

5   and settlement.                                          01:44:45

6        MR. FAKLER:  Right.

7        MR. GREENSPAN:  How does that go into

8   negotiation and settlement?

9        MR. FAKLER:  I take your point.  So that's one

10  category of documents.  Okay?                            01:44:47

11       MR. BRONSTEIN:  But that doesn't have to be

12  produced.

13       MR. FAKLER:  Well, it is responsive.  I mean,

14  it is responsive, but let's put that aside.  That's

15  one category.                                            01:44:58

16            Are there any other types of documents for

17  production that you've sent to Mr. Bronstein?

18       MR. GREENSPAN:  In the last week?

19       MR. BRONSTEIN:  No, no.  Okay.

20       MR. GREENSPAN:  I thought we just wanted to       01:45:10

21  make it more specific.

22       MR. BRONSTEIN:  Let's go through since July 23

23  because that's the day.

24       MR. FAKLER:  Yes.

25       MR. GREENSPAN:  Other than to Giselle --          01:45:16

Exhibit 2   Page 82

1     MR. BRONSTEIN:  Hold on.

2     MR. GREENSPAN:  Like I say, I can't recall if

3  it was document -- you know, if there's more

4  documents or -- you know, I know I've sent her a

5  bunch of emails and responses.  And so you know, if          01:45:28

6  I have, I will make sure that they are forwarded

7  over to you guys promptly.

8     MR. BRONSTEIN:  No, no, no.  That's not even

9  what I want.

10    MR. FAKLER:  We're just trying to figure out          01:45:42

11  what --

12    MR. BRONSTEIN:  Did you send --

13    MR. FAKLER:  You're saying you sent all this

14  stuff to your counsel that, unbeknownst to you,

15  hasn't been making it over to us.  I'm just trying          01:45:49

16  to understand what those categories of things are;

17  right?

18    MR. GREENSPAN:  Uh-huh.  I think it's more

19  related to some of these like the contacts

20  information and --          01:46:01

21    MR. FAKLER:  Information as opposed to

22  documents -- right -- to answer the interrogatories?

23    MR. GREENSPAN:  I mean, I said the majority

24  would have been -- right -- responses rather than

25  documents.          01:46:17

72

Exhibit 2  Page 83

1          MR. FAKLER:  Okay.

2          MR. BRONSTEIN:  Hold on, hold on.

3          MR. FAKLER:  Yes.  Okay.

4          MR. BRONSTEIN:  I need to understand.

5              What documents did you send Giselle?          01:46:23

6              Because I haven't received any; so I want

7    to know -- I need to go back to that and find out.

8          MR. GREENSPAN:  Well, I think -- like I said, I

9    don't have my computer right here.  But I'll go

10   through it and, you know, update you on -- re-send          01:46:38

11   everything to you.

12         MR. BRONSTEIN:  Okay.

13             First of all, do you know what the -- you

14   don't know what?

15         MR. GREENSPAN:  I mentioned some.  I can't --          01:46:49

16         MR. BRONSTEIN:  Hold on.  What have you

17   mentioned besides the --

18         MR. GREENSPAN:  Hal Leonard.

19         MR. BRONSTEIN:  Besides Hal Leonard --

20         MR. FAKLER:  Grace Note.          01:46:59

21         MR. BRONSTEIN:  -- the Grace Note issue.

22         MR. GREENSPAN:  The contact names.

23         MR. BRONSTEIN:  Contact names is not a

24   document.

25             What documents have you sent me since          01:47:05

73

Exhibit 2   Page 84

1      July 23?

2           MR. GREENSPAN:  Well, I had to -- you know, I

3      can't remember everything off the top of my head.  I

4      just named a few that were documents.  And so I

5      can't recall the anymore out of --                        01:47:20

6           MR. BRONSTEIN:  But those documents, you

7      already sent to him.  He was cc'd on.

8                Are there any documents sent to me that

9      you didn't send to him since July --

10          MR. GREENSPAN:  It is possible.               01:47:32

11          MR. FAKLER:  But you don't know?  You can't

12     remember?

13          MR. GREENSPAN:  That's right.

14          MR. FAKLER:  And with respect to the

15     information for interrogatories, what sorts of         01:47:38

16     information have you sent to him that hasn't been

17     sent over yet?

18          MR. GREENSPAN:  We talked about some of them.

19          MR. FAKLER:  Okay.

20                Let's get them all on one place in the       01:47:45

21     record.  Make a list for me.

