UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES-GENERAL

Case No.  CV 09-6160-GW (PLAx)                                              Date  August 24, 2010

Title: **Peermusic, III, Ltd., et al. v. LiveUniverse, Inc., et al.**

---

PRESENT:  THE HONORABLE   **PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | Courtsmart | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:
   Paul M. Fakler
   Jeffrey R. Makin

ATTORNEYS PRESENT FOR DEFENDANTS:
   Joe Utzurrum
   Peter C. Bronstein (former counsel)

PROCEEDINGS:        (FURTHER STATUS CONFERENCE)

Hearing is held concerning remaining discovery issues. Joe Utzurrum, Esq., appears as counsel for defendants (having substituted in on August 23, 2010). Defendant Greenspan is not present, contrary to the Court's Order of July 20, 2010. For the reasons stated on the record, including defendant Greenspan's failure to appear today despite being ordered to appear by the Court, as well as his failure to complete his discovery obligations, the Court orders **monetary sanctions in the amount of $5,000 on defendants, jointly and severally, to be paid to the Clerk of the Court no later than the close of business on Friday, August 27, 2010**.

**No later than the close of business on Thursday, September 9, 2010**, defendants shall provide complete and verified responses, without objection, to all interrogatories and requests for documents previously served by plaintiffs. Defendants shall include a declaration, under oath, signed by defendant Greenspan both individually and on behalf of LiveUniverse, Inc., indicating that all interrogatory responses are complete and accurate and that all responsive documents in defendants' possession, custody and control have been produced. The declaration shall also detail all steps taken to respond to the discovery requests, including, without limitation, the areas and computers searched to provide responsive documents and information, and the nature of those searches. Any documents that are produced shall set forth which particular documents respond to which particular discovery request. If there are any remaining discovery issues after the September 9, 2010, responses, the parties **shall confer telephonically no later than September 15, 2010**, in an effort to resolve the remaining issues. Defendants shall resolve any remaining issues **no later than September 17, 2010**. If any discovery issues remain after September 17, 2010, plaintiffs shall file a status report with a summary of the remaining deficiencies **no later than September 21, 2010.** Any response by defendants to plaintiffs' status report shall be filed **no later than September 23, 2010.**

Plaintiffs' counsel shall submit a declaration **no later than September 9, 2010,** setting forth the reasonable fees and costs associated with obtaining discovery from defendants from the time of the preparation of plaintiffs' letter concerning all deficiencies in the discovery responses (<u>i.e.</u>, July 23, 2010) up to and including today's hearing.  Defendants' response to the declaration, if any, is due **no later than September 13, 2010**.

**Defendant Greenspan is ordered to cease any direct or indirect contact with plaintiffs or plaintiffs' counsel.  All such communication shall be through counsel.  Defense counsel is ordered to provide defendants with a copy of this Order.**

**IT IS SO ORDERED.**

cc:     Counsel of Record

                                                                                                          : 39

                                                                         Initials of Deputy Clerk_____ch__