# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-6160-GW(PLAx) | Date | August 27, 2010 |
|---|---|---|---|
| Title | *Peermusic, III, Ltd., et al. v. LiveUniverse, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Wil Wilcox | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Paul M. Fakler - by telephone | Joe Utzurrum |

**PROCEEDINGS:** PLAINTIFF'S MOTION TO ENFORCE THE COURT'S AUGUST 9, 2010 CONTEMPT ORDER RE PRELIMINARY INJUNCTION (filed 08/16/10)

Court hears further oral argument. For reasons stated on the record, Plaintiff's Motion to Enforce the Court's August 9, 2010 Contempt Order re Preliminary Injunction is **granted in part.** The Court orders the sites to remain shut down until such time as there is compliance with the Court's injunctive order.

The following is proposed, in the event, defendants' want the sites back up: 1) defendants will pay to plaintiffs' counsel the sum of $10,000 to cover the costs of the search; 2) Plaintiffs will search for compliance within three days and will make a determination of any infringements; 3) the Court will examine the results for any infringements.

Parties will confer on Tuesday, August 31, 2010 at 7:00 a.m. PST, regarding a resolution of this matter.

A Status Conference is set for **September 9, 2010 at 8:30 a.m.**

|   |   |   |
|---|---|---|
| | 1 | : 10 |
| Initials of Preparer | JG | |