1  Paul M. Fakler (*Admitted Pro Hac Vice*)
   Ross J. Charap (*Admitted Pro Hac Vice*)
2  ARENT FOX LLP
   1675 Broadway
3  New York, NY 10019
   Telephone: 212.484.3900
4  Facsimile: 212.484.3990
   E-mail: fakler.paul@arentfox.com
5  E-mail: charap.ross@arentfox.com

6  Michael L. Turrill (CA Bar No. 185263)
   Jeffrey R. Makin (CA Bar No. 252426)
7  ARENT FOX LLP
   555 West Fifth Street, 48th Floor
8  Los Angeles, CA 90013-1065
   Telephone: 213.629.7400
9  Facsimile: 213.629.7401
   E-mail: turrill.michael@arentfox.com
10 E-mail: makin.jeffrey@arentfox.com

11 Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Peermusic, III, Ltd., et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>LiveUniverse, Inc., et al.,<br><br>　　　　Defendants. | Case No. CV 09-6160-GW (PLAx)<br><br>**DECLARATION OF PAUL M. FAKLER RE REASONABLE COSTS AND ATTORNEYS' FEES** |

I, Paul M. Fakler, declare as follows:

1. I am a partner of the law firm Arent Fox LLP, attorneys for the Plaintiffs in this action.

2. I make this Declaration based upon my own personal knowledge, after review of the record, my firm's internal documents (including billing documents and invoices) and discussions with colleagues, and in support of the Court's award of reasonable attorney fees and costs in its Order dated August 24, 2010 (the "Fee Award").

3. In the Fee Award, the Court ordered that Defendants should, jointly and severally, reimburse Plaintiffs for their reasonable costs and attorneys' fees associated with Plaintiffs' attempts to obtain Defendants' compliance with the Court's prior discovery orders, from the time of the preparation of Plaintiffs' July 23 discovery letter through the August 24 hearing.

4. Plaintiffs have incurred $25,671.50 in legal fees and $5,984.76 in costs in connection with those attempts for a total of $31,656.26, as broken down below.

5. Plaintiffs' reimbursable attorneys' fees, for time spent reviewing Defendants' discovery to identify deficiencies, drafting the July 23 letter, preparing for, travel to and conducting the Court-ordered in-person conference, reviewing the transcript of that conference, reviewing amended discovery served by defendants, preparing and filing my declaration containing that transcript and detailing Defendants' continued failure to comply with the Court's discovery Orders, and preparing for, travel to and attending the August 24 hearing, totaled $25,671.50.

6. My billing rate on this matter is $525, which reflects a discount from my standard rate of $585. I personally billed 41.7 hours for my work on the above-described tasks, for a subtotal of $21,892.50.

7. Michael Turrill is a partner in my firm's Los Angeles office and is serving as local counsel in this matter. His billing rate on this matter is $500,

which reflects a discount from his standard rate of $555. Mr. Turrill billed .5 hours for his work on the above-described tasks, for a subtotal of $250.

8. Eric Roman is a senior associate working on this matter. His billing rate on this matter is $410, which reflects a discount from his standard rate of $455. Mr. Roman billed 6.5 hours for his work on the above-described tasks, for a subtotal of $2,665.00

9. Jeffrey Makin is an associate working on this matter. His billing rate on this matter is $320, which reflects a discount from his standard rate of $355. Mr. Makin billed 2.7 hours for his work on the above-described tasks, for a subtotal of $864.

10. Travel costs for my trip to Los Angeles for the Court-ordered in-person conference with Defendants and Defendants' counsel included round-trip business class airfare at $2,499.40 and two nights at the Los Angeles downtown Omni Hotel at $682.20 for a subtotal of $3,181.60, inclusive of taxes. These costs were slightly higher than typical due to the relatively short notice upon which they had to be booked.

11. Travel costs for my trip to Los Angeles for the August 24 hearing included round-trip business class airfare at $2189.40 and two nights at the Los Angeles downtown Omni Hotel at $613.76 for a subtotal of $2,803.16, inclusive of taxes.

12. I was admitted to the Bar of the State of New York in 1999 and since then have practiced law, including a specialization in copyright law (and particularly as applied in connection with the Internet) and litigation, in New York, New York and in federal district courts and courts of appeal throughout the country. I have been a partner at Arent Fox LLP since June 1, 2010. Prior to joining Arent Fox LLP, I was a partner at Moses & Singer LLP in New York, New York. I am presently the Chair of the New York State Bar Association Intellectual Property Law Section, and have served as an executive officer of that Section since

2004. Annexed hereto as <u>Exhibit A</u> are biographical materials from the Arent Fox LLP website.

13. For my entire legal career, my practice has focused on litigation and counseling in intellectual property matters. I am familiar with the rates charged by the members of my firm and other firms practicing in the areas of copyright and intellectual property litigation, including partners, senior and junior associates, paralegals, and litigation support personnel. My knowledge of these ranges of rates is based upon my review of various trade publications and surveys, interaction with many similarly specialized practitioners in connection with my Bar Association activities and my own experience litigation similar cases throughout the country.

14. Based upon my knowledge of the rates charged by lawyers and firms of similar specialization, expertise and experience, the firms charged by my firm in this case are well within the range of rates typically charged by such lawyers and firms for similar matters, even without the discounts applied by my firm.

15. I would be happy to make the detailed time records for the work described above available to the Court upon request.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ninth day of August, 2010 at New York, New York.

