Paul M. Fakler (*Admitted Pro Hac Vice*)
Ross J. Charap (*Admitted Pro Hac Vice*)
ARENT FOX LLP
1675 Broadway
New York, NY 10019
Telephone:  212.484.3900
Facsimile:  212.484.3990
E-mail:      fakler.paul@arentfox.com
E-mail:      charap.ross@arentfox.com

Michael L. Turrill (CA Bar No. 185263)
Jeffrey R. Makin (CA Bar No. 252426)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629.7400
Facsimile:  213.629.7401
E-mail:      turrill.michael@arentfox.com
E-mail:      makin.jeffrey@arentfox.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Peermusic, III, Ltd., et al., | Case No.  CV 09-6160-GW (PLAx) |
| Plaintiffs, | **DECLARATION OF PAUL M. FAKLER RE DEFENDANTS' CONTINUED CONTEMPT OF PRELIMINARY INJUNCTION ORDERS** |
| v. | |
| LiveUniverse, Inc., et al., | |
| Defendants. | |

I, Paul M. Fakler, declare as follows:

1.      I am a partner of the law firm Arent Fox LLP, attorneys for the Plaintiffs in this action.

2.      I make this Declaration based upon my own personal knowledge, after review of the record, my firm's internal documents and discussions with colleagues, and in further support of Plaintiffs' repeated attempts to obtain relief from Defendants' continued violations of the Court' Preliminary Injunction Order and subsequent Contempt Orders.

3.      In the Court's most recent Contempt Order, the Court ordered that the Defendants' websites were to remain shut down until after such time as the Court determined that Defendants had complied with the Preliminary Injunction Order. If Defendants wanted to re-open their websites, the Court Ordered that they were to **first** (1) pay to Plaintiffs' counsel the sum of $10,000 to cover the cost of verification of Defendants' claim of compliance; (2) allow Plaintiffs three days to verify compliance and another day to file their findings with the Court; and (3) wait for the Court's own determination of whether Defendants were in compliance. The Court also ordered the parties to meet and confer to discuss methods Defendants could use to search for infringing content on their own websites. A true and correct copy of the Court's most recent contempt Order is attached hereto as Exhibit 1.

4.      As they have done on numerous other occasions, Defendants have violated the Court's Order and placed all three websites at issue back up on September 3, 2010, at approximately 1 pm. The infringing websites have remained up continuously since that time, and user page views at the websites have returned to approximately the same levels as they were prior to the time the websites were taken down pursuant to the Court's Order.

5.      Defendants claimed in open court today that the websites were "inactive" and that no lyric content remained on the websites. Both of these claims

- 1 -

1    are false.

2         6.    As far as the websites being "inactive," attached hereto as Exhibit 2 is

3    a printout I created today from my computer of the homepages of each of the

4    websites. These homepages are fully active, have operative links and are loaded

5    with advertising. These home pages appear exactly the same as they did prior to

6    the time the websites were taken down.

7         7.    Defendants claim that all song lyric content has been removed from

8    the websites is also nothing short of a lie. Defendants have not paid Plaintiffs'

9    counsel the $10,000 required by the Court's last Order to cover Plaintiffs'

10   verification costs. Consequently, Plaintiffs have not performed (nor should they

11   have to perform) a comprehensive search of the infringing websites. Even a quick

12   spot check, however, shows that the websites each contain infringing lyric content

13   and continue to generate revenue from that infringing content.

14        8.    On September 8. 2010, I visited each of the three infringing websites

15   and used each website's own search functions. At each website, I performed a

16   single search for three songs. For each song, I simply entered the title of the song

17   into the search box and activated the search. The three songs are "China Grove,"

18   "Maneater," and "Save the Last Dance for Me." Each of these songs was included

19   on Notices of Infringement served on Defendants in this case.

20        9.    Attached hereto as Exhibit 3 is a true and correct copy of the first page

21   of each of the search results on Defendants' websites discussed above. As can be

22   seen on Exhibit 3, when a user searches for a song ("China Grove" for example),

23   each of Defendants' websites displays a list of links to other websites (in almost all

24   instances infringing websites) containing the full lyrics of the song. In this manner

25   alone, Defendants' websites continue to contributorily infringe Plaintiffs'

26   copyrights.

27        10.    But Defendants' websites are still directly infringing the copyrights as

28   well. As can be seen on Exhibit 3 (with reference to the bracketed parts of the

webpages), the search result webpage also displays significant portions of Plaintiffs' song lyrics. Indeed, each result on the list, in addition to providing a link to another infringing website, displays a different portion of the lyrics to a given song. Thus, each search result page on each of Defendants' websites contain several lines of the lyrics, in addition to the title of the song. Such exact copying of even a portion of the lyrics clearly infringes the copyright to the song.

11. For example, the first page of Exhibit 3 is a printout of the first page (note that there are at least ten pages of search results for this song, so the extent of the infringement is much greater than that evidenced by this page alone) of the search results for the song "China Grove" on lyricsdownload.com. The first bracketed link has the following portion of the song lyric displayed verbatim:

> When the sun comes up on a sleepy little town
>
> Down around San Antone
>
> And the folks are risin'. . .

The next bracketed link has the following portion of the lyric displayed verbatim:

> Woh oh, China Grove
>
> Well the preacher and the teacher
>
> Lord, they're a caution
>
> They are the talk of the town
>
> When the gossip gets to flyin' . . .

The next bracketed link has the following portion of the lyric displayed verbatim:

> When the sun comes up on a sleepy little town
>
> Down around San Antone
>
> And the folks are risin' for another day round about . . .

The next bracketed link has the following portion of the lyric displayed verbatim:

> Well, you're talkin' bout China Grove
>
> Oh, China Grove
>
> Well the preacher and the teacher . . .

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

Oh, China Grove

But every day there's a new thing comin' . . .

12.     These portions of the song lyric are on the first page out of many pages of search results, but these portions alone constitute a substantial verbatim copying and display of the song lyrics and certainly constitute copyright infringement. Moreover, from the url printed at the bottom of the page, it is clear that these lyrics are being displayed on Defendants' own websites. I personally viewed these lyrics and can attest that they are being displayed directly on Defendants' websites. I did not have to click on any link to see these lyrics.

13.     As demonstrated above, it is clear that Defendants' websites continue to contain infringing content. Even if they did not, however, Defendants had no right under the Court's Order to simply decide that they had removed the infringing content and unilaterally put the websites back up. The Court's Order provided a process, including advance payment of costs for verification, and an opportunity for Plaintiffs to verify compliance. Defendants wantonly disregarded the Order and simply re-activated the websites.

14.     The reason for this is fairly obvious. By putting the websites back up, even with substantial but incomplete copies of the lyrics and links to other infringing websites, Defendants continue to receive many tens of thousands of dollars in advertising revenue per month from simply keeping the websites up. When someone is looking for lyrics, he or she frequently uses a search engine, such as Google, to look for the lyrics. If Defendants' websites come up high enough in the search results, that user will click on the link and be directed to Defendants' website. Once that happens, no matter how much of the lyric is actually displayed, Defendants get paid for all of the advertisements on the webpage.

