Paul M. Fakler *(Admitted Pro Hac Vice)*
Ross L. Charap *(Admitted Pro Hac Vice)*
ARENT FOX LLP
1675 Broadway
New York, NY 10019
Telephone: 212.484-3900
Facsimile: 212.484.3990
E-mails: fakler.paul@arentfox.com;
charap.ross@arentfox.com

Michael L. Turrill (CA Bar No.: 185263)
Jeffrey R. Makin (CA Bar No.: 252426)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629-7400
Facsimile: 213.629-7401
E-mails: turrill.michael@arentfox.com;
makin.jeffrey@arentfox.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Peermusic, III, Ltd., et al., <br><br> Plaintiffs, <br><br> v. <br><br> LiveUniverse, Inc., et al., <br><br> Defendants. | Case No.: CV 09-6160-GW (PLA) <br><br> **NOTICE OF LODGING PROPOSED ORDER GRANTING PLAINTIFFS' MOTION FOR FURTHER CONTEMPT SANCTIONS AGAINST DEFENDANTS FOR FAILURE TO COMPLY WITH CONTEMPT ORDERS** <br><br> [[Proposed] Order lodged concurrently herewith] <br><br> <u>Hearing</u> <br> Date: September 16, 2010 <br> Time: 8:30 a.m. <br> Place: Courtroom 10 <br> The Hon. George H. Wu |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that pursuant to this Court's direction, Plaintiffs hereby lodge their [Proposed] Order Granting Plaintiffs' Motion for Further Contempt Sanctions Against Defendants for Failure to Comply with Contempt Orders.

Dated: September 16, 2010　　　　　　　　　Arent Fox LLP

By: /s/ Jeffry R. Makin
Paul M. Fakler
Ross J. Charap
Michael L. Turrill
Jeffrey R. Makin
*Attorneys for Plaintiffs*
*Peermusic, III, Ltd., et al.*