Paul M. Fakler *(Admitted Pro Hac Vice)*
Ross J. Charap *(Admitted Pro Hac Vice)*
ARENT FOX LLP
1675 Broadway
New York, NY 10019
Telephone: 212.484.3900
Facsimile: 212.484.3990
E-mails: fakler.paul@arentfox.com;
charap.ross@arentfox.com

Michael L. Turrill (CA Bar No. 185263)
Jeffrey R. Makin (CA Bar No. 252426)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629-7400
Facsimile: 213.629-7401
E-mails: turrill.michael@arentfox.com;
makin.jeffrey@arentfox.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Peermusic, III, Ltd., et al., | Case No. CV 09-6160-GW (PLAx) |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' MOTION FOR FURTHER CONTEMPT SANCTIONS AGAINST DEFENDANTS FOR FAILURE TO COMPLY WITH CONTEMPT ORDERS** |
| v. | |
| LiveUniverse, Inc., et al., | |
| Defendants. | Hearing<br>Date: September 16, 2010<br>Time: 8:30 a.m.<br>Place: Courtroom 10<br>The Hon. George H. Wu |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES
NYC/500267.1

[PROPOSED] ORDER GRANTING MOTION FOR FURTHER CONTEMPT SANCTIONS
CASE NO. CV 09-6160-GW (PLAx)

The Court, having reviewed and considered Plaintiffs' Motion to Enforce the Court's August 9, 2010, August 23, 2010 and August 27, 2010 Contempt Orders (the "Motion"), the record in this case, and all supporting documents, and for good cause appearing:

**IT IS HEREBY ORDERED THAT:**

1.      Plaintiffs' motion is GRANTED;

2.      Defendants are found to be in contempt, not only of the Court's Preliminary Injunction Order, dated May 24, 2010 (the "P.I. Order") but also of the Court's Contempt Order dated August 9, 2010, the Court's related Order dated August 23, 2010 and the Court's  related Order dated August 27, 2010 (the "Contempt Orders");

3.      In accordance with the Contempt Orders, which set forth what further sanctions may be imposed should Defendants be found to be in contempt of the Orders, Defendants, and each of their officers, directors, agents, servants, employees and representatives, and those persons in active concert or participation with them or any of them, shall immediately cause to be transferred to Plaintiffs' counsel all domain names associated with the websites located at www.lyricsdownload.com, www.completealbumlyrics.com and www.lyricsandsongs.com (collectively "Defendants' Websites").  Plaintiffs' counsel shall maintain control of these domain names until final judgment in this case or further Order by this Court;

4.      To promptly effect such transfer, the Court hereby orders any domain name registrar or other person or entity that is controlling or maintaining the registration of any domain name pointing to Defendants' Websites, including the domain names lyricsdownload.com, completealbumlyrics.com and lyricsandsongs.com, to immediately upon service of this Order transfer registration of such domain names to Plaintiffs' counsel.

5.      Effective immediately, Defendants, and each of their officers,

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES
NYC/500267.1

[PROPOSED] ORDER GRANTING MOTION FOR FURTHER CONTEMPT SANCTIONS
CASE NO.  CV 09-6160-GW (PLAx)

1  directors, agents, servants, employees and representatives, and those persons in
2  active concert or participation with them or any of them, shall disable or cause to be
3  disabled all public access to Defendants' Websites until final judgment in this case
4  or further Order by this Court.

5  6.    Upon compliance with the foregoing, Defendants may by no later than
6  12:00 noon on Monday, September 20, 2010 (1) certify to Plaintiffs that
7  Defendants' Websites no longer infringe, directly or contributorily, the copyrights
8  in Plaintiffs' song lyrics for which Plaintiffs have served Defendants with notices of
9  infringement, including that the Websites no longer display any portions of such
10  song lyrics and no longer direct users to infringing third-party websites displaying
11  such song lyrics; and (2) tender payment of $10,000 in cash, certified check or
12  other fully cleared funds to cover the cost of Plaintiffs' verification of Defendants'
13  certification.

14  7.    If Defendants make such timely payment and certification, Plaintiffs
15  shall have until 3:00 pm on Thursday, September 23, 2010, to verify and file a
16  declaration setting forth the results of Plaintiffs' verification of Defendants'
17  certification of compliance.  Defendants shall have until 3:00 pm on Friday,
18  September 24, 2010 to file any responsive declaration.

19  8.    A status conference is set for **September 27, 2010** at 8:30 a.m.

20

21  **IT IS SO ORDERED.**

22  Dated:  September 20, 2010      By:

23  _George H. W____

24  UNITED STATES DISTRICT JUDGE

25

26

27

28

- 2 -

[PROPOSED] ORDER GRANTING MOTION FOR FURTHER CONTEMPT SANCTIONS
CASE NO.:  CV 09-6160-GW (PLAx)