UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| PEERMUSIC, III, Ltd., et al., | No. CV 09-6160-GW (PLAx) |
| Plaintiffs, | **ORDER TO SHOW CAUSE RE ADDITIONAL DISCOVERY SANCTIONS** |
| v. | |
| LIVEUNIVERSE, Inc., et al., | |
| Defendants. | |

On August 24, 2010, following a hearing concerning various discovery issues in this action, the Court ordered, among other things, that defendants provide complete and verified responses, without objection, to all interrogatories and requests for documents previously served by plaintiffs. If, following a procedure set by the Court, any discovery issues remained unresolved, plaintiffs were to file a status report containing a summary of the remaining deficiencies by September 21, 2010. Any response by defendants to plaintiffs' status report was to be filed no later than September 23, 2010.

On September 21, 2010, plaintiff filed the Declaration of Paul M. Fakler re Status Report on Defendants' Continued Noncompliance with the Court's Discovery Order, in which counsel represents that no discovery deficiencies have been cured. Defendants did not file a response to Mr. Fakler's Declaration, and the time for doing so has passed.

Accordingly, **no later than 5:00 p.m. on Tuesday, September 28, 2010**, defendants are ordered to show cause, in writing, why additional sanctions should not be imposed for their failure to comply with their discovery obligations in this matter.

**IT IS SO ORDERED.**

DATED: September 24, 2010

/s/ Paul L. Abrams
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE