# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 09-6160-GW(PLAx) |
| Title | *Peermusic, III, Ltd., et al. v. LiveUniverse, Inc., et al.* |
| Date | November 15, 2010 |

**Present: The Honorable** GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  
Paul M. Fakler

Attorneys Present for Defendants:  
Joel R. Bennett  
Brad Greenspan, in pro per

**PROCEEDINGS:** **DEFENDANT BRAD GREENSPAN'S MOTION FOR SUMMARY JUDGMENT OR DISMISSAL (filed 10/28/10)**

Newly-retained counsel for Defendant LiveUniverse, Inc., is present. A substitution of attorneys will be filed forthwith.

The tentative circulated is hereby adopted as the Court's final ruling (attached). Defendant Brad Greenspan's Motion for Summary Judgment or Dismissal is **denied.**

The Court sets the following:

| | |
|---|---|
| Discovery cutoff | February 18, 2011 |
| Expert discovery cutoff | March 31, 2011 |
| Motion hearing cutoff | May 16, 2011 |
| Pretrial Conference | **June 9, 2011 at 8:30 a.m.** |
| Court Trial | **June 21, 2011 at 9:00 a.m.** |

: 15

Initials of Preparer  JG

***Peermusic III, Ltd. v. LiveUniverse, Inc.***, Case No. CV-09-6160
Ruling on "Declaration and Motion for Summary Judgment or Dismissal"

On October 28, 2010, at the most recent status conference in this case - at which Defendant Brad Greenspan ("Greenspan") appeared in pro per and Defendant LiveUniverse was unrepresented by counsel - the Court set a short briefing schedule as to an unspecified motion that Greenspan said he intended to file. Hearing was set on the motion for November 15, 2010. The Court specifically advised Greenspan that LiveUniverse could not file any motions unless it was represented by counsel. In addition, Plaintiff indicates that the Court said that it would enter default against LiveUniverse if it did not retain counsel by the November 15 hearing. *See* Plaintiffs' Opposition to Defendants' Motion for Summary Judgment at page 3, Docket Item No. 146.

Greenspan has submitted a 112-page (including exhibits), mostly single-spaced document to the Court entitled "Declaration and Motion for Summary Judgment or Dismissal," which purports to seek summary judgment on behalf of both himself and LiveUniverse. *See* Doc. No. 144. This filing: 1) does not comply with any of the procedural requirements for a motion for summary judgment under Rule 56 of the Federal Rules of Civil Procedure or under the Local Rules (i.e., page limitations, the requirement of filing a separate statement, etc.); 2) does not appear to set out any facts or legal argument which would entitle either Defendant to summary judgment; and 3) cites to no admissible evidence. Even if any of the arguments contained in Greenspan's filing were in any sense well taken, Defendant LiveUniverse, as a corporate entity, must be represented by counsel to proceed in this case and to file any motions on its behalf. *See* Local Rule 83-2.10.1.

The motion is DENIED.