# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | | |
|---|---|---|
| PEERMUSIC, III, Ltd., et al., | ) | No. CV 09-6160-GW (PLAx) |
| Plaintiffs, | ) ) | **ORDER ADOPTING MAGISTRATE** |
| v. | ) ) | **JUDGE'S REPORT AND** |
| | ) | **RECOMMENDATION** |
| LIVEUNIVERSE, Inc., et al., | ) | |
| Defendants. | ) ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed plaintiffs' Motion for Imposition of Sanctions de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.

2. Plaintiffs' Motion for Sanctions (Docket No. 150) is granted in part.

3. Defendants are precluded from relying on in this action, for any purpose whatsoever, any documents or information responsive to plaintiffs' discovery requests that defendants have not produced to plaintiffs as of January 26, 2011 (the date of the issuance of the Report and Recommendation).

/

4.     Defendants' second, third, fourth, fifth, sixth, eighth, and tenth affirmative defenses as stated in the Amended Answer are stricken.

5.     The clerk shall serve this order on all counsel or parties of record.

DATED: February 17, 2011

_____
HONORABLE GEORGE H. WU
UNITED STATES DISTRICT JUDGE