# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.  CV 09-6160-GW (PLAx)                                              Date  June 6, 2011

Title:  Peermusic, III, Ltd., et al. v. LiveUniverse, Inc., et al.

----

PRESENT: THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**
None

**ATTORNEYS PRESENT FOR DEFENDANTS:**
None

**PROCEEDINGS:**     (IN CHAMBERS)

On May 17, 2011, following a hearing at which defendants' counsel Joel R. Bennett was present, the Court ordered sanctions against attorney Bennett, personally, in the amount of $100.00 for each document that had been improperly filed through his office on behalf of defendant Greenspan (for a total of $1,000.00). Sanctions were payable to the Clerk of Court no later than the close of business on Friday, May 27, 2011, unless prior to that time attorney Bennett had filed a motion for review of the sanction order with the District Judge in this matter.

As of this date, the docket does not reflect the payment of the sanctions or the filing of a motion for review of the sanction order. Accordingly, attorney Bennett is **ordered to show cause, no later than June 13, 2011**, why additional monetary sanctions should not be imposed against him for failure to abide by the Court's May 17, 2011, Order. Payment of the $1,000 sanction prior to June 13, 2011, shall be deemed compliance with this order to show cause.


cc:     Counsel of Record
        Brad Greenspan


Initials of Deputy Clerk____ch____