**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| PEERMUSIC, III, Ltd., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>LIVEUNIVERSE, Inc., et al.,<br><br>　　　　　Defendants. | No. CV 09-6160-GW (PLAx)<br><br>**MODIFIED ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION RE: PLAINTIFFS' RENEWED MOTION FOR DEFAULT JUDGMENT** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed plaintiffs' Renewed Motion for Default Judgment Under Fed.R.Civ.P. 37(d) de novo, including the magistrate judge's report and recommendation. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The report and recommendation is adopted.

2. Plaintiffs' Renewed Motion for Default Judgment Under Fed.R.Civ.P. 37(d) (Docket No. 182) is granted.

3. Defendants' Answer is hereby stricken from the record and the Clerk of the Court shall enter default against defendants.

4. The clerk shall serve this order on all counsel or parties of record.

DATED: June 16, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE GEORGE WU
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE