Paul M. Fakler *(Admitted Pro Hac Vice)*
Ross J. Charap *(Admitted Pro Hac Vice)*
Eric Roman *(Admitted Pro Hac Vice)*
ARENT FOX LLP
1675 Broadway
New York, NY  10019
Telephone:   212.484-3900
Facsimile:   212.484.3990
E-mails:      fakler.paul@arentfox.com;
                  charap.ross@arentfox.com;
                  roman.eric@arentfox.com

Michael L. Turrill (CA Bar No.  185263)
Jeffrey R. Makin (CA Bar No.  252426)
ARENT FOX LLP
555 West Fifth Street, 48th Floor
Los Angeles, CA  90013-1065
Telephone:  213.629-7400
Facsimile:   213.629-7401
E-mails:      turrill.michael@arentfox.com;
                  makin.jeffrey@arentfox.com

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Peermusic, III, Ltd., et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>LiveUniverse, Inc., et al.,<br><br>        Defendants. | Case No.  CV 09-6160-GW (PLAx)<br><br>**FINAL JUDGMENT** |

On September 26, 2011, the Court heard Plaintiffs' Motion For Final Default Judgment Against Defendants (the "Motion").  Having reviewed and considered the Motion, the record of the proceedings in this case, all supporting documents, and for good cause appearing, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Defendants' infringement of Plaintiffs' copyrights, including Plaintiffs' copyright in the lyrics of each of the 528 songs specifically identified by Plaintiffs in the Motion, was willful and in bad faith.

2. As a result, Defendants shall pay Plaintiffs statutory damages in the amount of $12,500 for each of the aforementioned 528 songs, or a total of $6,600,000.

3. Defendants shall also pay Plaintiffs' attorney's fees incurred in this action, in the amount of $727,839.00 and costs in the sum of $28,459.00.

4. In addition, Defendants, and each of their officers, directors, agents, servants, employees and representatives, and those persons in active concert or participation with them or any of them, are hereby immediately and permanently enjoined from reproducing, publicly displaying or publicly distributing the lyrics to any musical composition owned by Plaintiffs by any means including, but not limited to, allowing public access to any website owned, operated, licensed, authorized or controlled by Defendants that reproduces, publicly displays or publicly distributes such lyrics including without limitation the websites located at www.lyricsdownload.com, www.completealbumlyrics.com and www.lyricsandsongs.com.

**IT IS SO ORDERED.**

Dated: November 30, 2012    By: _/s/ George H. Wu_

HON. GEORGE H. WU
UNITED STATES DISTRICT JUDGE