22          MR. GREENSPAN:  Hal Leonard; the licensee.

23     Grace Note; the contact information; different

24     webmasters answering questions about who -- you

25     know, what webmasters worked on which websites;        01:48:13

74

Exhibit 2  Page 85

1   answering questions as to, you know, where those --

2   vis-a-vis printing out or getting out all the list

3   of the songs on the sites.

4           And I was under the belief that we had

5   provided that through printing out copies of our          01:48:38

6   roster of our website to provide that information

7   because we do not have a, you know, email electronic

8   list of that or anything.

9       MR. FAKLER:  Okay.

10          Let's stick to the list of categories if         01:48:57

11  we could.

12      MR. GREENSPAN:  Okay.

13          Let's see what else.  I think -- oh, okay.

14  Yes.  I talked to her about names of advertisers.

15  She wanted to get names of advertisers from the          01:50:20

16  site.

17          So I went through that and clarified that

18  list and verified it with her on the phone.

19      MR. BRONSTEIN:  Gotcha.

20      MR. GREENSPAN:  So that was, you know, another       01:50:30

21  big area.

22      MR. FAKLER:  Did you search any business

23  records to compile that list, or did you just come

24  up with it from memory?

25      MR. GREENSPAN:  I searched.  And basically,          01:50:42

75

Exhibit 2  Page 86

```
 1      when I was talking to her, specifically, though,

 2      that was on the telephone --

 3          MR. FAKLER:  Uh-huh.

 4          MR. GREENSPAN:  -- as I was driving downtown to

 5      pay my sanctions.                                  01:50:51

 6          MR. FAKLER:  Right.

 7          MR. BRONSTEIN:  So the list that you gave

 8      her -- the list of advertisers, at that time, you

 9      were just driving; so you were just picking them

10      off the --                                         01:51:00

11          MR. GREENSPAN:  No.  She was confirming with

12      me.  I had provided them to her before.  I'm just

13      saying, between this July 23 and now, this was

14      another example of --

15          MR. FAKLER:  Did you give her any additional   01:51:09

16      advertisers other than the ones that you have

17      previously listed?

18          MR. GREENSPAN:  I did.

19          MR. FAKLER:  Okay.  And that was --

20          MR. GREENSPAN:  And clarified.  Yes.  But I'm   01:51:16

21      just saying it was a new area of information that

22      I've just confirmed.

23              And she can confirm, as well, that was

24      another, I think, you know, in good faith attempt

25      to, you know, knock these things out and provide   01:51:33
```

76

Exhibit 2  Page 87

1   what you want.

2          But I was not -- I was under the

3   impression, as I finished that answer to her, boom.

4   It was off to be submitted to you guys.

5          So there's a misunderstanding about the          01:51:45

6   process that, you know, you wanted to wait and get

7   everything and then have me sign a verification.

8       MR. BRONSTEIN:  No.  Can we --

9       MR. FAKLER:  You said that but --

10      MR. BRONSTEIN:  I do have a question at this          01:51:58

11  point.  Okay.

12         The names of the advertisers that you

13  gave, you said you did it on the telephone as you

14  were on your way to pay sanctions.

15      MR. GREENSPAN:  The second list.                     01:52:07

16      MR. BRONSTEIN:  The names of advertisers, you

17  gave her that list, and you confirmed it with her on

18  the way to go pay sanctions on Friday, July 30?

19      MR. GREENSPAN:  That's not correct.  That's not

20  what I said.                                             01:52:19

21      MR. BRONSTEIN:  When did you do that?

22      MR. GREENSPAN:  She had a list already when she

23  called me that had been submitted before -- of

24  advertisers.

25      MR. BRONSTEIN:  So that was a prior list.  So        01:52:28

77

Exhibit 2  Page 88

1      now you added names to it?

2           MR. GREENSPAN:  She called me.

3           MR. BRONSTEIN:  When?

4           MR. GREENSPAN:  That same day.

5           MR. BRONSTEIN:  What day?                        01:52:35

6           MR. GREENSPAN:  The same day I was paying the

7      sanctions.

8           MR. BRONSTEIN:  Okay.  Hold on.  That was

9      July 30.

10          MR. GREENSPAN:  Right.                           01:52:40

11          MR. BRONSTEIN:  On July 30, you said you were

12     in the car on the phone.