Paul M. Fakler

# Exhibit A

Smart in your world
# Arent Fox

## Paul M. Fakler
Partner
New York, NY
212.457.5445
fakler.paul@arentfox.com

| Practice Teams | Areas of Focus |
|---|---|
| Intellectual Property | Copyright |
| Media and Entertainment | Trademark |
| Litigation | Entertainment |
| | New Media |
| | Internet / Technology |
| | Litigation |

## Practice Areas

Paul M. Fakler's practice focuses on litigation and counseling, primarily in the fields of copyright, trademark, entertainment and computer/Internet law. Paul counsels clients with respect to copyright, trademark, right of publicity, entertainment, computer and Internet law issues in diverse industries, including the music, motion picture, publishing, software development and Internet industries. He routinely provides audits of clients' intellectual property rights and develops strategies for the development and protection of clients' intellectual property assets and portfolios. Paul also has significant experience in the area of copyright compulsory license rate-setting proceedings, including proceedings before the Copyright Royalty Board and the ASCAP and BMI rate courts.

## Client Work

Paul has represented clients with respect to numerous high-profile intellectual property matters, including:

- Members of The Allman Brothers Band litigation against UMG Recordings, Inc. for failure to pay royalties at the correct rate for digital downloads and other digital exploitation of several classic albums by The Allman Brothers Band
- National Music Publishers Association, and several member music publishers, in copyright infringement litigation against the owners and operators of various unauthorized song lyrics websites
- First Niagara Insurance Brokers in $530 million trademark infringement action against First Niagara Financial Group
- Bill Graham Archives LLC with respect to various copyright, trademark, right of publicity and other intellectual property disputes relating to the operation of its Wolfgang's Vault website and exploitation of its rights to a large collection of sound recordings, poster art and vintage rock and roll memorabilia
- Music publisher Bourne Co. in a copyright infringement action against the creators of The Family Guy animated television program, arising out of the defendants' unauthorized use of the classic song "When You Wish Upon a Star"
- Music Choice in a copyright royalty rate-setting proceeding before the Copyright Royalty

EXHIBIT A PAGE 4

Board
- MP3.com music service in various copyright infringement lawsuits
- Publications International, Ltd. in a case brought by the makers of Beanie Babies plush toys arising out of the publication of a Beanie Babies collector's guide
- Yahoo! in a copyright case brought by the recording industry, determining the eligibility of Yahoo!'s LaunchCast webcasting service for a statutory copyright license
- Domain name registrar Register.com in obtaining a preliminary injunction, affirmed on appeal for stopping the defendant from harvesting customer data from Register.com's website
- An individual client in action to obtain subpoenas to trace identity of defendants who had posted defamatory statements on Internet forums
- A religious organization in a trademark action relating to the unauthorized use of the client's trademark in a third-level domain name
- Defeating preliminary injunction action brought by comedian Jackie Mason against a religious organization arising from the use of Mr. Mason's name and likeness in a parody on a religious tract
- Caesar's World, Inc. in one of the first *in rem* cases brought under the Anticybersquatting Consumer Protection Act

### Previous Work

Paul served as a judicial clerk for the Honorable Peter T. Fay of the United States Court of Appeals for the Eleventh Circuit. Prior to attending law school, Paul worked in the multimedia software development field and taught English composition and film studies at the University of Florida. His undergraduate training was in philosophy, with an emphasis on continental and post-structuralist philosophy. He pursued graduate studies in literature and film studies, focusing his research on the impact of electronic forms of communication on human cognition.

### Professional Activities

Paul was elected Chair of the New York State Bar Association Intellectual Property Law Section. He is also a member of the Copyright Committee and the Entertainment, Arts and Sports Law Section. He is a member of The Copyright Society of the USA and the International Trademark Association. Paul frequently lectures on issues related to copyright, entertainment and Internet law, and has appeared on television and in the press, commenting on cutting-edge intellectual property issues.

### Publications, Presentations and Recognitions

Paul was selected as a New York Super Lawyer for intellectual property litigation in 2009 and 2010.

Paul's publications and presentations include:

- New York State Bar Association Intellectual Property Law Section Annual and Fall Meetings, 2003, 2004, 2005, 2007, and 2010
- The Copyright Office Comes to New York, Co-Chair, 2004-2010
- "Selected Recent Trends in Copyright and Trademark Law," Inside the Minds: Common Issues in IP Law, Aspatore Books 2008
- "Record Labels' Inability to Adopt New Business Models Leads to Distortions in Copyright Law," Instant Awareness: An Immediate Look at the Legal and Industry Ramifications of

EXHIBIT A PAGE 5

Virgin Records America v. Jammie Thomas, Aspatore Books 2007
- "Protecting Online Databases From Robotic Attack," *Global Intellectual Property Asset Management Report*; November 2004
- "The Entertainment Industry in the Post-Napster Era," Columbia University Law School, March 2001

### Bar and Court Admissions

New York Bar
Supreme Court of the United States
US Court of Appeals, District of Columbia Circuit
US Court of Appeals, Second Circuit
US Court of Appeals, Sixth Circuit
US Court of Appeals, Seventh Circuit
US Court of Appeals, Eleventh Circuit
US Court of Appeals, Federal Circuit
US District Court, Southern District of New York
US District Court, Eastern District of New York
US District Court, Western District of New York

### Education

Georgetown University Law Center, JD, cum laude, 1998, Dean's List
University of Florida, BA, with honors, 1993, Philosophy, Phi Kappa Phi, Dean's List

### Life Beyond the Law

Paul is a recovering musician and an inveterate film fanatic.

© 2010 ARENT FOX LLP

Contents may contain attorney advertising under the laws of some states.
Prior results do not guarantee a similar outcome.