15.     Plaintiffs have been enduring irreparable harm from Defendants' infringement (as the Court has already found), and have continued to endure this

1    harm almost continuously (other than the few days when Defendants actually took

2    the websites down), even after the Court issued its Preliminary Injunction Order

3    months ago.  Defendants have repeatedly lied to the Court about their compliance

4    with the injunction and have baldly disobeyed very clear Orders from the Court.

5    They should not be allowed to continue causing such irreparable harm, especially

6    while also profiting from it, by playing games with the functionality of the

7    infringing websites.

8

9        I declare under penalty of perjury that the foregoing is true and correct.

10   Executed this ninth day of August, 2010 at New York, New York.

11

12

13                                                     Paul M. Fakler

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| Case No. | CV 09-6160-GW(PLAx) | Date | August 27, 2010 |
|---|---|---|---|
| Title | *Peermusic, III, Ltd., et al. v. LiveUniverse, Inc., et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Wil Wilcox | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Paul M. Fakler - by telephone | Joe Utzurrum |

**PROCEEDINGS:**     **PLAINTIFF'S MOTION TO ENFORCE THE COURT'S AUGUST 9, 2010 CONTEMPT ORDER RE PRELIMINARY INJUNCTION (filed 08/16/10)**

Court hears further oral argument. For reasons stated on the record, Plaintiff's Motion to Enforce the Court's August 9, 2010 Contempt Order re Preliminary Injunction is **granted in part.** The Court orders the sites to remain shut down until such time as there is compliance with the Court's injunctive order.

The following is proposed, in the event, defendants' want the sites back up: 1) defendants will pay to plaintiffs' counsel the sum of $10,000 to cover the costs of the search; 2) Plaintiffs will search for compliance within three days and will make a determination of any infringements; 3) the Court will examine the results for any infringements.

Parties will confer on Tuesday, August 31, 2010 at 7:00 a.m. PST, regarding a resolution of this matter.

A Status Conference is set for **September 9, 2010 at 8:30 a.m.**

| | 1 | : | 10 |
|---|---|---|---|
| Initials of Preparer | JG | | |

EXHIBIT 1 PAGE 6

# EXHIBIT 2



Complete Album Lyrics - www.completealbumlyrics.com



## Complete Album Lyrics: Home



Welcome at Complete Album Lyrics - Your complete lyrics resource. Our database has over *130,000* lyrics stored on our own server - which means no broken links! Search & Browse now for lyrics from your favourite artist, album or song! We always add the latest song lyrics to our database a few times a week.

We added some more lyrics this week. On request we added the Armand Van Helden - Shake That Ass lyrics. A newly released **single** by Dicecream named Whoop Whoop. Populair now is Lily Allen with 'Everyone's At It'. Populair now is Miley Cyrus with 'Let's Chill'. A newly released **single** by T Pain named Bad Side. Turn Off is a future release single by Lil' Wayne. Halo & Ego is a future release single by Beyonce Knowles. Therapy is a future release single by Kanye West. Hot My Hood To Your Hood lyrics by Memphis Bleek. A newly released **single** by Escape The Fate named On To The Next One. A newly released **single** by Gaither Vocal Band named He Came Down To My Level. On request we added the Frank Sinatra - I Want To Thank Your Folks lyrics. On request we added the Shwayze - Leave Your Daddy At Home lyrics. Starstruck is a future release single by Lady Gaga. Time To Go is a future release single by Keane. Take Me Home To Mama is a future release single by Conway Twitty. Populair now is Leona Lewis with 'How Many Times'. A newly released **single** by Britney Spears named Womenizer. This Is How It Goes Down is a future release single by Pink. Populair now is Taylor Swift with 'My Own Way'.

More New Lyrics

Lyrics source: http://www.completealbumlyrics.com/

EXHIBIT 2 PAGE 8

LyricsAndSongs.COM The free lyrics to your favorite songs : Lyrics And Songs                Page 1 of 2

ARTIST INDEX   # A B C D E F G H I J K L M N O P Q R S T U V W X Y Z  SoundTracks  misspelled

Search [＿＿＿＿＿＿＿＿]  [Search]

**Home**

**Axe Music Concert Series**
Enter Now To Win Tickets and
Make Your Own Music With Axe
Body Spray.
www.TheAxeEffect.com/OneNightOnly

**Bing™ Music**
Search and Play Full Songs for Free
on Bing. Downloads, Lyrics & More.
bing.com/music

**Rock of Ages**
Broadway's Best Party featuring hits
from Journey, Styx & more!
RockofAgesMusical.com

Ads by Google

- Submit Lyrics
- Request Lyrics

**On Site Links**

- User Picks
- Moderator Picks

**TOP 20**

- CARAMELL Caramelldansen Lyrics
- DUFFY MERCY
- ADELE CHASING PAVEMENTS
- KYLIE MINOGUE IN MY ARMS
- TIMBALAND SCREAM
- YAEL NAIM NEW SOUL
- ONEREPUBLIC STOP AND STARE
- USHER LOVE IN THIS CLUB
- MARIAH CAREY TOUCH MY BODY
- COLBY O'DONIS WHAT YOU GOT
- ASHANTI THE WAY I LOVE YOU
- RAHEEM DEVAUGHN CUSTOMER
- FERGIE FINALLY
- JIMMY JAMES FASHIONISTA
- RADIOHEAD VIDEOTAPE
- PUFF DADDY I Need A Girl
- GOO GOO DOLLS STAY WITH YOU
- EL MUDO CHACARRON MACARRON
- LIL' WAYNE YOU AIN'T KNOW
- FLIGHT OF THE CONCHORDS BUSINESS TIME
- APRIL MARCH CHICK HABIT
- VAN MORRISON DANCING IN THE MOONLIGHT

Lyricsandsongs.com has the most in-depth and accurate searchable lyrics database on the net. Why waste time searching the net for your favorite lyrics, when you can use Lyricsandsongs.com's search and save yourself the trouble. Want to know what's hot? No problem. Lyricsandsongs.com brings you tons of searchable charts. Whether you are checking out the World's Top Charts or Lyricsandsongs.com's user-voted Top 20, you can always keep up to date with the world's hottest music!