13          MR. GREENSPAN:  Actually, it might be -- it's

14     not legal to drive on the phone.

15          MR. BRONSTEIN:  Nobody is going to report you.  01:52:52

16               Will you not report him, Paul?

17          MR. GREENSPAN:  Let me rephrase.  I was on the

18     side of the road and --

19          MR. BRONSTEIN:  That's fine.  So you gave her

20     this information, on July 30, on your way to pay      01:53:03

21     sanctions.

22               Do you remember what time you paid the

23     sanctions?  Wasn't it 4:00?

24          MR. GREENSPAN:  Yes.

25          MR. BRONSTEIN:  Okay.                            01:53:11

78

Exhibit 2  Page 89

1          So it was already the end of the day.  And

2     you were driving; right?  So this is kind of late in

3     the game when -- when the stuff was due; right?  So

4     I'm just trying to pinpoint the fact that --

5          MR. GREENSPAN:  I don't think we're getting          01:53:25

6     further ahead with that.  He wanted me to show him

7     some good faith example.

8          MR. FAKLER:  I'm just trying to figure out what

9     all the lists are.  Was there any other -- because

10    you've just given -- you know, a few things -- a few          01:53:36

11    concrete specific examples.

12         MR. GREENSPAN:  What you asked for.

13         MR. FAKLER:  Yes, exactly right.

14              Are there any other examples?

15              Are there any other types of information          01:53:45

16    that you've given that I haven't gotten yet?

17         MR. GREENSPAN:  Well, I mean, let's be honest,

18    guys.  It took me, you know, 10 minutes of thinking

19    to remember that example of what I just gave Giselle

20    on the advertisers.          01:53:55

21         MR. FAKLER:  Right.

22         MR. GREENSPAN:  So you know, I don't -- I can't

23    think of any more right now unless we spend --

24    unless you want me to go deep into -- you know,

25    15 minutes just brainstorming and thinking quietly          01:54:06

79

Exhibit 2   Page 90

1    to myself.

2            I can do that and maybe come up with more

3    like I just did.

4        MR. FAKLER:  So you think there are other

5    categories of information, or do you think that's --        01:54:17

6        MR. GREENSPAN:  Yes.

7        MR. FAKLER:  Okay.  So think a little bit.

8        MR. GREENSPAN:  Well, I just did think a little

9    bit, and I came up -- and you say, "Brad, show me

10   one more."                                                 01:54:28

11       MR. FAKLER:  No, no, no.  I didn't say show me

12   one more.  I said I wanted the list.  You said

13   there's information you've given that I haven't

14   gotten.

15       MR. GREENSPAN:  Right.  I said I couldn't         01:54:33

16   remember everything.

17       MR. FAKLER:  Peter, is there anything else that

18   he's given you?

19       MR. BRONSTEIN:  The problem is that any

20   information, including all the stuff here, he gave    01:54:40

21   to Giselle, which I've never seen.

22       MR. FAKLER:  Okay.

23       MR. BRONSTEIN:  I've never seen any of this.

24       MR. FAKLER:  Got it.

25       MR. BRONSTEIN:  The only information I received   01:54:46

80

Exhibit 2  Page 91

1    was contact information, which I informed you of.

2        MR. FAKLER:  I gotcha.

3        MR. BRONSTEIN:  That was a conversation between

4    him and Giselle.  And Giselle was working on the

5    interrogatories.                                          01:54:55

6        MR. FAKLER:  Right.

7        MR. BRONSTEIN:  And I said, when the

8    interrogatories are done and I can review them --

9    then I can review them.  Then when that's done, we

10   can send it over to Brad and --                           01:55:02

11       MR. GREENSPAN:  That was miscommunications.

12       MR. BRONSTEIN:  Hold on.

13           And then, at that point in time -- then,

14   at that point, then the verification comes into

15   play.                                                     01:55:12

16       MR. FAKLER:  Uh-huh.

17       MR. BRONSTEIN:  The verification doesn't come

18   into play until I've reviewed it and until

19   everything is there.

20       MR. FAKLER:  Sure.                                    01:55:15

21       MR. BRONSTEIN:  I think there's

22   miscommunication with Brad.  From my conversation

23   with him, it looks like he thought any time he gave

24   me some information, I was forwarding it to you,

25   which cannot be done.                                     01:55:23

81

Exhibit 2  Page 92

1        I would need to do 15 supplemental

2     interrogatories, which doesn't make a lot of sense.