| Our Picks (Artists) | |
|---|---|
| ASHLEE SIMPSON | ELYSIA |
| DOLLY PARTON | DUFFY |
| MARIAH CAREY | ADELE |
| LYFE JENNINGS | RIHANNA |
| 3 DOORS DOWN | TIMBALAND |
| CHRIS BROWN | YAEL NAIM |
| ELVIS COSTELLO | ONEREPUBLIC |
| BRYAN ADAMS | COLBY O'DONIS |
| JESSE MCCARTNEY | ASHANTI |
| USHER | RAHEEM DEVAUGHN |
| COLDPLAY | DEMI LOVATO |
| NELLY | RADIOHEAD |
| NE-YO | TIM McGRAW |
| FLIGHT OF THE CONCHORDS | CAMP ROCK |
| LIL' WAYNE | HIGH SCHOOL MUSICAL 3 |

| Lyrics And SONGS Top Picks | NEW Additions SONG Lyrics |
|---|---|
| CHRIS BROWN - FOREVER | 3 DOORS DOWN - IT'S NOT MY TIME |
| COLBIE CAILLAT - REALIZE | BLAKE SHELTON - HOME |
| COLDPLAY - VIVA LA VIDA - VIOLET HILL | CARAMELL - Caramelldansen |
| DAVID BANNER - GET LIKE ME | CHOMBO - CHACARRON |
| DEMI LOVATO & JOE JONAS - THIS IS ME | CHRIS BROWN - WIT-I-YOU |
| ESTELLE - AMERICAN BOY F. KANYE WEST | COLBY O'DONIS - WHAT YOU GOT |
| JASON MRAZ - I'M YOURS | CUTE IS WHAT WE AIM FOR - TEASING TO PLEASE |
| JESSE MCCARTNEY - LEAVIN' | DJ KHALED - OUT HERE GRINDIN' (FEAT. AKON, RICK ROSS, PLIES) |
| JONAS BROTHERS - BURNING UP + S.O.S. | FLO RIDA - ELEVATOR (FEAT. TIMBALAND) - LOW |
| JORDIN SPARKS - NO AIR | GOO GOO DOLLS - STAY WITH YOU |
| KATY PERRY - I KISSED A GIRL | JAY-Z - ROC BOYS (AND THE WINNER IS...) |
| KID ROCK - ALL SUMMER LONG | KANYE WEST - FLASHING LIGHTS |
| LEONA LEWIS - BETTER IN TIME - BLEEDING LOVE | KEITH URBAN - EVERYBODY |
| LIL' WAYNE - I'M ILLI A MILLI) - LOLLIPOP (DIRTY VERSION) - GOT MONEY (FEAT. T-PAIN) - MR. CARTER (FEAT JAY-Z) | LUDACRIS - DOWN IN THA DIRTY |
| LYFE JENNINGS - NEVER NEVER LAND | METRO STATION - SHAKE IT |
| MADONNA - 4 MINUTES | MIKE JONES - DROP & GIMME 50 |
| MARIAH CAREY - TOUCH MY BODY | NE-YO - CLOSER |
| MAROON 5 - IF I NEVER SEE YOUR FACE AGAIN | NEW KIDS ON THE BLOCK - SUMMERTIME |
| MILEY CYRUS - 7 THINGS | O-ZONE - NUMA NUMA |
| NATASHA BEDINGFIELD - POCKETFUL OF SUNSHINE | ONE REPUBLIC - STOP AND STARE |
| NE-YO - CLOSER | P. DIDDY (PUFF DADDY) - LAST NIGHT (FEAT. KEYSHIA COLE) - I Need A Girl |
| PLIES - BUST IT BABY PT. 2 | PARAMORE - CRUSHCRUSHCRUSH |
| PUSSYCAT DOLLS - WHEN I GROW UP | PLIES - HYPNOTIZED |
| RAY J - SEXY CAN I | RASCAL FLATTS - WHAT HURTS THE MOST |
| RIHANNA - DISTURBIA - TAKE A BOW | RED JUMPSUIT APPARATUS - YOUR GUARDIAN ANGEL |
| SARA BAREILLES - BOTTLE IT UP - LOVE SONG | SUGABABES - DENIAL |
| SOULJA BOY - CRANK THAT | SUGARLAND - ALL I WANT TO DO |
| THREE 6 MAFIA - LOLLI LOLLI (POP THAT BODY) | THE FLOBOTS - HANDLEBARS |
| USHER - LOVE IN THIS CLUB - MOVING MOUNTAINS | THE-DREAM - I LUV YOUR GIRL - FALSETTO |

**Welcome to your favorite lyrics website.**

We are working hard to bring you the largest, Most organized lyrics website on the internet, yet we can not do it without your help.

**You can help lyrics and songs by**

We don't approve of spyware and adware, we think its filthy business, So if an advertisement on our website (since we don't chose them but we can stop them) leads to a website that tries to trick you into there nasty software, Please use the contact us page to tell us about it.

EXHIBIT 2 PAGE 9

LyricsAndSongs.COM The free lyrics to your favorite songs : Lyrics And Songs                    Page 2 of 2

Although we do our very best to stay updated on what albums are coming out, what you might be looking for and so forth, we can't keep an eye on thousands of artists at once, so please Request Lyrics we don't have

We know the website needs an in-site search utility, that is coming allot sooner than you think :)

If you have the lyrics to a song and you want to share them on the website, Please submit your lyrics (don't forget to write your own credits at the bottom.

If you find something wrong at our website please contact us and tell us about it, if you find incorrect lyrics, please report them to us by visiting the page that has the lyrics

The most effective thing to keep us all motivated is your feedback, weather you like our website or you think we need to improve, please tell us, we try to tailor the website to its users and not tailor our visitors to the website

Yours

The Lyrics And Songs Team.

If you would like to help us by linking to us, please use the following linking HTML code, this code will make the link open in new window

| `<a href="http://www.lyricsandsongs.com/" target="_blank" title="Lyrics And Songs the place for free lyrics">Free Music Song Lyrics here</a>` |
| If you are using internet explorer and finding it hard to select the text, Please triple click anywhere on the text and there you go, it is selected |

**All lyrics are property and copyright of their owners. All lyrics provided for educational purposes only.**
**Thank you for using Lyrics And Songs.**
**CONTACT US**

# EXHIBIT 3

Case 2:09-cv-06160-GW-PLA    Document 114    Filed 09/09/10    Page 15 of 23    Page ID
#:2497
LYRICS Download.com - Over 700,000 Lyrics                                    Page 1 of 1

**LYRICS download.com, The Largest free song lyrics archive (700.000+lyrics)**

# LYRICS

*Prada*

| A-Z ARTIST INDEX | A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z |

**Ads by Google**

**China Grove Music Cheap**
www.NexTag.com   Best Value on China Grove Music. Find NexTag Sellers' Lowest Price!

**China Groove**
www.Shopping.com   Deals on China Groove. Compare China Groove prices.

SEARCH

china grove

Home

Download Free Music!