3        MR. FAKLER:  Well, I guess the bottom line is

4     what we'll find out what those categories are,

5     hopefully, soon when he stops by and you bang out          01:55:34

6     these responses.  We'll find out what they are then.

7        Do you know -- the contact information

8     that you gave, did it include -- what was the name

9     of the general counsel -- the former general counsel

10    of Live Universe?                                          01:55:49

11       MR. GREENSPAN:  Kristen Schuh.

12       MR. FAKLER:  Kristen Schuh.

13       Do you have her current contact

14    information?

15       MR. GREENSPAN:  No.                                     01:55:57

16       MR. FAKLER:  Do you have her old contact

17    information?

18       MR. GREENSPAN:  Yes.

19       MR. FAKLER:  Under the Federal rules, when you

20    identify somebody, you're supposed to give their          01:56:02

21    either present or last known contact information.

22       MR. GREENSPAN:  Okay.

23       MR. FAKLER:  So if you can make sure that's

24    included, I would appreciate that, too.

25       MR. GREENSPAN:  I will.                                 01:56:11

82

Exhibit 2   Page 93

1        MR. BRONSTEIN:  Wasn't she subpoenaed in one of

2     those cases?

3        MR. GREENSPAN:  No.  And that's what I was

4     waiting to see -- is if she -- they just subpoenaed

5     the CFO and CTO.  It's a little bit of a --                01:56:22

6        MR. BRONSTEIN:  Can we make some --

7        MR. FAKLER:  Yes.  I think we're at the point

8     of diminishing returns here.

9        MR. GREENSPAN:  Okay.  So --

10       MR. BRONSTEIN:  The thing is, Brad, I am your         01:56:41

11    attorney; so I have to advocate your position.  The

12    key is the quicker you can go over everything with

13    me, the quicker I can get it to him, the more happy

14    he'll be.

15          And if we can get it all done before the          01:56:55

16    hearing, the judge may still be upset about

17    everything that's gone on up to this point, but he

18    may not do a killer thing here.  And that's the

19    point.

20          The point is we want to get it all done as        01:57:05

21    quickly as possible, and I honestly -- I don't even

22    want you communicating with Giselle anymore.  I want

23    you communicating directly with me.

24       MR. GREENSPAN:  Okay.

25       MR. BRONSTEIN:  So that there's no                   01:57:18

Exhibit 2   Page 94

1    miscommunication.  And any of the emails you sent to

2    Giselle, since July 23, I'd like you to forward

3    those to me so I have a record.

4         MR. GREENSPAN:  Okay.

5         MR. FAKLER:  All right.  I think we're done.        01:57:28

6

7         (The Meet and Confer concluded at 1:57 P.M.)

8

9                        *    *    *

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

84

Exhibit 2   Page 95

```
 1      STATE OF CALIFORNIA    )
                               ) ss
 2      COUNTY OF LOS ANGELES  )

 3

 4

 5              I, the undersigned, declare under

 6          penalty of perjury that I have read the

 7          foregoing transcript, and I have made any

 8          corrections, additions, or deletions that I

 9          was desirous of making; that the foregoing

10          is a true and correct transcript of my

11          testimony contained therein.

12

13              EXECUTED this       day of          ,

14      at                      ,              .
                    (City)                   (State)

15

16

17

                            BRAD GREENSPAN
18

19

20

21

22

23

24

25
```

                                                                85

Exhibit 2   Page 96

```
 1      STATE OF CALIFORNIA    )
                               ) ss
 2      COUNTY OF LOS ANGELES  )

 3

 4

 5              I, SHARON CAMPBELL, C.S.R. No. 8643, RPR,

 6      Certified Shorthand Reporter, certify:

 7              That the foregoing proceedings were taken

 8      before me at the time and place therein set forth, were

 9      recorded stenographically by me and were thereafter

10      transcribed;

11              That the foregoing is a true and correct

12      transcript of my shorthand notes so taken.

13              I further certify that I am not a relative

14      or employee of any attorney or of any of the parties,

15      nor financially interested in the action.

16              I declare under the penalty of perjury

17      under the laws of the State of California that the

18      foregoing is true and correct.

19              Dated this 9th day of August 2010.

20

21              _____
                Sharon Campbell, CSR No. 8643, RPR
22

23

24

25
```

86

Exhibit 2   Page 97