Send Ringtones to Cell

Top Lyrics Chart

Results 1 - 10 for china grove with Safesearch on. (0.25 seconds)

Google
Custom Search

**China Grove Lyrics - Doobie Brothers**
China Grove Lyrics - When the sun comes up on a sleepy little town Down around San
Antone And the folks see risin'...
www.lyricsfreak.com/d/doobie+brothers/china+grove_20042425.html

**CHINA GROVE Lyrics - DOOBIE BROTHERS**
Woh oh, China Grove / Well the preacher and the teacher / Lord, they're a caution / they are
the talk of the town / When the gossip gets to flyin' ...
www.elyrics.net/read/d/doobie-brothers-lyrics/china-grove-lyrics.html

**China Grove | The Doobie Brothers Song - Yahoo! Music**
China Grove by The Doobie Brothers on Yahoo! Music. Listen to The Doobie Brothers's
China Grove for free.
new.music.yahoo.com/doobie-brothers/tracks/china-grove--551172

**YouTube - Doobie Brothers - China Grove 1973**
Doobie Brothers - China Grove 1974 When the sun comes up on a sleepy little town Down
around San Antone And the folks are risin for another day round about ...
www.youtube.com/watch?v=DTCyO6MpGUM

**DOOBIE BROTHERS - CHINA GROVE LYRICS**
Well, you're talkin' 'bout China Grove / Oh, China Grove / Well, the preacher and the
teacher ... Oh, China Grove / But every day there's a new thing comin' ...
www.sing365.com/.../China-Grove-.../BFDE742744758F9548256A4E000E58AB

**China Grove by The Doobie Brothers Songfacts**
China Grove by The Doobie Brothers song meaning, lyric interpretation, video and chart
position.
www.songfacts.com/detail.php?id=1309

**China Grove (song) - Wikipedia, the free encyclopedia**
'China Grove' is a song from The Doobie Brothers' 1973 album The Captain and Me. It was
written by original lead singer Tom Johnston, before he fell ill in ...
en.wikipedia.org/wiki/China_Grove_(song)

**The Doobie Brothers - China Grove Guitar Tab (Digital Download)**
See and download The Doobie Brothers China Grove sheet music in your browser.
www.musicnotes.com/sheetmusic/mtd.asp?ppn=MN0048742

**CHINA GROVE LYRICS - DOOBIE BROTHERS**
Doobie Brothers Best Of The Doobies China Grove Tom johnston When the sun comes up
on a sleepy little town Down around san antone And the folks are risin' ...

**THE DOOBIE BROTHERS - CHINA GROVE LYRICS**
[Incomprehensible] woah oh, China Grove / The preacher and the teacher ... Oh, talkin'
'bout your China Grove / [Incomprehensible], woah oh, China Grove ...
www.metrolyrics.com/china-grove-lyrics-the-doobie-brothers.html

1 2 3 4 5 6 7 8 9 10 Next

**Thank You For Visiting Lyrics Download**

LyricsDownload.com is one of the largest music sites in the world featuring over 700,000 lyrics with hundreds more added daily. Our vast selection of lyrics features songs from every music genre including top 40 hits to old school rap. Thanks to all of our loyal visitors who continue to support us and our growing database of over 700,000 unique lyrics. Our site by the numbers:

- Over 700,000 lyrics        - Over 28,000 Worldwide Artists        - Over 1,000,000 Members        - Over 75,000 Albums

All lyrics are the property and copyright of their respective rights holders.

Charts | Top artists | Top titles | Privacy Policy | About US | TofS | Contact Us | ARCHIVE: 0 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z | opennntp

EXHIBIT 3 PAGE 11

LYRICS download.com, The Largest free song lyrics archive (700,000+lyrics)

  

**A-Z ARTIST INDEX**   A   B   C   D   E   F   G   H   I   J   K   L   M   N   O   P   Q   R   S   T   U   V   W   X   Y   Z

**SEARCH**

maneater

Home

Download Free Music!

Send Ringtones to Cell

Top Lyrics Chart

Ads by Google
**Man Eater Music**
www.Ask.com     Search for Man Eater Music Find Man eater music

**Maneater Radio**
www.pandora.com     Listen to Hall & Oates Free Unlimited Listening!

Results 1 - 10 for maneater with Safesearch on. (0.36 seconds)

Google Custom Search

**NELLY FURTADO - MANEATER LYRICS**
I bet he made them work and spend hard ("**Maneater** make you work hard, make you spend hard"). And I bet he wanted all the girls to love him ("Make you want ...
www.sing365.com/.../**maneater**.../781fcab5f13140a7482571010020cc94

**MANEATER** Lyrics - NELLY FURTADO
Nelly Furtado **Maneater** lyrics . Take it back Everybody look at me I walk in the door you start screaming Come on everybody  what you here for? Move yo ...
www.elyrics.net/read/n/nelly-furtado-lyrics/**maneater**-lyrics.html

**HALL & OATES - MANEATER LYRICS**
The **MANEATER** LYRICS are the property of the respective authors, artists and labels, the lyrics are provided for educational purposes only ...
www.sing365.com/.../**maneater**.../92f68a2ef029443248256a9200114caf

**MANEATER** Lyrics - HALL & OATES
She's a **maneater**) Ooh, she'll chew you up / (Oh-oh, here she comes) Here she comes she's a **maneater** ... She's a **maneater**) She's watching and waiting, ...
www.elyrics.net/read/h/hall-&-oates-lyrics/**maneater**-lyrics.html

**NELLY FURTADO - MANEATER LYRICS**
Dec 24, 2008 ... **Maneater**, make you work hard / Make you want all of her love / She's a **maneater**, make you buy cars  make you cut cards ...
www.metrolyrics.com/**maneater**-lyrics-nelly-furtado.html

**Maneater** Lyrics - Hall & Oates
**Maneater** Lyrics - She'll only come out at night The lean and hungry type Nothing is new. I've seen her here.
www.lyricsfreak.com/h/hall+oates/**maneater**_20063879.html

**Maneater** Lyrics - Nelly Furtado
Jan 24, 2010 ... **Maneater** Lyrics - [TIMBALAND] Take it back, take it back ...  Verse 1-Everybody look at me, me I walk in the door you start screaming ...
www.lyricsmode.com/lyrics/n/nelly_furtado/**maneater**.html

**NELLY FURTADO - MANEATER LYRICS**
View the complete **Maneater** lyrics and music video by Nelly Furtado. SORRY, OUR MUSIC DISCUSSION AND DISCOVERY COMMUNITY FORUM SECTIONS ARE BY.
www.completealbumlyrics.com/lyric/.../Nelly+Furtado+-+**Maneater**.html

**HALL & OATES - MANEATER LYRICS**
She's a **man eater** / I wouldn't if I were you, I know what she can do / She's deadly man, and she could really rip your world apart / Mind over matter ...
www.metrolyrics.com/**maneater**-lyrics-hall-oates.html

YouTube - Hall & Oates - **Maneater**
Jan 13, 2007 ... Hall & Oates video **Maneater** ....  queue Hall & Oates - Maneater, Solo Jazz Fingerstyle .. by rreichart9737 views  1:25 ...
www.youtube.com/watch?v=ap-OO0xqTs4

1 2 3 4 5 6 7 8 9 10 Next

**Thank You For Visiting Lyrics Download**

LyricsDownload.com is one of the largest music sites in the world featuring over 700,000 lyrics with hundreds more added daily. Our vast selection of lyrics features songs from every music genre including top 40 hits to old school rap. Thanks to all of our loyal visitors who continue to support us and our growing database of over 700,000 unique lyrics. Our site by the numbers.

Over 700,000 lyrics        Over 25,000 Worldwide Artists        Over 1,000,000 Members        Over 75,000 Albums

All lyrics are the property and copyright of their respective rights holders.

Charts | Top artists | Top titles | Privacy Policy | AboutUS | ToS | Contact Us | ARCHIVE: 0 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z | opennntp

EXHIBIT **3**   PAGE **12**

LYRICS download.com, The Largest free song lyrics archive (700,000+lyrics)

  NETFLIX ● Click here

| A-Z ARTIST INDEX | A   B   C   D   E   F   G   H   I   J   K   L   M   N   O   P   Q   R   S   T   U   V   W   X   Y   Z |

SEARCH

save the last dance for

**Ads by Google**
**Save The Last Dance For Me**
www.YesAsia.com    English Subtitled DVD Box Sets 84% off sale on now. Free Shipping

**Save The Last Dance For Me**
www.best-price.com    Save on Save The Last Dance For Me. Top offers at unbeatable prices now!

**Down Load Free Tones**
GoFree.com/FreeRingtonesDownload    Save Your Money 100% Free Down Load No Trial, No Registration, No Money

**2010 Ford Clearance**
Ford Reply.com    Official Ford Pricing & Rebates Largest Inventory of New Vehicles

Home

Download Free Music!

Send Ringtones to Cell

Top Lyrics Chart

HP PRINT  hp

Results 1 - 10 for save the last dance for me with Safesearch on  (0.32 seconds)

Google Custom Search

Ads by Google

**Me Music**
Looking for Me Music?
Find exactly what you want today
Yahoo.com

**Treatment for M.E.**
Advanced Treatment by Gupta Method.
Register to Watch Free Online Video
Guptaprogramme.com/me treatment

**Free Unlimited Ringtones**
Unlimited Ringtones & Screen Savers
Only $0.99 / Month & 4 Months Free!
www.FreeRingers.net

**Music To Me Radio**
Listen to Music To Me
Free Unlimited Listening!
www.pandora.com

**MICHAEL BUBLE LYRICS - Save The Last Dance For Me**
Lyrics to "**Save The Last Dance For Me**" song by MICHAEL BUBLE. You can
dance every dance with the guy Who gives you the eye,let him hold you tight
You can ...
www.azlyrics.com/lyrics/michaelbuble/**savethelastdanceforme**.html

**The Drifters – Save The Last Dance For Me – Video, listening ...**
Watch the video & listen to The Drifters – **Save The Last Dance For Me** for free. **Save The
Last Dance For Me** appears on the album Legends in Music ...
www.**last**.fm/music/The+Drifters/_/**Save**+the+**Last**+**Dance**+**for**+**Me**

**Save the Last Dance for Me Lyrics, The Drifters**
So darlin, **save the last dance for me**, mmmm / Baby, don't you know / I love you so /
Can't you feel it when we touch / I will never, never let you go ...
www.bluesforpeace.com/lyrics/**save-last-dance**.htm

**YouTube - Michael Buble - "Save The Last Dance For Me" Music Video**
Oct 9, 2009 ... http://www.michaelbuble.com - Michael Buble - "**Save The Last Dance For
Me**" Music Video. Directed by Notile Jones.
www.youtube.com/watch?v=RCqFr6sF0jo

**MICHAEL BUBLE - SAVE THE LAST DANCE FOR ME LYRICS**
Jan 10, 2009 ... Ooh, you make the promise that you **save the last dance for me** / Save
the last dance, the very last dance for me ...
www.metrolyrics.com/**save-the-last-dance-for-me**-lyrics-michael-buble.html

**Michael Bublé – Save The Last Dance For Me – Video, listening ...**
Watch the video & listen to Michael Bublé – **Save The Last Dance For Me** for free. Originally
penned by Ben E. King, Michael Bublé effortlessly covers The ...
www.**last**.fm/music/Michael+Bublé/_/**Save**+The+**Last**+**Dance**+**For**+**Me**

**YouTube - Michael Buble - Save the Last Dance For Me**
queue Jerry Lee Lewis-**Save the Last Dance For Me**fy 50sJohnny119 views · 3:38 +
Added to queue **save the last dance for me**- Michael buble -Pete ..by ...
www.youtube.com/watch?v=qni3EPUrw6g

**Save the Last Dance for Me - Wikipedia, the free encyclopedia**
'**Save the Last Dance for Me**' is the title of a popular song written by Doc Pomus and Mort
Shuman, first recorded in 1960 by Ben E. King with The Drifters ...
en.wikipedia.org/wiki/**Save_the_Last_Dance_for_Me**

**Michael Bublé - Save the Last Dance for Me Sheet Music (Digital ...**
See and download Michael Buble **Save the Last Dance for Me** sheet music in your browser
www.musicnotes.com/sheetmusic/mtd.asp?ppn=MN0050050

**Save the Last Dance for Me - The Drifters - Song Lyrics, Free ...**
Oh, darlin' **save the last dance for me** / Oh I know / That the music's fine like sparkin' wine /
Go and have your fun / Dance and sing ...
www.links2love.com/love_lyrics_265.htm

1 2 3 4 5 6 7 8 9 10 Next

**Thank You For Visiting Lyrics Download**
LyricsDownload.com is one of the largest music sites in the world featuring over 700,000 lyrics with hundreds more added daily. Our vast selection of lyrics features songs from every music genre
matching top 40 hits to old school rap. Thanks to all of our loyal visitors who continue to support us and our growing database of over 700,000 unique lyrics. Our site by the numbers:
· Over 700,000 lyrics          · Over 28,000 Worldwide Artists          · Over 1,000,000 Members          · Over 75,000 Albums

All lyrics are the property and copyright of their respective rights holders.

Charts | Top artists | Top titles | Privacy Policy | AboutUS | TofS | Contact Us | ARCHIVE: 0 A B C D E F G H I J K L M N O P Q R S T U V W X Y Z |openntp

EXHIBIT 3 PAGE 13

Complete Album Lyrics Lyrics Search                                    Page 2 of 3

## Lyrics Search

Ads by Google
**China Grove** Music Cheap
www.NexTag.com      Best Value on **China Grove** Music. Find NexTag Sellers' Lowest Price!

**China Groove**
www.Shopping.com      Deals on **China Groove**. Compare **China Groove** prices.

Results **1 - 10** for **china grove** with **Safesearch on**. (0.3

China Grove Lyrics - Doobie Brothers
**China Grove** Lyrics - When the sun comes up on a sleepy little town Down around San Antone And the folks are risin'...
www.lyricsfreak.com/d/doobie+brothers/china+grove_20042425.html

CHINA GROVE Lyrics - DOOBIE BROTHERS
Woh oh, **China Grove** / Well the preacher and the teacher / Lord, they're a caution / they are the talk of the town / When the gossip gets to flyin' ...
www.elyrics.net/read/d/doobie-brothers-lyrics/china-grove-lyrics.html

China Grove | The Doobie Brothers Song - Yahoo! Music
**China Grove** by The Doobie Brothers on Yahoo! Music. Listen to The Doobie Brothers's **China Grove** for free.
new.music.yahoo.com/doobie-brothers/tracks/china-grove--551172

YouTube - Doobie Brothers - **China Grove** 1973
Doobie Brothers - **China Grove** 1974 When the sun comes up on a sleepy little town Down around San Antone And the folks are risin for another day round about ...
www.youtube.com/watch?v=DTCyO9MpGUM

DOOBIE BROTHERS - CHINA GROVE LYRICS
Well, you're talkin' 'bout **China Grove** / Oh, **China Grove** / Well, the preacher and the teacher ... Oh, **China Grove** / But every day there's a new thing comin' ...
www.sing365.com/.../China-Grove.../BFDE742744758F9548256A4E000E58A8

**China Grove** by The Doobie Brothers Songfacts
**China Grove** by The Doobie Brothers song meaning, lyric interpretation, video and chart position.
www.songfacts.com/detail.php?id=1309

China Grove (song) - Wikipedia, the free encyclopedia
"**China Grove**" is a song from The Doobie Brothers' 1973 album The Captain and Me. It was written by original lead singer Tom Johnston, before he fell ill in ...
en.wikipedia.org/wiki/China_Grove_(song)

The Doobie Brothers - **China Grove** Guitar Tab (Digital Download)
See and download The Doobie Brothers **China Grove** sheet music in your browser.
www.musicnotes.com/sheetmusic/mtd.asp?ppn=MN0048742

CHINA GROVE LYRICS - DOOBIE BROTHERS
Doobie Brothers Best Of The Doobies **China Grove** Tom johnston When the sun comes up on a sleepy little town Down around san antone And the folks are risin' ...

THE DOOBIE BROTHERS - **China Grove** LYRICS
[incomprehensible], woah oh, **China Grove** / The preacher and the teacher ... Oh, talkin' 'bout your **China Grove** / [incomprehensible], woah oh, **China Grove** ...
www.metrolyrics.com/china-grove-lyrics-the-doobie-brothers.html

**1** 2 3 4 5 6 7 8 9 10 Next

EXHIBIT 3 PAGE 14

Ads by Google

**Man Eater** Music
www.Ask.com      Search for **Man Eater** Music Find **Man eater** music

**Maneater** Radio
www.pandora.com      Listen to Hall & Oates Free Unlimited Listening!

Results **1 - 10** for **maneater** with **Safesearch** on. (0.2

NELLY FURTADO - **MANEATER** LYRICS
I bet he made them work and spend hard ("**Maneater**, make you work hard, make you spend
hard"). And I bet he wanted all the girls to love him ("Make you want ...
www.sing365.com/.../**maneater**.../781fcab5f13140a7482571010020cc04

**MANEATER** Lyrics - NELLY FURTADO
Nelly Furtado **Maneater** lyrics : Take it back Everybody look at me me I walk in the door you
start screaming Come on everybody, what you here for? Move yo...
www.elyrics.net/read/n/nelly-furtado-lyrics/maneater-lyrics.html

HALL & OATES - **MANEATER** LYRICS
The **MANEATER** LYRICS are the property of the respective authors, artists and labels, the
lyrics are provided for educational purposes only ...
www.sing365.com/.../**maneater**.../92f68a2ef020443248256a9200114caf

**MANEATER** Lyrics - HALL & OATES
She's a **maneater**) Ooh, she'll chew you up / (Oh-oh, here she comes) Here she comes,
she's a **maneater**) ... She's a **maneater**) She's watching and waiting, ...
www.elyrics.net/read/h/hall-&-oates-lyrics/maneater-lyrics.html

NELLY FURTADO - **MANEATER** LYRICS
Dec 24, 2008 ... **Maneater**, make you work hard, make you spend hard / Make you want all of
her love / She's a **maneater**, make you buy cars, make you cut cards ...
www.metrolyrics.com/maneater-lyrics-nelly-furtado.html

**Maneater** Lyrics - Hall & Oates
**Maneater** Lyrics - She'll only come out at night The lean and hungry type Nothing is new, I've
seen her here...
www.lyricsfreak.com/h/hall+oates/**maneater**_20063879.html

**Maneater** Lyrics - Nelly Furtado
Jan 24, 2010 ... **Maneater** Lyrics - [TIMBALAND:] Take it back, take it back....... Verse 1-
Everybody look at me, me I walk in the door you start screaming ...
www.lyricsmode.com/lyrics/n/nelly_furtado/**maneater**.html

NELLY FURTADO - **MANEATER** LYRICS
View the complete **Maneater** lyrics and music video by Nelly Furtado. SORRY. OUR MUSIC
DISCUSSION AND DISCOVERY COMMUNITY FORUM SECTIONS ARE BY.
www.completealbumlyrics.com/lyric/.../Nelly+Furtado+-+**Maneater**.html

HALL & OATES - **MANEATER** LYRICS
She's a **man eater** / I wouldn't if I were you, I know what she can do / She's deadly man, and
she could really rip your world apart / Mind over matter ...
www.metrolyrics.com/maneater-lyrics-hall-oates.html

YouTube - Hall & Oates - **Maneater**
Jun 13, 2007 ... Hall & Oates video **Maneater**. ... queue Hall & Oates - **Maneater**, Solo Jazz
Fingerstyle ...by jreichbart9737 views · 1:25 ...
www.youtube.com/watch?v=ap-OO0xqTe4

1  2  3  4  5  6  7  8  9  10  Next

EXHIBIT  3  PAGE  15.

**Ads by Google**

**Save The Last Dance For Me**
www.YesAsia.com     English Subtitled DVD Box Sets 84% off sale on now. Free Shipping.

**Save The Last Dance For Me**
www.best-price.com     **Save** on **Save The Last Dance For Me**: Top offers at unbeatable prices now!

**Down Load Free Tones**
GoFree.com/FreeRingtonesDownload     **Save** Your Money 100% Free Down Load No Trial, No Registration, No Money

**2010 Ford Clearance**
Ford.Reply.com     Official Ford Pricing & Rebates Largest Inventory of New Vehicles

Results **1 - 10** for **save the last dance for me** with Safesearch on. (0.4

Go·gle™ Custom Search

MICHAEL BUBLE LYRICS - **Save The Last Dance For Me**
Lyrics to "**Save The Last Dance For Me**" song by MICHAEL BUBLE: You can dance-every dance with the guy Who gives you the eye,let him hold you tight You can ...
www.azlyrics.com/lyrics/michaelbuble/**savethelastdanceforme**.html

The Drifters – **Save The Last Dance For Me** – Video, listening ...
Watch the video & listen to The Drifters – **Save The Last Dance For Me** for free. **Save The Last Dance For Me** appears on the album Legends In Music.
www.last.fm/music/The+Drifters/_/**Save**+the+**Last**+**Dance**+for+**Me**

**Save the Last Dance for Me** Lyrics, The Drifters
So darlin', **save the last dance for me**, mmmm / Baby, don't you know / I love you so / Can't you feel it when we touch / I will never, never let you go ...
www.bluesforpeace.com/lyrics/**save-last-dance**.htm

YouTube - Michael Bublé - "**Save The Last Dance For Me**" Music Video
Oct 9, 2009 ... http://www.michaelbuble.com - Michael Bublé - "**Save The Last Dance For Me**" Music Video. Directed by Noble Jones.
www.youtube.com/watch?v=RCqFr6sF0Jo

MICHAEL BUBLE - **SAVE THE LAST DANCE FOR ME** LYRICS
Jan 10, 2009 ... Ooh, you make the promise that you **save the last dance for me** / Save the last dance, the very last dance for me.
www.metrolyrics.com/**save-the-last-dance-for-me**-lyrics-michael-buble.html

Michael Bublé – **Save The Last Dance For Me** – Video, listening ...
Watch the video & listen to Michael Bublé – **Save The Last Dance For Me** for free. Originally penned by Ben E. King, Michael Bublé effortlessly covers The ...
www.last.fm/music/Michael+Bublé/_/**Save**+the+**Last**+**Dance**+For+**Me**

YouTube - Michael Buble - **Save the Last Dance For Me**
queue Jerry Lee Lewis-**Save the Last Dance For Me** by 50sJohnny119 views · 3:38 +. Added to queue **save the last dance for me**- Michael buble -Pete...by ...
www.youtube.com/watch?v=qmi3EPUrw6g

**Save the Last Dance for Me** - Wikipedia, the free encyclopedia
"**Save the Last Dance for Me**" is the title of a popular song written by Doc Pomus and Mort Shuman, first recorded in 1960 by Ben E. King with The Drifters. ...
en.wikipedia.org/wiki/**Save_the_Last_Dance_for_Me**

Michael Bublé - **Save the Last Dance for Me** Sheet Music (Digital ...
See and download Michael Bublé **Save the Last Dance for Me** sheet music in your browser.
www.musicnotes.com/sheetmusic/mtd.asp?ppn=MN0050050

**Save the Last Dance for Me** - The Drifters - Song Lyrics, Free ...
Oh, darlin' **save the last dance for me** / Oh I know / That the music's fine like sparklin' wine / Go and have your fun / Dance and sing ...
www.links2love.com/love_lyrics_266.htm

**Ads by Google**

**Me Music**
Looking for Me Music? Find exactly what you want
Yahoo.com

**Treatment for M.E.**
Advanced Treatment by Gu
Register to Watch Free Onli
Guptaprogramme.com/me-l

**Free Unlimited Ringtor**
Unlimited Ringtones & Scre
Only $0.99 / Month & 4 Mor
www.FreeRingers.net

**Music To Me Radio**
Listen to Music To Me
Free Unlimited Listening!
www.pandora.com

EXHIBIT 3 PAGE 16

LyricsAndSongs.COM The free lyrics to your favorite songs : Lyrics And Songs                    Page 2 of 2

**Ads by Google**
**China Grove Music Cheap**
www.NexTag.com          Best Value on China Grove Music. Find NexTag Sellers' Lowest Price!
**China Groove**
www.Shopping.com          Deals on China Groove. Compare China Groove prices.

Results 1 - 10 for china grove with **Safesearch** on. (0.29 seconds)

Gougle
Custom Search

**China Grove Lyrics - Doobie Brothers**
**China Grove** Lyrics - When the sun comes up on a sleepy little town around San
Antone And the folks are risin'...
www.lyricsfreak.com/d/doobie+brothers/**china+grove**_20042425.html

**CHINA GROVE Lyrics - DOOBIE BROTHERS**
Woh oh, **China Grove** / Well the preacher and the teacher / Lord, they're a caution / they are
the talk of the town / When the gossip gets to flyin' ...
www.elyrics.net/read/d/doobie-brothers-lyrics/**china-grove**-lyrics.html

**China Grove | The Doobie Brothers Song - Yahoo! Music**
**China Grove** by The Doobie Brothers on Yahoo! Music. Listen to The Doobie Brothers's
**China Grove** for free.
new.music.yahoo.com/doobie-brothers/tracks/**china-grove**--551172

**YouTube - Doobie Brothers - China Grove 1973**
Doobie Brothers - **China Grove** 1974 When the sun comes up on a sleepy little town Down
around San Antone And the folks are risin for another day round about ...
www.youtube.com/watch?v=DTCyO9MpGUM

**DOOBIE BROTHERS - CHINA GROVE LYRICS**
Well, you're talkin' 'bout **China Grove** / Oh, **China Grove** / Well, the preacher and the
teacher ... Oh, **China Grove** / But every day there's a new thing comin' ...
www.sing365.com/.../China-Grove,.../8FDE742744758F9548256A4E000E58A8

**China Grove by The Doobie Brothers Songfacts**
**China Grove** by The Doobie Brothers song meaning, lyric interpretation, video and chart
position.
www.songfacts.com/detail.php?id=1309

**China Grove (song) - Wikipedia, the free encyclopedia**
"**China Grove**" is a song from The Doobie Brothers' 1973 album The Captain and Me. It was
written by original lead singer Tom Johnston, before he fell ill in ...
en.wikipedia.org/wiki/**China_Grove**_(song)

**The Doobie Brothers - China Grove Guitar Tab (Digital Download)**
See and download The Doobie Brothers **China Grove** sheet music in your browser.
www.musicnotes.com/sheetmusic/mtd.asp?ppn=MN0048742

**CHINA GROVE LYRICS - DOOBIE BROTHERS**
Doobie Brothers Best Of The Doobies **China Grove** Tom johnston When the sun comes up
on a sleepy little town Down around san antone And the folks are risin' ...

**THE DOOBIE BROTHERS - CHINA GROVE LYRICS**
[incomprehensible], woah oh, **China Grove** / The preacher and the teacher ... Oh, talkin'
'bout your **China Grove** / [incomprehensible], woah oh, **China Grove** ...
www.metrolyrics.com/**china-grove**-lyrics-the-doobie-brothers.html

1 2 3 4 5 6 7 8 9 10 Next

All lyrics are property and copyright of their owners. All lyrics provided for educational purposes only.
Thank you for using Lyrics And Songs.
CONTACT US

EXHIBIT 3 PAGE 17

LyricsAndSongs.COM The free lyrics to your favorite songs : Lyrics And Songs                    Page 2 of 2

**Ads by Google**
Man Eater Music
Ask com      Search for **Man Eater** Music Find **Man Eater** Music
Maneater Radio
www.pandora.com      Listen to Hall & Oates Free Unlimited Listening!

Results **1 - 10** for maneater with **Safesearch** on. (0.28 seconds)

Go gle
Custom Search

**NELLY FURTADO - MANEATER LYRICS**
I bet he made them work and spend hard ("**Maneater**, make you work hard, make you spend
hard"). And I bet he wanted all the girls to love him ("Make you want ...
www.sing365.com/../781fcab5f13140a7482571010020cd04

**MANEATER Lyrics - NELLY FURTADO**
Nelly Furtado **Maneater** lyrics : Take it back Everybody look at me me I walk in the door you
start screaming Come on everybody, what you here for? Move yo...
www.elyrics.net/read/n/nelly-furtado-lyrics/maneater-lyrics.html

**HALL & OATES - MANEATER LYRICS**
The **MANEATER** LYRICS are the property of the respective authors, artists and labels, the
lyrics are provided for educational purposes only ...
www.sing365.com/../maneater.../92f68a2ef020443248256a9200114caf

**MANEATER Lyrics - HALL & OATES**
She's a **maneater** Ooh, she'll chew you up / (Oh-oh, here she comes) Here she comes,
she's a **maneater** ... She's a **maneater**) She's watching and waiting, ...
www.elyrics.net/read/h/hall-&-oates-lyrics/maneater-lyrics.html

**NELLY FURTADO - MANEATER LYRICS**
Dec 24, 2008 ... **Maneater**, make you work hard, make you spend hard / Make you want all of
her love / She's a **maneater**, make you buy cars, make you cut cards ...
www.metrolyrics.com/maneater-lyrics-nelly-furtado.html

**Maneater Lyrics - Hall & Oates**
**Maneater** Lyrics - She'll only come out at night The lean and hungry type Nothing is new, I've
seen her here...
www.lyricsfreak.com/h/hall+oates/maneater_20063879.html

**Maneater** Lyrics - Nelly Furtado
Jan 24, 2010 ... **Maneater** Lyrics - [TIMBALAND:] Take it back, take it back...... Verse 1-
Everybody look at me, me I walk in the door you start screaming ...
www.lyricsmode.com/lyrics/n/nelly_furtado/maneater.html

**NELLY FURTADO - MANEATER LYRICS**
View the complete **Maneater** lyrics and music video by Nelly Furtado. SORRY. OUR MUSIC
DISCUSSION AND DISCOVERY COMMUNITY FORUM SECTIONS ARE BY.
www.completealbumlyrics.com/lyric/.../Nelly+Furtado+-+**Maneater**.html

**HALL & OATES - MANEATER LYRICS**
She's a **man eater** / I wouldn't if I were you, I know what she can do / She's deadly man, and
she could really rip your world apart / Mind over matter ...
www.metrolyrics.com/maneater-lyrics-hall-oates.html

**YouTube - Hall & Oates - Maneater**
Jun 13, 2007 ... Hall & Oates video **Maneater**: ... queue Hall & Oates - **Maneater**; Solo Jazz
Fingerstyle ...by jreichbart9737 views · 1:25 ...
www.youtube.com/watch?v=ap-OO0xqTe4

1 2 3 4 5 6 7 8 9 10 Next

All lyrics are property and copyright of their owners. All lyrics provided for educational purposes only.
Thank you for using Lyrics And Songs.
CONTACT US

EXHIBIT 3 PAGE 18

LyricsAndSongs.COM The free lyrics to your favorite songs : Lyrics And Songs                Page 2 of 2

**Ads by Google**
**Save The Last Dance For Me**
www.YesAsia.com      English Subtitled DVD Box Sets 84% off sale on now. Free Shipping.

**Save The Last Dance For Me**
www.best-price.com      Save on Save The Last Dance For Me: Top offers at unbeatable prices now!

**Down Load Free Tones**
GoFree.com/FreeRingtonesDownload      Save Your Money 100% Free Down Load No Trial, No Registration, No Money

**2010 Ford Clearance**
Ford.Reply.com      Official Ford Pricing & Rebates Largest Inventory of New Vehicles

Results 1 - 10 for **save the last dance for me** with **Safesearch** on. (0.42 seconds)

Go‑‑gle‑
Custom Search

**MICHAEL BUBLE LYRICS - Save The Last Dance For Me**
Lyrics to "**Save The Last Dance For Me**" song by MICHAEL BUBLE: You can
dance-every dance with the guy Who gives you the eye,let him hold you tight
You can ...
www.azlyrics.com/lyrics/michaelbuble/savethelastdanceforme.html

**The Drifters – Save The Last Dance For Me – Video, listening ...**
Watch the video & listen to The Drifters – **Save The Last Dance For Me** for free. **Save The
Last Dance For Me** appears on the album Legends In Music.
www.last.fm/music/The+Drifters/_/Save+the+Last+Dance+For+Me

**Save the Last Dance for Me Lyrics, The Drifters**
So darlin', **save the last dance for me**, mmmm / Baby, don't you know / I love you so / Can't
you feel it when we touch / I will never, never let you go ...
www.bluesforpeace.com/lyrics/save-last-dance.htm

**YouTube - Michael Bublé - "Save The Last Dance For Me" Music Video**
Oct 6, 2009 ... http://www.michaelbuble.com - Michael Bublé - "**Save The Last Dance For
Me**" Music Video. Directed by Noble Jones.
www.youtube.com/watch?v=RCqFr6sF0jo

**MICHAEL BUBLE - SAVE THE LAST DANCE FOR ME LYRICS**
Jan 10, 2009 ... Ooh, you make the promise that you **save the last dance for me** / Save the
last dance, the very last dance for me.
www.metrolyrics.com/save-the-last-dance-for-me-lyrics-michael-buble.html

**Michael Bublé – Save The Last Dance For Me – Video, listening ...**
Watch the video & listen to Michael Bublé – **Save The Last Dance For Me** for free. Originally
penned by Ben E. King, Michael Bublé effortlessly covers The ...
www.last.fm/music/Michael+Bublé/_/Save+The+Last+Dance+For+Me

**YouTube - Michael Buble - Save the Last Dance For Me**
queue Jerry Lee Lewis-**Save the Last Dance For Me**by 50sJohnny119 views · 3:38 ∘.
Added to queue **save the last dance for me**- Michael buble -Pete... by ...
www.youtube.com/watch?v=qml3EPUrw6g

**Save the Last Dance for Me - Wikipedia, the free encyclopedia**
"**Save the Last Dance for Me**" is the title of a popular song written by Doc Pomus and Mort
Shuman, first recorded in 1960 by Ben E. King with The Drifters. ...
en.wikipedia.org/wiki/Save_the_Last_Dance_for_Me

**Michael Bublé - Save the Last Dance for Me Sheet Music (Digital ...**
See and download Michael Bublé **Save the Last Dance for Me** sheet music in your browser.
www.musicnotes.com/sheetmusic/mtd.asp?ppn=MN0050050

**Save the Last Dance for Me - The Drifters - Song Lyrics, Free ...**
Oh, darlin' **save the last dance for me** / Oh I know / That the music's fine like sparklin' wine /
Go and have your fun / Dance and sing ...
www.links2love.com/love_lyrics_266.htm

1 2 3 4 5 6 7 8 9 10 Next

Ads by Google

**Me Music**
Looking for Me Music?
Find exactly what you want today.
Yahoo.com

**Treatment for ME/CFS**
Register To Get Free Online Video
Course For ME/CFS & Fibromyalgia
Guptaprogramme.com/Fibromyalgia

**Want Cell Ringtones?**
Unlimited Ringtones & Wallpapers
Up To 4 Phones. Start Downloading!
www.FreeRingers.net

**Music To Me Radio**
Listen to Music To Me
Free Unlimited Listening!
www.pandora.com

All lyrics are property and copyright of their owners. All lyrics provided for educational purposes only.
Thank you for using Lyrics And Songs.
**CONTACT US**

EXHIBIT 3 PAGE 19